

# CUSTOMER PRIVACY POLICY

At Acuity, we gather information about our policyholders only in the interest of providing them with quality services at fair prices. We are committed to the careful handling of personal nonpublic information. We collect and use information for business purposes with respect to our insurance products and related business activities involving our customers. These business activities include evaluating a request for our insurance products, determining an appropriate premium for a policy, and related services such as claims processing or processing other transactions requested by you.

Federal law has established privacy standards and requires us to provide this summary of our privacy policy once a year. Further, state laws typically require us to provide you notice of our information practices. The following information will provide you with a better understanding of the type of information we collect, how we use it and to whom we may disclose it.

## HOW DO WE COLLECT INFORMATION

Your application is our major source of information. However, we may occasionally collect personal or privileged information about you and other persons proposed for coverage from third parties such as other insurance companies, physicians, hospitals and other medical personnel, insurance-support organizations or consumer reporting agencies. For example, we may collect information such as loss information reports, motor vehicle reports, vehicle history reports, and credit reports. We may ask such an insurance support organization to view your property. They would report to us the value and condition of your property and send a photograph of it. Occasionally, we may order a consumer credit report showing your history of meeting financial obligations. Information from a report prepared by an insurance-support organization may be retained by them and disclosed to other persons to the extent permitted by law. We will not collect information about persons other than individuals proposed for coverage.

## DISCLOSURE OF INFORMATION

The privacy of the information that you provide us with or that we collect about you is important to us. **It is our policy not to disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.** For example, we may disclose information to others such as your name, address, social security number, email address, phone number, policy coverages or other identifying policy or claims information to:

- $\Sigma$ Third parties that perform marketing services on our behalf or with whom we have joint marketing agreements such as your independent insurance agent;

- $\Sigma$ Third parties who help us evaluate requests for insurance or benefits or to prevent fraud such as consumer reporting agencies;

- $\Sigma$ Third parties that require us to submit information to them, such as regulatory, law enforcement, or other government agencies.

We also reserve the right to make other necessary disclosures about current or former customers without prior authorization, so long as these disclosures are not typically conducted in our usual course of business, and only as permitted by law.

Now what does this really mean? It means our information about you is used only in connection with our business relationship with you. We will not, and never have, shared your nonpublic personal information with any third parties for the purpose of marketing their products or services. If this were to ever change, we would have to notify you first and give you the opportunity to prevent that type of

M-3041CL(1-22)                    Acuity, A Mutual Insurance Company

| **EXHIBIT** |
| --- |
| **A** |

Page 1 of 2

disclosure. That is, we would have to provide you with the option to "opt-out" first.

When we use other parties to help us conduct our business of insurance, such as investigating and paying claims, obtaining motor vehicle reports, confirming values and condition of homes, etc., we expect and often contract with these organizations to maintain the confidentiality of the information provided to them and to abide by all applicable privacy laws that pertain to them. An "opt-out" option is not required in order for us to conduct these usual and necessary insurance business activities.

In addition, our employees are required to protect the confidentiality of your information and access information only when there is an appropriate need to do so. We also maintain the necessary electronic and procedural safeguards to protect your information. Personal information is secured by use of change control procedures, passwords, and physical access controls. We employ a variety of other mechanisms to ensure that your information is not lost, misused, or altered inappropriately. These controls include regular database backups.

**ACCESS TO AND AMENDMENT OF RECORDED INFORMATION**

You have the right to access any personal information that we have recorded and is reasonably available for retrieval by us. You may submit a written request to us in order to do so. We reserve the right to charge a reasonable fee to cover the costs incurred in providing any summary of recorded personal information, when permitted to do so by law. We will prepare this information within thirty business days from the time your written request is received.

After review, you may ask us in writing to correct, amend, or delete any information about you in our files. Within thirty business days from the time your written request is received, we will either honor or deny your request. If we refuse to make any corrections, amendments, or deletions, you have the right to give us a concise statement of what you believe is the correct information, including the reason why you disagree with the disputed information. We will put your statement in our file so that anyone reviewing your file will see it and furnish it to the appropriate parties as required by law.

**OUR PROMISE TO YOU**

Your confidence in our company and the manner in which we conduct our business is greatly appreciated. Our promise to you is that we will treat your personal information with utmost confidentiality, use it only to help serve you better, and in a manner prescribed by law. If you have questions at any time regarding our privacy policy, you may contact us at the following address:

Acuity, A Mutual Insurance Company
2800 South Taylor Drive
PO Box 58
Sheboygan, WI 53082-0058



Acuity, A Mutual Insurance Company

**COMMERCIAL AUTO CHANGES**

First Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF

Policy Number:   ZT6741

Change Effective Date:   03-26-24

**PREMIUM SUMMARY**

**This is not a bill. If premium is due, a billing notice will be sent separately.**

Return Premium Applied to Your Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
Direct Billed

**CHANGES:**

DELETED 2019 CADILLAC CT6 PLATINUM CSAV 1G6KT5R6XKU124246
ADDED 2023 BUICK ENVISION AVENIR LRBFZSR40PD172189

IL-7007 (6-01)                          Policyholder - Original                          SO 01 04/15/24



**COMMERCIAL AUTO
COVERAGE PART**

## Business Auto Amended Declarations

**Item One**

First Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF

| Policy Number: | ZT6741 | |
|---|---|---|
| Policy Period: | Effective Date: | 03-26-24 |
| | Expiration Date: | 01-01-25 |

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the policy.

12:01 A.M. standard time at your mailing address shown in the declarations

**Item Two: SCHEDULE OF COVERAGES AND COVERED AUTOS**

Each of these coverages apply only to those *autos* shown as covered *autos* by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Auto Symbols | Limit of Insurance | Premium |
|---|---|---|---|
| Liability | 1 | $1,000,000 each *accident* | ■■■ |
| Auto Medical Payments | 7 | $5,000 each person | ■■■ |
| Uninsured Motorists<br>    Bodily Injury | 7 | $1,000,000 each person  $1,000,000 each *accident* | ■■■ |
| Underinsured Motorists | 7 | $1,000,000 each person  $1,000,000 each *accident* | ■■■ |
| Comprehensive | 7 | Actual cash value, cost of repair or stated amount (if any), whichever is less, minus the deductible shown in Item(s) Three for each covered *auto* | ■■■ |
| Collision | 7 | Actual cash value, cost of repair or stated amount (if any), whichever is less, minus the deductible shown in Item(s) Three for each covered *auto* | ■■■ |

Estimated Schedule Premium ■■■

**PREMIUM SUMMARY**

Estimated Schedule Premium ■■■
Estimated Endorsement Premium  ■■■

**Estimated Advance Premium**  ■■■

Acuity, A Mutual Insurance Company

Policy Number: ZT6741                    Effective Date: 03-26-24

## COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|---|---|---|
| CA-0001F(8-19) | Business Auto Coverage Form | |
| CA-0165F(7-16) | Missouri Changes | |
| CA-0166R(3-06) | Missouri Changes - Pollution Exclusion | |
| CA-0219F(1-16) | Missouri Changes - Cancellation and Nonrenewal | |
| CA-2104F(10-12) | Missouri Uninsured Motorists Coverage | |
| CA-2151F(10-13) | Split Bodily Injury Underinsured Motorists Coverage Limits | |
| CA-2156F(4-01) | Missouri Split Uninsured Motorists Coverage Limits | |
| CA-2345F(11-16) | Public or Livery Passenger Conveyance and On-Demand Delivery Services Exclusion | |
| CA-2384F(10-13) | Exclusion of Terrorism | |
| CA-3104F(8-18) | Missouri Underinsured Motorists Coverage | |
| CA-7213(10-98) | Add'l Insd - Automatic Status When Required in a Written Agreement With You | |
| CA-7247(10-16) | ACUITY Enhancements - Business Auto | ▬ |
| CA-9903F(3-06) | Auto Medical Payments Coverage | |
| IL-0017F(11-98) | Common Policy Conditions | |
| IL-0021F(3-14) | Nuclear Energy Liability Exclusion - Broad Form | |
| IL-7012(1-18) | Asbestos Exclusion | |
| | **Estimated Endorsement Premium** | ▬ |

## Item Three: SCHEDULE OF COVERAGES AND PREMIUM DETAIL

**Unit 0001    2013 HINO 258/268**                                **Class: 335DL**
**VIN: 5PVNJ8JV7D4S54329**                           **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ▬ |
| Auto Medical Payments | $5,000 each person | ▬ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ▬ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ▬ |
| Comprehensive | Actual cash value minus $1,000 deductible | ▬ |
| Collision | Actual cash value minus $1,000 deductible | ▬ |
| | **Total Premium** | ▬ |

**Unit 0002    2006 FREIGHTLINER M2 112 MEDIUM DUT**                **Class: 505DL**
**VIN: 1FUJC5DE86HW08320**                           **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ▬ |
| Auto Medical Payments | $5,000 each person | ▬ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ▬ |

Policy Number:  ZT6741                    Effective Date:  03-26-24

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ■ |
| Comprehensive | Actual cash value minus $1,000 deductible | ■ |
| Collision | Actual cash value minus $1,000 deductible | ■ |
| | **Total Premium** | ■ |

**Unit 0003     1984 FRUEHAUF TRAILER**                              **Class: 67599**
VIN: 1H2V04525EA011589                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ■ |
| Auto Medical Payments | $5,000 each person | ■ |
| | **Total Premium** | ■ |

**Unit 0004     1982 FRUEHAUF TRAILER**                              **Class: 67599**
VIN: 1H2V0452XCH006604                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ■ |
| Auto Medical Payments | $5,000 each person | ■ |
| | **Total Premium** | ■ |

**Unit 0005     1988 STRICK TRAILERS TRAILER**                       **Class: 67599**
VIN: 1S12E9485JE300954                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ■ |
| Auto Medical Payments | $5,000 each person | ■ |
| | **Total Premium** | ■ |

**Unit 0006     1993 GREAT DANE TRAILER**                            **Class: 67599**
VIN: 1GRAA9622PB131109                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ■ |
| Auto Medical Payments | $5,000 each person | ■ |
| | **Total Premium** | ■ |

**Unit 0007     1993 GREAT DANE TRAILER**                            **Class: 67599**
VIN: 1GRAA9628PB131115                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ■ |
| Auto Medical Payments | $5,000 each person | ■ |
| | **Total Premium** | ■ |

Policy Number: ZT6741                    Effective Date: 03-26-24

---

**Unit 0008   1996 WABASH NATIONAL CORP TRAILER**                  **Class: 67599**
**VIN: 1JJV532U6TL380108**                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ██ |
| | **Total Premium** | ███ |

---

**Unit 0009   2010 L & D TRAILER**                                 **Class: 68599**
**VIN: 4YSFS1625AS000090**                                         **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ██ |
| | **Total Premium** | ███ |

---

**Unit 0010   1994 WABASH NATIONAL CORP TRAILER**                  **Class: 67599**
**VIN: 1JJV452T9RL215264**                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ██ |
| | **Total Premium** | ███ |

---

**Unit 0011   2017 HINO 258/268**                                  **Class: 335DL**
**VIN: 5PVNJ8JV1H4S64182**                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ███ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ███ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ███ |
| Comprehensive | Actual cash value minus $1,000 deductible | ███ |
| Collision | Actual cash value minus $1,000 deductible | ███ |
| | **Total Premium** | ███ |

---

**Unit 0012   2016 CHEVROLET 4500**                                **Class: 236DL**
**VIN: 54DCDW1B0GS809237**                                          **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ███ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ███ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ███ |
| Comprehensive | Actual cash value minus $1,000 deductible | ███ |
| Collision | Actual cash value minus $1,000 deductible | ███ |
| | **Total Premium** | ███ |

Policy Number:  ZT6741                          Effective Date:  03-26-24

---

**Unit 0013      2017 CHEVROLET SILVERADO C1500 C150**                    **Class: 01599**
**VIN: 1GCNCNEC6HZ370938**                                               **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ██ |
| Auto Medical Payments | $5,000 each person | ██ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ██ |
| Collision | Actual cash value minus $1,000 deductible | ██ |
| | **Total Premium** | ██ |

---

**Unit 0014      2023 BUICK ENVISION AVENIR**                            **Class: ABQ301**
**VIN: LRBFZSR40PD172189**                                              **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ██ |
| Auto Medical Payments | $5,000 each person | ██ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ██ |
| Collision | Actual cash value minus $1,000 deductible | ██ |
| | **Total Premium** | ██ |

---

**Unit 0015      2021 CHEVROLET SILVERADO C1500**                        **Class: 01599**
**VIN: 3GCNWAEF9MG272118**                                              **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ██ |
| Auto Medical Payments | $5,000 each person | ██ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ██ |
| Collision | Actual cash value minus $1,000 deductible | ██ |
| | **Total Premium** | ██ |

---

**Unit 0016      2024 GMC SIERRA K1500 DENALI**                          **Class: 01599**
**VIN: 1GTUUGED1RZ223117**                                              **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ██ |
| Auto Medical Payments | $5,000 each person | ██ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ██ |
| Collision | Actual cash value minus $1,000 deductible | ██ |

Policy Number:  ZT6741                                    Effective Date:  03-26-24

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| **Total Premium** | | ███ |

**Unit 0017     2017 GMC SIERRA K1500 SLT**                                    **Class: 01599**
**VIN: 3GTU2NEJ4HG441731**                                                     **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ██ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ██ |
| Collision | Actual cash value minus $1,000 deductible | ██ |
| **Total Premium** | | ███ |

**Unit 0018     2023 GMC SIERRA K2500 AT4**                                    **Class: 21599**
**VIN: 1GT49PE7XPF189463**                                                     **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ██ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ██ |
| Collision | Actual cash value minus $1,000 deductible | ██ |
| **Total Premium** | | ███ |

**Unit 0019     2023 GMC YUKON XL DENALI**                                     **Class: 01599**
**VIN: 1GKS2JKL9P427980**                                                      **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ███ |
| Auto Medical Payments | $5,000 each person | ███ |
| Uninsured Motorists Bodily Injury | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Underinsured Motorists | $1,000,000 each person $1,000,000 each *accident* | ██ |
| Comprehensive | Actual cash value minus $1,000 deductible | ███ |
| Collision | Actual cash value minus $1,000 deductible | ███ |
| **Total Premium** | | ███ |

**Item Four: HIRED AUTO COVERAGE**

**Unit 0020     Non Trucking Hired Auto**                                      **Class: 500001**
              **Estimated Cost of Hire[2]:  $0**                              **State: MO  Zip: 63129**

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ████ |

Policy Number:  ZT6741                    Effective Date:  03-26-24

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| | **Total Premium** | ██████ |

## Item Five: NONOWNED AUTO COVERAGE

| Unit 0021    Rating Basis: Number of Employees    Number: 25 | | Class: 600001 |
|---|---|---|
| | | State: MO  Zip: 63129 |

| Coverage | Limits/Deductible | Premium |
|---|---|---|
| Liability | $1,000,000 each *accident* | ████ |
| | **Total Premium** | ████ |

[2] Cost of hire means the total amount you incur for the hire of *autos* you do not own (not including *autos* you borrow or rent from your partners or *employees* or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

### ADDITIONAL NAMED INSUREDS

WHO IS AN INSURED includes the following Additional Named Insureds:

SESSCO PROPERTIES LLC
SESSION PROPERTIES, LP

### FIRST NAMED INSURED IS:

ORGANIZATION OTHER THAN PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY

# BUSINESS AUTO COVERAGE FORM

## Index of Policy Provisions

Page                                                                 Page

SECTION I - COVERED AUTOS..............................2

Description Of Covered Auto ...........................2

Designation Symbols

Owned Autos You Acquire After the .................3
Policy Begins

Certain Trailers, Mobile Equipment And ...........3

Temporary Substitute Autos

SECTION II - LIABILITY COVERAGE......................3

Coverage........................................................3

Exclusions.....................................................4

Limit of Insurance..........................................6

SECTION III - PHYSICAL DAMAGE .........................6
COVERAGE

Coverage.........................................................6

Exclusions......................................................7

Limit of Insurance...........................................8

Deductible......................................................8

SECTION IV - BUSINESS AUTO .............................8
CONDITIONS

Loss Conditions...............................................8

General Conditions...........................................9

SECTION V - DEFINITIONS....................................11

## BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the *autos* that are covered *autos* for each of your coverages. The following numerical symbols describe the *autos* that may be covered *autos.* The symbols entered next to a coverage on the Declarations designate the only *autos* that are covered *autos.*

**A. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS**

SYMBOL    DESCRIPTION

**1 =** ANY *AUTO.*

**2 =** OWNED *AUTOS* ONLY. Only those *autos* you own (and for Liability Coverage any *trailers* you do not own while attached to power units you own). This includes those *autos* you acquire ownership of after the policy begins.

**3 =** OWNED PRIVATE PASSENGER *AUTOS* ONLY. Only the private passenger *autos* you own. This includes those private passenger *autos* you acquire ownership of after the policy begins.

**4 =** OWNED *AUTOS* OTHER THAN PRIVATE PASSENGER *AUTOS* ONLY. Only those *autos* you own that are not of the private passenger type (and for Liability Coverage any *trailers* you do not own while attached to power units you own). This includes those *autos* not of the private passenger type you acquire ownership of after the policy begins.

**5 =** OWNED *AUTOS* SUBJECT TO NO-FAULT. Only those *autos* you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those *autos* you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged.

**6 =** OWNED *AUTOS* SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those *autos* you own that because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those *autos* you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

**7 =** SPECIFICALLY DESCRIBED *AUTOS.* Only those *autos* described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any *trailers* you do not own while attached to any power unit described in Item Three).

**8 =** HIRED *AUTOS* ONLY. Only those *autos* you lease, hire, rent or borrow. This does not include any *auto* you lease, hire, rent or borrow from any of your *employees* or partners or members of their households.

**9 =** NONOWNED *AUTOS* ONLY. Only those *autos* you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes *autos* owned by your *employees,* partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs.

**19 =** MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY OR OTHER MOTOR VEHICLE INSURANCE LAW ONLY. Only those *autos* that are land vehicles and that would qualify under the definition of *mobile equipment* under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged.

## B. OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS

1. If symbols 1, 2, 3, 4, 5, 6 or 19 are entered next to a coverage in Item Two of the Declarations, then you have coverage for *autos* that you acquire of the type described for the remainder of the policy period.

2. But, if symbol 7 is entered next to a coverage in Item Two of the Declarations, an *auto* you acquire will be a covered *auto* for that coverage only if:

   a. We already cover all *autos* that you own for that coverage or it replaces an *auto* you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. CERTAIN TRAILERS, MOBILE EQUIPMENT AND TEMPORARY SUBSTITUTE AUTOS

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered *autos* for Liability Coverage:

1. *Trailers* with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. *Mobile equipment* while being carried or towed by a covered *auto.*

3. Any *auto* you do not own while used with the permission of its owner as a temporary substitute for a covered *auto* you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. *Loss;* or

   e. Destruction.

# SECTION II - LIABILITY COVERAGE

## A. COVERAGE

We will pay all sums an *insured* legally must pay as damages because of *bodily injury* or *property damage* to which this insurance applies, caused by an *accident* and resulting from the ownership, maintenance or use of a covered *auto.*

We will also pay all sums an *insured* legally must pay as a *covered pollution cost or expense* to which this insurance applies, caused by an *accident* and resulting from the ownership, maintenance or use of covered *autos.* However, we will only pay for the *covered pollution cost or expense* if there is either *bodily injury* or *property damage* to which this insurance applies that is caused by the same *accident.*

We have the right and duty to defend any *insured* against a *suit* asking for such damages or a *covered pollution cost or expense.* However, we have no duty to defend any *insured* against a *suit* seeking damages for *bodily injury* or *property damage* or a *covered pollution cost or expense* to which this insurance does not apply. We may investigate and settle any claim or *suit* as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is an Insured**

   The following are *insureds:*

   a. You for any covered *auto.*

   b. Anyone else while using with your permission a covered *auto* you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered *auto.* This exception does not apply if the covered *auto* is a *trailer* connected to a covered *auto* you own.

      (2) Your *employee* if the covered *auto* is owned by that *employee* or a member of his or her household.

      (3) Someone using a covered *auto* while he or she is working in a business of selling, servicing, repairing, parking or storing *autos* unless that business is yours.

      (4) Anyone other than your *employees,* partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their *employees,* while moving property to or from a covered *auto.*

CA-0001F(8-19)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 3 of 13**

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered *auto* owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an *insured* described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the *insured:*

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an *accident* we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any *suit* against the *insured* we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred  by the *insured* at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the *insured* in any *suit* against the *insured* we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the *insured.*

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any *suit* against the *insured* we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out of State Coverage Extensions**

While a covered *auto* is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limit or limits specified by a compulsory or financial responsibility law in the jurisdiction where the covered *auto* is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered *auto* is being used.

We will not pay anyone more than once for the same elements of *loss* because of these extensions.

**B. EXCLUSIONS**

This insurance does not apply to any of the following:

**1. Expected or Intended Injury**

*Bodily injury* or *property damage* expected or intended from the standpoint of the *insured.*

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an *insured contract,* provided the *bodily injury* or *property damage* occurs subsequent to the execution of the contract or agreement; or

b. That the *insured* would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the *insured* or the *insured's* insurer may be held liable under any workers' compensation law, disability benefits law or unemployment compensation law or any similar law.

**4. Employee Indemnification and Employer's Liability**

*Bodily injury* to:

a. An *employee* of the *insured* arising out of and in the course of:

(1) Employment by the *insured;* or

(2) Performing duties related to the conduct of the *insured's* business; or

b. The spouse, child, parent, brother or sister of that *employee* as a consequence of paragraph a above.

This exclusion applies:

a. Whether the *insured* may be liable as an employer or in any other capacity; and

b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to *bodily injury* to domestic *employees* not entitled to workers' compensation benefits or to liability assumed by the *insured* under an *insured contract.* For the purposes of the coverage form, a domestic *employee* is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

*Bodily injury* to:

**a.** Any fellow *employee* of the *insured* arising out of and in the course of the fellow *employee's* employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow *employee* as a consequence of paragraph a above.

**6. Care, Custody or Control**

*Property damage* to or *covered pollution cost or expense* involving property owned or transported by the *insured* or in the *insured's* care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling of Property**

*Bodily injury* or *property damage* resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the *insured* for movement into or onto the covered *auto;* or

**b.** After it is moved from the covered *auto* to the place where it is finally delivered by the *insured.*

**8. Movement of Property by Mechanical Device**

*Bodily injury* or *property damage* resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered *auto.*

**9. Operations**

*Bodily injury* or *property damage* arising out of the operation of:

**a.** Any equipment listed in paragraphs 6b and 6c of the definition of *mobile equipment*; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of *mobile equipment* if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

*Bodily injury* or *property damage* arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs a or b above.

Your work will be deemed completed at the earliest of the following times:

**a.** When all of the work called for in your contract has been completed;

**b.** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**c.** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

*Bodily injury* or *property damage* arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants:*

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered *auto;*

(2) Otherwise in the course of transit by or on behalf of the *insured;* or

(3) Being stored, disposed of, treated or processed in or upon the covered *auto.*

**b.** Before the *pollutants* or any property in which the *pollutants* are contained are moved from the place where they are accepted by the *insured* for movement into or onto the covered *auto;* or

**c.** After the *pollutants* or any property in which the *pollutants* are contained are moved from the covered *auto* to the place where they are finally delivered, disposed of or abandoned by the *insured.*

Paragraph a above does not apply to fuels, lubricants, fluids, exhaust gases or other similar *pollutants* that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered *auto* or its parts, if:

(1) The *pollutants* escape, seep, migrate, or are discharged, dispersed or released directly from an *auto* part designed by its manufacturer to hold, store, receive or dispose of such *pollutants;* and

(2) The *bodily injury, property damage* or *covered pollution cost or expense* does not arise out of the operation of any equipment listed in paragraphs 6b and 6c of the definition of *mobile equipment.*

Paragraphs b and c above of this exclusion do not apply to *accidents* that occur away from premises owned by or rented to an *insured* with respect to *pollutants* not in or upon a covered *auto* if:

(1) The *pollutants* or any property in which the *pollutants* are contained are upset, overturned or damaged as a result of the maintenance or use of a covered *auto;* and

(2) The discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused directly by such upset, overturn or damage.

**12. War**

*Bodily injury* or *property damage* arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered *autos* while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered *auto* is being prepared for such a contest or activity.

**C. LIMIT OF INSURANCE**

Regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for the total of all damages and *covered pollution cost or expense* combined resulting from any one *accident* is the Limit of Insurance for Liability Coverage shown in the Declarations.

All *bodily injury, property damage* and *covered pollution cost or expense* resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one *accident.*

No one will be entitled to receive duplicate payments for the same elements of *loss* under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III - PHYSICAL DAMAGE COVERAGE

**A. COVERAGE**

**1.** We will pay for *loss* to a covered *auto* or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

(1) The covered *auto's* collision with another object; or

(2) The covered *auto's* overturn.

**b. Specified Causes of Loss Coverage**

Caused by:

(1) Fire, lightning or explosion;

(2) Theft;

(3) Windstorm, hail or earthquake;

(4) Flood;

(5) Mischief or vandalism; or

(6) The sinking, burning, collision or derailment of any conveyance transporting the covered *auto.*

**c. Collision Coverage**

Caused by:

(1) The covered *auto's* collision with another object; or

(2) The covered *auto's* overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered *auto* of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles**

If you carry Comprehensive Coverage for the damaged covered *auto,* we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** *Loss* caused by hitting a bird or animal; and

**c.** *Loss* caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered *auto's* collision or overturn considered a *loss* under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will also pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered *auto* of the private passenger type. We will pay only for those covered *autos* for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered *auto* is returned to use or we pay for its *loss.*

**b. Loss of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an *insured* becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

(1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered *auto;*

(2) Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered *auto;* or

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered *auto.*

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. EXCLUSIONS**

**1.** We will not pay for *loss* caused by or resulting from any of the following. Such *loss* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the *loss.*

**a. Nuclear Hazard**

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for *loss* to any covered *auto* while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for *loss* to any covered *auto* while that covered *auto* is being prepared for such a contest or activity.

3. We will not pay for *loss* due and confined to:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such *loss* resulting from the total theft of a covered *auto.*

4. We will not pay for *loss* to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   d. Any accessories used with the electronic equipment described in paragraph c above.

5. Exclusions 4c and 4d do not apply to equipment designed to be operated solely by use of the power from the *auto's* electrical system that, at the time of *loss,* is:

   a. Permanently installed in or upon the covered *auto;*

   b. Removable from a housing unit which is permanently installed in or upon the covered *auto;*

   c. An integral part of the same unit housing any electronic equipment described in paragraphs a and b above; or

   d. Necessary for the normal operation of the covered *auto* or the monitoring of the covered *auto's* operating system.

6. We will not pay for *loss* to a covered *auto* due to *diminution in value.*

## C. LIMIT OF INSURANCE

1. The most we will pay for *loss* to any one covered *auto* is the lesser of:

   a. The actual cash value of the damaged or stolen property as of the time of the *loss;* or

   b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. The most we will pay for all electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one *loss* is $1,000, if, at the time of *loss,* such electronic equipment is:

   a. Permanently installed in or upon the covered *auto* in a housing, opening or other location that is not normally used by the *auto* manufacturer for the installation of such equipment;

   b. Removable from a permanently installed housing unit as described in paragraph 2a above; or

   c. An integral part of such equipment as described in paragraphs 2a and 2b above.

3. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total *loss.*

4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. DEDUCTIBLE

For each covered *auto,* our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to *loss* caused by fire or lightning.

## SECTION IV - BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## A. LOSS CONDITIONS

### 1. Appraisal for Physical Damage Loss

If you and we disagree on the amount of *loss,* either may demand an appraisal of the *loss.* In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of *loss.* If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties in the Event of Accident, Claim, Suit or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of *accident,* claim, *suit* or *loss,* you must give us or our authorized representative prompt notice of the *accident* or *loss.* Include:

(1) How, when and where the *accident* or *loss* occurred;

(2) The *insured's* name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved *insured* must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the *insured's* own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or *suit.*

(3) Cooperate with us in the investigation or settlement of the claim or defense against the *suit.*

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is *loss* to a covered *auto* or its equipment, you must also do the following:

(1) Promptly notify the police if the covered *auto* or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered *auto* from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered *auto* and records proving the *loss* before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this coverage form until:

**a.** There has been full compliance with all the terms of this coverage form; and

**b.** Under Liability coverage, we agree in writing that the *insured* has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the *insured's* liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property at our expense. We will pay for any damage that results to the *auto* from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the *loss,* our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after *accident* or *loss* to impair them.

**B. GENERAL CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the *insured* or the *insured's* estate will not relieve us of any obligations under this coverage form.

**2. Concealment, Misrepresentation or Fraud**

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other *insured,* at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This coverage form;

**b.** The covered *auto;*

**c.** Your interest in the covered *auto;* or

**d.** A claim under this coverage form.

CA-0001F(8-19)    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 9 of 13**

3. **Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit to Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

5. **Other Insurance**

a. For any covered *auto* you own, this coverage form provides primary insurance. For any covered *auto* you do not own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered *auto* which is a *trailer* is connected to another vehicle, the Liability Coverage this coverage form provides for the *trailer* is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered *auto* you own.

b. For Hired Auto Physical Damage Coverage, any covered *auto* you lease, hire, rent or borrow is deemed to be a covered *auto* you own. However, any *auto* that is leased, hired, rented or borrowed with a driver is not a covered *auto.*

c. Regardless of the provisions of paragraph a above, this coverage form's Liability Coverage is primary for any liability assumed under an *insured contract.*

d. When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

6. **Premium Audit**

a. The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the First Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the First Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **Policy Period, Coverage Territory**

a. Under this coverage form, we cover *accidents* and *losses* occurring:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory.

b. The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if a covered *auto* of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the *insured's* responsibility to pay damages is determined in a *suit* on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

c. We also cover *loss* to, or *accidents* involving, a covered *auto* while being transported between any of these places.

**8. Two or More Coverage Forms or Policies Issued by Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same *accident,* the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

## SECTION V - DEFINITIONS

**A.** *"Accident"* includes continuous or repeated exposure to the same conditions resulting in *bodily injury* or *property damage.*

**B.** *"Auto"* means:

**1.** A land motor vehicle, *trailer* or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, *auto* does not include *mobile equipment*.

**C.** *"Bodily injury"* means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** *"Covered pollution cost or expense"* means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any *insured* or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of *pollutants*; or

**2.** Any claim or *suit* by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of *pollutants.*

*Covered pollution cost or expense* does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants:*

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered *auto;*

**(2)** Otherwise in the course of transit by or on behalf of the *insured;* or

**(3)** Being stored, disposed of, treated or processed in or upon the covered *auto;*

**b.** Before the *pollutants* or any property in which the *pollutants* are contained are moved from the place where they are accepted by the *insured* for movement into or onto the covered *auto;* or

**c.** After the *pollutants* or any property in which the *pollutants* are contained are moved from the covered *auto* to the place where they finally are delivered, disposed of or abandoned by the *insured.*

Paragraph a above does not apply to fuels, lubricants, fluids, exhaust gases or other similar *pollutants* that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered *auto* or its parts, if:

**(1)** The *pollutants* escape, seep, migrate, or are discharged, dispersed or released directly from an *auto* part designed by its manufacturer to hold, store, receive or dispose of such *pollutants;* and

**(2)** The *bodily injury, property damage* or *covered pollution cost or expense* does not arise out of the operation of any equipment listed in paragraphs 6b or 6c of the definition of *mobile equipment.*

Paragraphs b and c above do not apply to *accidents* that occur away from premises owned by or rented to an *insured* with respect to *pollutants* not in or upon a covered *auto* if:

**(1)** The *pollutants* or any property in which the *pollutants* are contained are upset, overturned or damaged as a result of the maintenance or use of a covered *auto;* and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the *pollutants* is caused directly by such upset, overturn or damage.

**E.** *"Diminution in value"* means the actual or perceived loss in market value or resale value which results from a direct or accidental *loss.*

**F.** *"Employee"* includes a *leased worker. Employee* does not include a *temporary worker.*

**G.** *"Insured"* means any person or organization qualifying as an *insured* in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each *insured* who is seeking coverage or against whom a claim or *suit* is brought.

**H.** *"Insured contract"* means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for *bodily injury* or *property damage* to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your *employees,* of any *auto.* However, such contract or agreement shall not be considered an *insured contract* to the extent that it obligates you or any of your *employees* to pay for *property damage* to any *auto* rented or leased by you or any of your *employees.*

An *insured contract* does not include that part of any contract or agreement:

**1.** That indemnifies a railroad for *bodily injury* or *property damage* arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**2.** That pertains to the loan, lease or rental of an *auto* to you or any of your *employees,* if the *auto* is loaned, leased or rented with a driver; or

**3.** That holds a person or organization engaged in the business of transporting property by *auto* for hire harmless for your use of a covered *auto* over a route or territory that person or organization is authorized to serve by public authority.

**I.** *"Leased worker"* means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. *Leased worker* does not include a *temporary worker.*

**J.** *"Loss"* means direct and accidental loss or damage.

**K.** *"Mobile equipment"* means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler-treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in paragraph 1, 2, 3 or 4 above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in paragraph 1, 2, 3 or 4 above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not *mobile equipment* but will be considered *autos:*

**a.** Equipment designed primarily for:

(1) Snow removal;

(2) Road maintenance, but not construction or resurfacing; or

(3) Street cleaning.

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, *mobile equipment* does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered *autos.*

**L.** *"Pollutants"* means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** *"Property damage"* means damage to or loss of use of tangible property.

**N.** *"Suit"* means a civil proceeding in which:

    **1.** Damages because of *bodily injury* or *property damage;* or

    **2.** A *covered pollution cost or expense;*

to which this insurance applies are alleged.

Suit includes:

    **1.** An arbitration proceeding in which such damages or *covered pollution costs or expenses* are claimed and to which the *insured* must submit or does submit with our consent; or

    **2.** Any other alternative dispute resolution proceeding in which such damages or *covered pollution costs or expenses* are claimed and to which the *insured* submits with our consent.

**O.** *"Temporary worker"* means a person who is furnished to you to substitute for a permanent *employee* on leave or to meet seasonal or short-term workload conditions.

**P.** *"Trailer"* includes semitrailer.

**MISSOURI CHANGES**                                                        CA-0165F(7-16)

For a covered *auto* licensed or principally garaged in, or *garage operations* conducted in, Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following is added to Supplementary Payments:

Prejudgment interest awarded against the *insured* on the part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**B.** Changes In Liability Coverage

**1.** Paragraph a(2)(d) of the Who Is An Insured Provision in Section II - Liability Coverage in the Garage Coverage Form is replaced by the following:

(d) Your customers. However, those customers are *insureds* up to the compulsory or financial responsibility law limits where the covered *auto* is principally garaged.

**2.** Paragraph a(2) of the Who Is An Insured Provision in Section II - Liability Coverage in the Garage Coverage Form is changed by adding the following:

(f) If you are an individual, any member of your household, other than your spouse, who is related to you by blood or adoption, including a ward or foster child, who owns an *auto.*

**3.** Paragraph A1b of the Who Is An Insured Provision in Section II - Liability Coverage in the Business Auto Coverage Form and Motor Carrier Coverage Form is changed by adding the following:

(6) If you are an individual, any member of your household, other than your spouse, who is related to you by blood or adoption, including a ward or foster child, who owns an *auto.*

**4.** If your business is other than selling, repairing or servicing *autos,* the Care, Custody Or Control Exclusion does not apply to *property damage* to or *covered pollution cost or expense* involving an *auto* loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing *autos* as a temporary substitute for an *auto* you own.

**C.** Changes In Conditions

**1.** The Appraisal For Physical Damage Loss, Loss Condition is replaced by the following:

If you and we disagree on the amount of *loss,* both parties may agree to an appraisal of the *loss* and to be bound by the results of that appraisal. If both parties so agree, then each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of *loss.* If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2.** The following is added to the Concealment, Misrepresentation and Fraud Condition:

With respect to Liability Coverage, this Condition only applies in excess of the minimum limits of liability required by the Missouri Financial Responsibility Laws.

**3.** The following is added to the Other Insurance Condition in the Business Auto and Garage Coverage Forms and the Other Insurance - Primary And Excess Insurance Provisions in the Motor Carrier Coverage Form:

Liability Coverage is primary for any temporary substitute for an auto you own if the substitute auto is operated by an insured and is loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing autos.

CA-0165F(7-16)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of  2**

**4.** If your business is selling, repairing or servicing *autos,* the following is added to the Other Insurance Condition in the Business Auto and Garage Coverage Forms and the Other Insurance - Primary And Excess Insurance Provisions in the Motor Carrier Coverage Form:

Liability Coverage is excess for any *auto* you own if operated by a customer to whom you have loaned the *auto,* with or without consideration, as a temporary substitute for an *auto* owned by the customer.

**D.** The following provision is added:

Missouri Property and Casualty Insurance Guaranty Association Coverage Limitations

**1.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**2.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**a.** Claims covered by the Association do not include a claim by or against an *insured* of an insolvent insurer, if the *insured* has a net worth of more than $25 million on the later of the end of the *insured's* most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an *insured's* net worth on such date shall be deemed to include the aggregate net worth of the *insured* and all of its affiliates as calculated on a consolidated basis.

**b.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

(1) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

(2) Return to an *insured* any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

**MISSOURI CHANGES - POLLUTION EXCLUSION**                    CA-0166R(3-06)

For a covered *auto* licensed or principally garaged in, or *garage operations* conducted in Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**A.** The following is added to the Pollution Exclusion in Section II - Liability Coverage in the Business Auto, Motor Carrier and Truckers Coverage Forms and to the Pollution Exclusion Applicable To *Garage Operations* - Covered *Autos* in the Garage Coverage Form:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**B.** The following is added to the Pollution Exclusion Applicable To *Garage Operations* - Other Than Covered *Autos* in Section II - Liability Coverage in the Garage Coverage Form or to any amendment to or replacement thereof:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**C.** If the Broadened Coverage - Garages or Broadened Coverage - Garages - Split Limits of Insurance endorsement is attached to a Garage Coverage Form, then Exclusion 2a(15) in the Broadened Coverage - Garages or Broadened Coverage - Garages - Split Limits of Insurance endorsement is revised by the addition of the following:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**D.** If the Personal Injury Liability Coverage - Garages or Personal Injury Liability Coverage - Garages - Split Limits of Insurance endorsement is attached to a Garage Coverage Form, then exclusion 2a(8) in the Personal Injury Liability Coverage - Garages or Personal Injury Liability Coverage - Garages - Split Limits of Insurance endorsement is revised by the addition of the following:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

CA-0166R(3-06)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of  1**

**MISSOURI CHANGES - CANCELLATION AND NONRENEWAL**                    CA-0219F(1-16)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual, partnership or limited liability company and a covered *auto* you own is of the *private passenger type,* and this policy covers fewer than five *autos* and does not insure the motor vehicle hazard of garages, motor vehicle sales agencies, repair shops, service stations or public parking places, the Cancellation Common Policy Condition does not apply to that *auto.* The following Condition applies instead:

**ENDING THIS POLICY**

**1. Cancellation**

**a.** You may cancel the policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

**b.** If this policy has been in effect for 60 days or less and is not a renewal or continuation policy, we may cancel for any reason. If we cancel, we will mail you at least 10 days notice.

**c.** When this policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium. If we cancel for this reason, we will mail you at least 10 days notice.

(2) If you are an individual, partnership or limited liability company and your driver's license has been suspended or revoked during the policy period. If we cancel for this reason, we will mail you at least 60 days notice. However, we may not cancel if you are more than one person, but only one person's license has been suspended or revoked. Instead we may exclude coverage for that person while operating a covered *auto* during a period of suspension or revocation.

(3) If you are an individual, we replace this policy with another one providing similar coverages and the same limits for the covered *auto.* The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

**d.** If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. However, making or offering to make the refund is not a condition of cancellation. The following provisions govern calculation of return premium:

(1) We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

(a) Cancelled by us or at our request;

(b) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

(c) Cancelled but rewritten with us or in our company group; or

(d) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

(2) When this policy is cancelled at the request of the First Named Insured (except when paragraph (1)(b), (1)(c) or (1)(d) applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

(3) When this policy is cancelled at your request and is an auto dealer's policy written on a reporting form basis, we will calculate the return or additional premium as follows:

(a) Final annual premium will be determined on the basis of the average value reported during the period on which the policy was in effect.

(b) Pro rata earned premium will be determined based on the final annual premium for the number of days the policy was in force as determined by paragraph (3)(a) rounded to the next whole dollar.

CA-0219F(1-16)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of  3**

(c) Pro rata unearned premium will be determined by subtracting paragraph (3)(b) from paragraph (3)(a).

(d) The short rate surcharge will be determined by multiplying the unearned premium by 10% and rounding to the next higher whole dollar.

(e) Calculate the short rate earned premium by adding paragraphs (3)(b) and (3)(d).

(f) If the short rate earned premium is less than the sum of all payments (including any deposit premium), the difference is the return premium.

(g) If the short rate earned premium is greater than the sum of all payments (including any deposit premium), the difference is the additional premium due.

e. The effective date of cancellation stated in the notice shall become the end of the policy period.

f. Our notice of cancellation will state the actual reason for cancellation unless the cancellation is due to nonpayment of premium.

**2. Nonrenewal**

a. If we decide not to renew or continue this policy, we will mail you notice at least 60 days before the end of the policy period. If the policy period is other than one year, we will have the right not to renew or continue it only at the anniversary of its original effective date. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

b. If we fail to mail proper notice of nonrenewal and you obtain other insurance, the coverages provided by this policy will end on the effective date of any similar coverages provided by the other insurance.

c. Our notice of nonrenewal will state the actual reason for nonrenewal unless the nonrenewal is due to nonpayment of premium.

**3. Mailing Of Notices**

Any notice of cancellation or nonrenewal will be mailed by United States Postal Service certificate of mailing, first-class mail using Intelligent Mail barcode (IMb), or another mail tracking method used, approved, or accepted by the United States Postal Service to your last known mailing address. Proof of mailing of any notice will be sufficient proof of notice.

**B.** For *autos* not described in paragraph A above:

**1.** Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

a. Ten days before the effective date of cancellation if we cancel for nonpayment of premium;

b. Thirty days before the effective date of cancellation if cancellation is for one or more of the following reasons:

(1) Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

(2) Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

(3) We become insolvent; or,

(4) We involuntarily lose reinsurance for this policy.

c. Sixty days before the effective date of cancellation if we cancel for any other reason.

**2.** Paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

a. We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

(1) Cancelled by us or at our request;

(2) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

(3) Cancelled but rewritten with us or in our company group; or

    (4)    Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**b.**  When this policy is cancelled at the request of the First Named Insured (except when paragraph a(2), a(3) or a(4) applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

**c.**  When this policy is cancelled at the request of the First Named Insured and is an auto dealer's policy written on a reporting form basis, we will calculate the return or additional premium as follows:

    (1)    Final annual premium will be determined on the basis of the average value reported during the period in which the policy was in effect.

    (2)    Pro rata earned premium will be determined based on the final annual premium for the number of days the policy was in force as determined by paragraph c(1) rounded to the next higher whole dollar.

    (3)    Pro rata unearned premium will be determined by subtrac-

ting paragraph c(2) from paragraph c(1).

    (4)    The short rate surcharge will be determined by multiplying the unearned premium by 10% and rounding to the next higher whole dollar.

    (5)    Calculate the short rate earned premium by adding paragraphs c(1) and c(4).

    (6)    If the short rate earned premium is less than the sum of all payments (including any deposit premium), the difference is the return premium.

    (7)    If the short rate earned premium is greater than the sum of all payments (including any deposit premium), the difference is the additional premium due.

**3.**  The following is added and supersedes any provision to the contrary:

**Nonrenewal**

**1.**  We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**2.**  If notice is mailed, proof of mailing will be sufficient proof of notice.

**MISSOURI UNINSURED MOTORISTS COVERAGE**

CA-2104F(10-12)

For a covered *auto* registered or principally garaged in, or *garage operations* conducted in, Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### A. COVERAGE

1. We will pay all sums the *insured* is legally entitled to recover as compensatory damages from the owner or driver of an *uninsured motor vehicle.* The damages must result from *bodily injury* sustained by the *insured* caused by an *accident.* The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the *uninsured motor vehicle.*

2. No judgment for damages arising out of a *suit* brought against the owner or operator of an *uninsured motor vehicle* is binding on us unless we have:

   a. Received reasonable notice of the pendency of the *suit* resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interests in the *suit.*

### B. WHO IS AN INSURED

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are *insureds:*

   a. The Named Insured and any *family members.* However, this does not include any *family member,* other than the Named Insured's spouse, who owns an *auto.*

   b. Anyone else *occupying* a covered *auto* or a temporary substitute for a covered *auto.* The covered *auto* must be out of service because of its breakdown, repair, servicing, *loss* or destruction.

   c. Anyone for damages he or she is entitled to recover because of *bodily injury* sustained by another *insured.*

2. A partnership, limited liability company, corporation or any other form of organization, then the following are *insureds:*

   a. Anyone *occupying* a covered *auto* or a temporary substitute for a covered *auto.* The covered *auto* must be out of ser-

vice because of its breakdown, repair, servicing, *loss* or destruction.

   b. Anyone for damages he or she is entitled to recover because of *bodily injury* sustained by another *insured.*

### C. EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment. However, this exclusion applies only to the extent that the limits of liability for Uninsured Motorists Coverage exceed the minimum limits of liability required by the financial responsibility law of Missouri.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. *Bodily injury* sustained by any person while *occupying* or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any *family member,* that is not a covered *auto.* However, this exclusion does not apply to an individual Named Insured.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. *Bodily injury* arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### D. LIMIT OF INSURANCE

1. Regardless of the number of *insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for all damages resulting from any one *accident* is the limit of Uninsured Motorists Coverage shown in the Declarations.

   However, if *bodily injury* to which this coverage applies is sustained by any person other than an individual Named Insured or any *family member,* the Limit of Insurance

CA-2104F(10-12)      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 1 of 3**

shown in the Declarations for this coverage is also the most we will pay regardless of the number of covered *autos.*

2. If there are two or more covered *autos,* that are not trailers, and *bodily injury* is sustained by an individual Named Insured or any *family member,* our Limit of Insurance for any one *accident* is the sum of the limits applicable to each covered *auto* which is not a *trailer.* Subject to this maximum limit of liability for all damages:

   a. The most we will pay for all damages sustained in such *accident* by an *insured* other than an individual Named Insured or any *family member* is that *insured's* pro rata share of the limit shown in the Declarations for this coverage, at the time of the *accident.*

   b. An individual Named Insured or any *family member* who sustains *bodily injury* in such *accident* will also be entitled to a pro rata share of the limit described in Paragraph a above.

   A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all *insureds.*

3. No one will be entitled to receive duplicate payments for the same elements of *loss* under this Coverage Form and any Liability Coverage Form attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of *loss* for which payment has been made by or for anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers' compensation, disability benefits or similar law.

### E. CHANGES IN CONDITIONS

The Conditions are changed for Missouri Uninsured Motorists Coverage as follows:

1. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. Duties In The Event Of Accident, Claim, Suit Or Loss is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a *suit* is brought.

3. Transfer Of Rights Of Recovery Against

Others To Us is changed by adding the following:

If we make any payment and the *insured* recovers from another party, the *insured* shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. The following condition is added:

   **Arbitration**

   a. If we and an *insured* disagree whether the *insured* is legally entitled to recover damages from the owner or driver of an *uninsured motor vehicle* or do not agree as to the amount of damages that are recoverable by that *insured,* both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the *insured* lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

5. Two Or More Coverage Forms Or Policies Issued By Us does not apply.

### F. ADDITIONAL DEFINITIONS

As used in this endorsement:

1. *"Family member"* means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. *"Occupying"* means in, upon, getting in, on, out or off.

3. *"Uninsured motor vehicle"* means a land motor vehicle or *trailer:*

   a. For which no liability bond or policy at the time of an *accident* provides at least the amounts required by the applicable law where a covered *auto* is principally garaged;

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   c. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

CA-2104F(10-12)   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 2 of 3**

(1) Hit an *insured,* a covered *auto* or a vehicle an *insured* is *occupying,* or

(2) Cause *bodily injury* to an *insured* without hitting an *insured,* a covered *auto* or a vehicle an *insured* is *occupying.* The facts of the *accident* must be proved. We may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

However, *uninsured motor vehicle* does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**b.** Designed for use mainly off public roads while not on public roads.

**SPLIT BODILY INJURY UNDERINSURED MOTORISTS COVERAGE LIMITS**

CA-2151F(10-13)

This endorsement modifies insurance provided under the following:

UNDERINSURED MOTORISTS COVERAGE

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

Paragraph 1 of the Limit of Insurance provision in the Underinsured Motorists Coverage endorsement applicable to *bodily injury* is replaced by the following:

1. Regardless of the number of covered *autos*, *insureds*, premiums paid, claims made or vehicles involved in the *accident*, the limit of insurance is as follows:

a. The most we will pay for all damages resulting from *bodily injury* to any one person caused by any one *accident,* including all damages claimed by any person or organization for care, loss of services or death resulting from the *bodily injury*, is the limit of *Bodily Injury* shown in the Declarations for each person.

b. Subject to the limit for each person, the most we will pay for all damages resulting from *bodily injury* caused by any one *accident* is the limit of *Bodily Injury* shown in the Declarations for each *accident*.

CA-2151F(10-13)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 1 of  1**

**MISSOURI SPLIT UNINSURED MOTORISTS COVERAGE LIMITS**                    CA-2156F(4-01)

For a covered *auto* licensed or principally garaged in, or *garage operations* conducted in, Missouri, this endorsement modifies insurance provided under the following:

MISSOURI UNINSURED MOTORISTS COVERAGE

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Paragraphs 1 and 2 of Limit Of Insurance are replaced by the following:

**a.** Regardless of the number of *insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for *bodily injury* to any one person resulting from any one *accident,* including all damages claimed by any person or organization for care, loss of services or death resulting from the *bodily injury,* is the limit of *Bodily Injury* for each person shown in the Declarations applicable to each covered *auto.*

(1) If there is more than one covered *auto,* and *bodily injury* is sustained by an individual Named Insured or any *family member,* our Limit of Insurance for any one *accident* is the sum of the limits of *Bodily Injury* for each person shown in the Declarations applicable to each covered *auto.* Subject to the maximum limit of *Bodily Injury* for each person:

(a) The most we will pay for *bodily injury* sustained in such *accident* by an *insured* other than an individual Named Insured or any *family member* is that *insured's* pro rata share of the *Bodily Injury* for each person limit shown in the Declarations for this coverage, at the time of the *accident.*

(b) An individual Named Insured or any *family member* who sustains *bodily injury* in such *accident* will also be entitled to a pro rata share of the limit described in Paragraph a(1)(a) above.

(c) A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all *insureds.*

(2) If the *bodily injury* is sustained by any *insured* other than an individual Named Insured or any *family member,* in an *accident* in which neither such Named Insured nor any *family member* sustained *bodily injury,* the limit of *Bodily Injury* for each person

shown in the Declarations for this coverage, at the time of the *accident,* is also our maximum limit for *bodily injury* resulting from any such *accident* regardless of the number of covered *autos.*

**b.** Subject to the limit for each person, regardless of the number of *insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for *bodily injury* resulting from any one *accident,* including all damages claimed by any person or organization for care, loss of services or death resulting from the *bodily injury,* is the limit of *Bodily Injury* for each *accident* shown in the Declarations applicable to each covered *auto.*

(1) If there is more than one covered *auto,* and *bodily injury* is sustained by an individual Named Insured or any *family member,* our Limit of Insurance for any one *accident* is the sum of the limits of *Bodily Injury* for each *accident* shown in the Declarations applicable to each covered *auto.* Subject to the maximum limit of *Bodily Injury* for each *accident:*

(a) The most we will pay for *bodily injury* sustained in such *accident* by an *insured* other than an individual Named Insured or any *family member* is that *insured's* pro rata share of the *Bodily Injury* for each *accident* limit shown in the Declarations for this coverage, at the time of the *accident.*

(b) An individual Named Insured or any *family member* who sustains *bodily injury* in such *accident* will also be entitled to a pro rata share of the limit described in Paragraph b(1)(a) above.

(c) A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all *insureds.*

(2) If the *bodily injury* is sustained by any *insured* other than an individual Named Insured or any *family member,* in an *accident* in which neither such Named Insured nor any *family member* sustained *bodily injury,* the limit of *Bodily Injury* for each *accident* shown in the Declarations for this coverage, at the time of the *accident,* is also our maximum limit for *bodily injury* resulting from any such *accident* regardless of the number of covered *autos.*

**PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION**

CA-2345F(11-16)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered *auto* while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered *auto* is being used by an *insured* who is logged into a *transportation network platform* as a driver, whether or not a passenger is *occupying* the covered *auto*; or

2. By an *insured* who is logged into a *transportation network platform* or *delivery network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the covered *auto*.

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for *loss* to any covered *autos* while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered *auto* is being used by an *insured* who is logged into a *transportation network platform* as a driver, whether or not a passenger is *occupying* the covered *auto*; or

2. By an *insured* who is logged into a *transportation network platform* or *delivery network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the covered *auto*.

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance and On-demand Delivery Services**

This insurance does not apply to:

*Bodily injury* sustained by an *insured occupying* a covered *auto* while it is being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered *auto* is being used by an *insured* who is logged into a *transportation network platform* as a driver, whether or not a passenger is *occupying* the covered *auto*; or

2. By an *insured* who is logged into a *transportation network platform* or *delivery network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the covered *auto*.

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph 2 does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph 2 is added.

2. **Public Or Livery Passenger Conveyance And On-demand Delivery Services**

   This insurance does not apply to any covered *auto* while being used:

   a. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered *auto* is being used by an *insured* who is logged into a *transportation network platform* as a driver, whether or not a passenger is *occupying* the covered *auto*; or

   b. By an *insured* who is logged into a *transportation network platform* or *delivery network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the covered *auto*.

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph 2 does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph 2 is added.

2. **Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered *auto* while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered *auto* is being used by an *insured* who is logged into a *transportation network platform* as a driver, whether or not a passenger is *occupying* the covered *auto*; or

**b.** By an *insured* who is logged into a *transportation network platform* or *delivery network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the covered *auto*.

**F. Additional Definitions**

As used in this endorsement:

**1.** *"Delivery network platform"* means an online-enabled application or digital network, used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged *delivery services* for compensation. A *delivery network platform* does not include a *transportation network platform.*

**2.** *"Delivery services"* includes courier services.

**3.** *"Occupying"* means in, upon, getting in, on, out or off.

**4.** *"Transportation network platform"* means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXCLUSION OF TERRORISM**                                    CA-2384F(10-13)

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is shown in  italics:

**1.** *"Terrorism"* means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** *"Any injury, damage, loss or expense"* means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to *bodily  injury, property damage, personal injury, personal and advertising injury, loss,* loss of use, rental reimbursement after *loss* or *covered pollution cost or expense,* as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage or Garagekeepers  Coverage - Customers' Sound Receiving  Equipment, the

following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for *any injury, damage, loss or expense* caused directly or indirectly by *terrorism,* including action in hindering or defending against an actual or expected incident of *terrorism. Any injury, damage, loss or expense* is excluded regardless of any other cause or  event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of  terrorism:**

**1.** The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material;  or

**3.** The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous  biological  or chemical materials; or

**4.** Pathogenic  or  poisonous  biological  or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials;  or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by  property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death;  or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried

out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs B5 and B6 are exceeded.

With respect to this exclusion, Paragraphs B5 and B6 describe the thresholds used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage or Garagekeepers Coverage - Customers' Sound Receiving Equipment, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any *loss,* loss of use or rental reimbursement after *loss* caused directly or indirectly by *terrorism,* including action in hindering or defending against an actual or expected incident of *terrorism.* **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

**1.** The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material;  or

**3.** The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials;  or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of  all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism  exclusions.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph C5 is exceeded.

With respect to this exclusion, Paragraph C5 describes the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of *terrorism* that is not subject to the exclusion in Paragraph B or C, coverage does not apply to *any injury, damage, loss or expense* that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**MISSOURI UNDERINSURED MOTORISTS COVERAGE**                                          CA-3104F(8-18)

For a covered *auto* licensed or principally garaged in, or *garage operations* conducted in, Missouri, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

**A. COVERAGE**

1. We will pay all sums the *insured* is legally entitled to recover as compensatory damages from the owner or driver of an *underinsured motor vehicle.* The damages must result from *bodily injury* sustained by the *insured* caused by an *accident.* The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the *underinsured motor vehicle.*

2. We will pay under this coverage only if paragraph a or b below applies:

   a. The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   b. A tentative settlement has been made between an *insured* and the insurer of the *underinsured motor vehicle* and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the *insured* in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a *suit* brought without our written consent is not binding on us.

**B. WHO IS AN INSURED**

   If the Named Insured is designated in the Declarations as:

1. An individual, then the following are *insureds:*

   a. The Named Insured and any *family members.* However, this does not include any *family member,* other than the Named Insured's spouse, who owns an *auto.*

   b. Anyone else *occupying* a covered *auto* or a temporary substitute for a covered *auto.* The covered *auto* must be out of

service because of its breakdown, repair, servicing, *loss* or destruction.

   c. Anyone for damages he or she is entitled to recover because of *bodily injury* sustained by another *insured.*

2. A partnership, limited liability company, corporation or any other form of organization, then the following are *insureds:*

   a. Anyone *occupying* a covered *auto* or a temporary substitute for a covered *auto.* The covered *auto* must be out of service because of its breakdown, repair, servicing, *loss* or destruction.

   b. Anyone for damages he or she is entitled to recover because of *bodily injury* sustained by another *insured.*

**C. EXCLUSIONS**

   This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

2. *Bodily injury* sustained by any person while *occupying* or struck by any vehicle owned by the Named Insured or if the Named Insured is an individual, any *family member,* that is not a covered *auto.* However, this exclusion does not apply to an individual Named Insured.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. *Bodily injury* arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. LIMIT OF INSURANCE**

1. Regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for all damages resulting from any one *accident* is the limit of Underinsured Motorists Coverage shown in the Declarations.

**CA-3104F(8-18)**               Includes copyrighted material of Insurance Services Office, Inc., with its permission.               **Page 1 of 3**

**2.** The Limit of Insurance under this coverage shall be reduced by all sums paid for **bodily injury** by or for anyone who is legally responsible, including all sums paid under this coverage and this policy's Liability Coverage.

**3.** We will not pay for any element of *loss* if a person is entitled to receive duplicate payment under any of the following or similar law:

    **a.** Workers' compensation law; or

    **b.** Disability benefits law.

**4.** No one will be entitled to receive duplicate payments for the same elements of *loss* under this coverage and this policy's Liability Coverage.

**5.** We will not make a duplicate payment under this coverage for any element of *loss* for which payment has been made by or for anyone who is legally responsible.

**E. CHANGES IN CONDITIONS**

The Conditions are changed for Missouri Underinsured Motorists Coverage as follows:

**1.** Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary and Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

    **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

    **b.** Subject to all other provisions of this policy, including but not limited to:

        (1) Exclusion C2 of this endorsement;

        (2) Paragraph D, Limit of Insurance of this endorsement;

        (3) Paragraph E1a of the Other Insurance condition of this endorsement; and

        (4) The Two or More Coverage Forms or Policies Issued by Us condition of this policy;

    any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

    **c.** If the coverage under this coverage form is provided:

        (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

        (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2.** Duties in the Event of Accident, Claim, Suit or Loss is changed by adding the following:

    **a.** Promptly notify the police if a hit-and-run driver is involved;

    **b.** Promptly send us copies of the legal papers if a *suit* is brought; and

    **c.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the *insured* and the insurer of the *underinsured motor vehicle* and allow us to advance payment to that *insured* in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such *underinsured motor vehicle.*

**3.** Transfer of Rights of Recovery Against Others to Us is changed by adding the following:

If we make any payment and the *insured* recovers from another party, the *insured* shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an *accident* with an *underinsured motor vehicle* if we:

    **a.** Have been given prompt written notice of a tentative settlement between an *insured* and the insurer of an *underinsured motor vehicle;* and

    **b.** Fail to advance payment to the *insured* in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the *insured* in an amount equal to the tentative settlement

within 30 days after receipt of notification:

a. That payment will be separate from any amount the *insured* is entitled to recover under the provisions of Underinsured Motorists Coverage; and

b. We also have a right to recover the advanced payment.

4. The following condition is added:

**Arbitration**

a. If we and an *insured* disagree whether the *insured* is legally entitled to recover damages from the owner or driver of an *underinsured motor vehicle* or do not agree as to the amount of damages that are recoverable by that *insured,* both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the *insured* lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. ADDITIONAL DEFINITIONS**

As used in this endorsement:

1. *"Family member"* means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. *"Occupying"* means in, upon, getting in, on, out or off.

3. *"Underinsured motor vehicle"* means a land motor vehicle or *trailer* for which a *bodily injury* liability bond or policy applies at the time of an *accident* but the amount paid for *bodily injury* under that bond or policy to an *insured* is not enough to pay the full amount the *insured* is legally entitled to recover as damages.

However, *underinsured motor vehicle* does not include any vehicle:

a. Owned or operated by a self insurer under any applicable motor vehicle law; or

b. Designed for use mainly off public roads while not on public roads.

**ADDITIONAL INSURED - AUTOMATIC STATUS WHEN REQUIRED IN WRITTEN AGREEMENT WITH YOU**

CA-7213(10-98)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

GARAGE COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

**1.** Who Is an Insured under Section II - Liability Coverage is amended to include any person or organization with whom you have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such persons or organizations are additional insureds only with respect to liability arising out of operations performed for the additional insured by you.

**2.** The Limits of Insurance applicable to the additional insured are those specified in the written con- tract or agreement or in the Declarations for this Coverage Form, whichever is less. These Limits of Insurance are inclusive and not in addition to the Limits of Insurance shown in the Declarations.

CA-7213(10-98)   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 1 of  1**

**ACUITY ENHANCEMENTS - BUSINESS AUTO**                                        CA-7247(10-16)

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

**A. Temporary Substitute Vehicle Physical Damage**

The following is added to item C Certain Trailers, Mobile Equipment and Temporary Substitute Autos under Section I - Covered Autos:

If Physical Damage Coverage is provided by this Coverage Form, any *auto* you do not own while used with permission of its owner as a temporary substitute for a covered *auto* you own that is out of service because of its breakdown, repair, servicing, *loss* or destruction is a covered *auto* for Physical Damage Coverage.

**B. Who Is an Insured**

The following are added to Who Is an Insured under Section II - Liability Coverage:

**1. Newly Acquired Organizations**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** This coverage does not apply to *bodily injury* or *property damage* that occurred before you acquired or formed the organization;

**c.** No person or organization is an *insured* with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**2. Employees as Insureds**

Any *employee* of yours is an *insured* while using a covered *auto* you do not own, hire or borrow in your business or your personal affairs.

**C. Increased Supplementary Payments**

**1.** The limit shown in paragraph A2a(2) of Section II - Liability Coverage is increased to $3,000.

**2.** The limit shown in paragraph A2a(4) of Section II - Liability Coverage is increased to $300.

**D. Fellow Employee Coverage**

The Fellow Employee Exclusion contained in Section II - Liability Coverage does not apply.

**E. Towing for Covered Autos after Covered Losses**

The following is added to paragraph A4 Coverage Extensions of Section III - Physical Damage Coverage in the Business Auto Coverage Form and to paragraph - A4 Coverage Extension under Section IV - Physical Damage Coverage in the Motor Carrier Coverage Form and the Towing Coverage endorsement, if it applies to your policy:

If a covered *loss* to a covered *auto* renders the vehicle undriveable, we will pay for reasonable and necessary costs to tow the vehicle to the nearest service or salvage facility. This coverage only applies to a covered *auto* insured for Comprehensive or Collision coverage. Such payments will not reduce the limits of insurance described in C Limit of Insurance.

**F. Transportation Expenses**

The Transportation Expenses Coverage Extension is replaced by the following:

We will also pay up to $75 per day to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered *auto* of the private passenger or *light truck* type. We will pay only for those covered *autos* for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered *auto* is returned to use or we pay for its *loss.*

**G. Increased Sub-limit for Audio, Visual and Data Electronic Equipment Coverage**

The sub-limit shown in paragraph C2 of the Limit of Insurance Provision of Section III - Physical Damage Coverage in the Business Auto Coverage Form is increased to $3,000.

**H.** The following are added to Coverage Extensions under Section III - Physical Damage Coverage in the Business Auto Coverage Form and to Section IV - Physical Damage Coverage in the Motor Carrier Coverage Form:

**1. Accidental Airbag Discharge**

We will pay to replace an airbag that deploys without the car being involved in an accident. This coverage applies only to a covered *auto* which you own.

**2. Loan/Lease Gap Coverage**

In the event of a total *loss* to a covered *auto* of the private passenger or *light truck*

CA-7247(10-16)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 5**

type, we will pay any unpaid amount due on the lease or loan, less:

**a.** The amount paid under the Physical Damage Coverage Section of the policy; and

**b.** Any:

(1) Overdue lease/loan payments at the time of the *loss;*

(2) Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

(3) Security deposits not returned by the lessor;

(4) Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

(5) Carry-over balances from previous loans or leases.

**3. Hired Auto Physical Damage Coverage**

If hired *autos* are covered *autos* for Liability Coverage, then the Physical Damage Coverages provided under this Coverage Form for any *auto* you own are extended to *autos* of the private passenger or *light truck* type which you lease, hire, rent or borrow for a period of 30 days or less, subject to the following limit.

The most we will pay under this extension is the lesser of the actual cash value, the cost of repair or $50,000, minus a deductible. The deductible will be equal to the largest deductible applicable to any owned *auto* of the private passenger or *light truck* type for that coverage. Subject to the above limit, deductible and excess provisions, we will provide coverage equal to the broadest coverage applicable to any covered *auto* you own of the private passenger or *light truck* type.

**4. Rental Reimbursement Coverage for Private Passenger Vehicles or Light Trucks**

**a.** This coverage applies only to a covered *auto* of the private passenger or *light truck* type.

**b.** We will pay for rental reimbursement expenses incurred by you for the rental of an *auto* because of a covered *loss* to an *auto* to which this extension applies. Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered *auto.* No deductibles apply to this coverage.

**c.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the *loss* and ending, regardless of the policy's expiration, with the lesser of the following number of days:

(1) The number of days reasonably required to repair or replace the covered *auto.* If *loss* is caused by theft, this number of days is added to the number of days it takes to locate the covered *auto* and return it to you.

(2) 30 days.

**d.** Our payment is limited to the lesser of the following amounts:

(1) Necessary and actual expenses incurred.

(2) $75 per day to a maximum of $1,500.

**e.** This coverage does not apply while there are spare or reserve *autos* available to you for your operations.

**f.** If *loss* results from the total theft of a covered *auto* to which this extension applies, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the Physical Damage Coverage Extensions.

**g.** The Rental Reimbursement Coverage described above does not apply to a covered *auto* that is described or designated as a covered *auto* on Rental Reimbursement Coverage Form CA-9923F.

**5. Fire Department Service Charge**

When the fire department is called to save or protect a covered *auto,* its equipment, its contents, or occupants from a covered *loss,* we will pay up to $1,000 for your liability for fire department service charges:

**a.** Assumed by contract or agreement prior to loss; or

**b.** Required by local ordinance.

No deductible applies to this additional coverage.

**6. Fire Extinguisher Recharge**

We will pay the actual cost of recharging or replacing, whichever is less, fire extinguishers kept in your covered *auto* that are intentionally discharged in an attempt to extinguish a fire.

**7. Rental Reimbursement, Business Income and Extra Expense Coverage**

**Limits**

The most we will pay for all *loss* for each covered *auto* involved in any one *accident* for Rental Reimbursement, Business Income and Extra Expense combined is $10,000.

**Coverage**

a.  Rental Reimbursement Coverage

(1) We will pay for expenses incurred by you during the *period of restoration* for the rental of an *auto* made necessary because of a covered *loss* to a covered *auto* used in your business. The *loss* must be caused by a cause of loss covered under item A1 of Physical Damage Coverage in this Coverage Part.

(2) This Rental Reimbursement Coverage does not apply to a covered *auto* of the private passenger or *light truck* type because coverage for these vehicles is provided in item 4 of this endorsement.

b.  Business Income and Extra Expense Coverage

(1) Business Income Coverage

(a) Actual Loss Sustained Coverage - We will pay the actual loss of *business income* sustained by you as the result of the necessary suspension of your business during the *period of restoration* due to a *loss* to a covered *auto* used in your business. The *loss* must be caused by a cause of loss covered under item A1 of Physical Damage Coverage in this Coverage Part.

(b) Specified Amount per Day Coverage - At your option, we will pay up to $250 per day for a maximum of seven days during the *period of restoration* for income loss. The *loss* must be caused by a cause of loss covered under item A1 of Physical Damage Coverage in this Coverage Part.

(2) Extra Expense Coverage

We will pay the necessary and reasonable *extra expenses* that you incur during the *period of restoration* that you would not have incurred had there been no *loss* to a covered *auto* used in your business. The *loss* must be caused by a cause of loss covered under item A1 of Physical Damage Coverage in this Coverage Part.

**Conditions**

a.  Any payment for Business Income made under Specified Amount per Day Coverage reduces the payment we make under any other coverages listed in extension 7.

b.  No other deductible applies to these coverages.

c.  We will not pay under these coverages if you do not repair or replace the covered *auto*.

d.  You must resume all or part of your business as quickly as possible.

e.  If you have other *autos* you can use to reduce the amount of loss payable under these coverages, you are required to use them.

f.  We will not pay for loss or expenses caused by suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of your business, we will cover such loss that affects your *business income*.

g.  We will pay for expenses you incur to reduce the amount that would otherwise have been payable under this coverage. We will not pay more than the amount by which you actually reduce the *business income* loss or *extra expense* incurred.

8.  **Fuel in Vehicle Coverage**

We will also pay, with respect to a covered *loss*, the actual loss sustained for the *loss* to the fuel used to operate your vehicle but only with respect to a covered *auto*. You must provide documentation supporting your claim for damages.

**Deductible**

A deductible applies to this coverage. Refer to paragraph N Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle Coverages, and Electronic Logging Devices or Electronic On-Board Recorders Coverages.

9.  **Miscellaneous Equipment Used With Covered Vehicle Coverage**

We will also pay, with respect to a covered *loss*, the actual cash value, repair cost or replacement cost, whichever is less, for *loss* to your *miscellaneous equipment* but only with respect to a covered *auto*.

**Exclusions**

We will not pay for *loss* caused by:

a.  Theft, unless there are visible signs or marks of forcible entry into the covered *auto* and the theft is reported to law enforcement authorities; or

b.  Mysterious disappearance.

**Deductible**

A deductible applies to this coverage. Refer to paragraph N Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle Coverages, and Electronic Logging Devices or Electronic On-Board Recorders Coverages.

**10. Electronic Logging Devices or Electronic On-Board Recorders**

We will also pay, with respect to a covered *loss,* up to $3,000 for the actual loss sustained to an electronic on-board recorder or electronic logging device permanently installed in the *auto* but only with respect to a covered *auto.*

**Deductible**

A deductible applies to this coverage. Refer to paragraph N Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle Coverages, and Electronic Logging Devices or Electronic On-Board Recorders Coverages for further information.

**I. Deductible Provision**

Paragraph D, Deductible of Section III - Physical Damage Coverage in the Business Auto Coverage Form and paragraph D, Deductible of Section IV - Physical Damage Coverage in the Motor Carrier Coverage Form are replaced by the following:

1. For each covered *auto,* our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to *loss* caused by fire or lightning.

2. For combinations of tractor, truck, semi-trailer or trailers when attached together by coupling devices at the time of *loss,* one deductible will apply.

    a. If more than one *auto* of the combination is damaged or stolen, the largest applicable deductible shown in the Declarations will apply.

    b. If only one *auto* of the combination is damaged or stolen, the deductible shown in the Declarations for that *auto* will apply.

3. The deductibles will not apply to *loss* caused by a collision of a covered *auto* with any other auto insured by us.

4. If the insured chooses to have a damaged windshield or other glass repaired instead of replaced, no deductible will apply to the loss.

**J. Knowledge of Claim or Suit**

The following is added to the Duties in the Event of Accident, Claim, Suit or Loss Condition:

Knowledge of an *accident,* claim, *suit* or *loss* by an agent or *employee* of any insured shall not in itself constitute knowledge of the insured unless your partners, executive officers, directors, managers, members or a person who has been designated by them to receive reports of *accidents,* claims, *suits* or *loss* shall have received such notice from the agent or *employee.*

**K. Waiver of Subrogation for Written Contracts**

The following is added to the Transfer of Rights of Recovery Against Others to Us Condition:

We waive any right of recovery we may have against a person or organization because of payments we make for *bodily injury* or *property damage* arising out of your use of a covered *auto* which occurs while under a contract with that person or organization. The waiver applies only to a person or organization with whom you have a written contract or agreement requiring you to waive the right of recovery under this policy. The written contract or agreement must have been executed prior to the *accident* causing *bodily injury* or *property damage.*

**L. Worldwide Coverage Territory for Hired Autos**

The following is added to paragraph B7 of Section IV - Business Auto Conditions in the Business Auto Coverage Form and to paragraph B7 of Section V - Motor Carrier Conditions in the Motor Carrier Coverage Form:

With respect to *autos* hired for 30 days or less, the coverage territory is extended to include all parts of the world if the insured's responsibility to pay damages is determined in a suit in the United States of America (including its territories and possessions), Puerto Rico or Canada or in a settlement we agree to.

**M. Mental Anguish Coverage**

The Definition of *bodily injury* is amended to include mental anguish.

**N. Deductible Applicable to Fuel in Vehicle, Miscellaneous Equipment Used With Covered Vehicle Coverages and Electronic Logging Devices or Electronic On-Board Recorders**

1. If *loss* to property covered by these extensions is the result of a *loss* to the covered *auto* under this Coverage Form's Comprehensive or Collision Coverage, then for each covered *auto* our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any

Comprehensive Coverage deductible shown in the Declarations does not apply to *loss* to property covered by an extension caused by fire or lightning.

2. If *loss* to property covered by these extensions is the result of a *loss* to the covered *auto* under this Coverage Form's Specified Causes of Loss Coverage, then for each covered *auto* our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by a $100 deductible.

3. In the event that there is more than one applicable deductible, only the highest deductible will apply. In no event will more than one deductible apply.

**O. Coverage Extensions Definitions**

1. "*Business income*" means the:

   a. Net income (Net profit or loss before income taxes) that would have been earned or incurred if no *loss* would have occurred; and

   b. Continuing normal operating expenses incurred, including payroll.

2. "*Extra expense*" means those expenses you incur to avoid or minimize the suspension of business and to continue your business operations.

3. "*Light truck*" means a truck with a gross vehicle weight of 10,000 pounds or less.

4. "*Miscellaneous equipment*" means hand trucks, dollies, pallets, pads, covers, binders, tarps, tie-downs, chains and other similar equipment used in the handling of property being transported.

5. "*Period of restoration*" means the period of time that:

   a. Begins:

      (1) Twenty-four hours after the time of *loss* for Rental Reimbursement Coverage or Business Income Coverage; or

      (2) Immediately after the time of *loss* for Extra Expense Coverage; and

   b. Ends at the earliest of:

      (1) The time required to resume your normal business operations; or

      (2) The time that is reasonably necessary to repair or replace the covered *auto*.

*Period of restoration* does not include any increased period required due to the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of pollutants.

The expiration date of this policy will not cut short the *period of restoration*.

**AUTO MEDICAL PAYMENTS COVERAGE**                                       CA-9903F(3-06)

This endorsement modifies insurance provided under the following:
BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**1. COVERAGE**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an *insured* who sustains *bodily injury* caused by an *accident.* We will pay only those expenses incurred within three years from the date of the *accident.*

**2. WHO IS AN INSURED**

**a.** You while *occupying* or, while a pedestrian, when struck by any *auto.*

**b.** If you are an individual, any *family member* while *occupying* any *auto* or, while a pedestrian, when struck by any *auto.*

**c.** Anyone else *occupying* a covered *auto* or a temporary substitute for a covered *auto.* The covered *auto* must be out of service because of its breakdown, repair, servicing, loss or destruction.

**3. EXCLUSIONS**

This insurance does not apply to any of the following:

**a.** *Bodily injury* sustained by an *insured* while *occupying* a vehicle located for use as a premises.

**b.** *Bodily injury* sustained by you or any *family member* while *occupying* or struck by any vehicle (other than a covered *auto*) owned by you or furnished or available for your regular use.

**c.** *Bodily injury* sustained by any *family member* while *occupying* or struck by any vehicle (other than a covered *auto*) owned by or furnished or available for the regular use of any *family member.*

**d.** *Bodily injury* to your *employee* arising out of and in the course of employment by you. However we will cover *bodily injury* to your domestic *employees* if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic *employee* is a person engaged in household or domestic work performed principally in connection with a residence premises.

**e.** *Bodily injury* to an *insured* while working in a business of selling, servicing, repairing or parking *autos* unless that business is yours.

**f.** *Bodily injury* arising directly or indirectly out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.** *Bodily injury* to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**h.** *Bodily injury* sustained by an *insured* while *occupying* any covered *auto* while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any *bodily injury* sustained by an *insured* while the *auto* is being prepared for such a contest or activity.

**4. LIMIT OF INSURANCE**

Regardless of the number of covered *autos, insureds,* premiums paid, claims made or vehicles involved in the *accident,* the most we will pay for *bodily injury* for each *insured* injured in any one *accident* is the Limit of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of *loss* under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**5. CHANGES IN CONDITIONS**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**a.** The Transfer of Rights of Recovery Against Others to Us Condition does not apply.

**b.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary and Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**6. ADDITIONAL DEFINITIONS**

As used in this endorsement:

CA-9903F(3-06)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of  2**

a.  *"Family member"* means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

b.  *"Occupying"* means in, upon, getting in, on, out or off.

**COMMON POLICY CONDITIONS**                                                          IL-0017F(11-98)

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL-0017F(11-98)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 1**

**NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM**                              IL-0021F(3-14)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

FARM COVERAGE PART

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

1. The insurance does not apply:

   a. Under any Liability Coverage to *bodily injury* or *property damage:*

      (1) With respect to which an *insured* under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the *hazardous properties* of *nuclear material* and with respect to which:

         (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954 or any law amendatory thereof; or

         (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   b. Under any Medical Payments coverage, to expenses incurred with respect to *bodily injury* resulting from the *hazardous properties* of *nuclear material* and arising out of the operation of a *nuclear facility* by any person or organization.

   c. Under any Liability Coverage, to *bodily injury* or *property damage* resulting from the *hazardous properties* of *nuclear material,* if:

      (1) The *nuclear material:*

         (a) Is at any *nuclear facility* owned by, or operated by or on behalf of, an *insured;* or

         (b) Has been discharged or dispersed therefrom.

      (2) The *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an *insured;* or

      (3) The *bodily injury* or *property damage* arises out of the furnishing by an *insured* of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

2. As used in this endorsement:

   a. *"Hazardous properties"* include radioactive, toxic or explosive properties.

   b. *"Nuclear material"* means *source material, special nuclear material* or *byproduct material.*

   c. *"Source material," "special nuclear material"* and *"byproduct material"* have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   d. *"Spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor.*

   e. *"Waste"* means any waste material:

      (1) Containing *byproducts material* other than the tailings or *wastes* produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its *source material* content; and

      (2) Resulting from the operation by any person or organization of any *nuclear facility* included under the first two paragraphs of the definition of *nuclear facility.*

   f. *"Nuclear facility"* means:

      (1) Any *nuclear reactor;*

      (2) Any equipment or device designed or used for:

         (a) Separating the isotopes of uranium or plutonium;

         (b) Processing or utilizing *spent fuel;* or

IL-0021F(3-14)            Includes copyrighted material of Insurance Services Office, Inc., with its permission.            **Page 1 of  2**

(c) Handling, processing or packaging *waste.*

(3) Any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the *insured* at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235.

(4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste;*

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**g.** *"Nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**h.** *"Property damage"* includes all forms of radioactive contamination of property.

**ASBESTOS EXCLUSION**                                    **IL-7012(1-18)**

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSE COVERAGE FORM

COMMERCIAL AUTO COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

GARAGE COVERAGE FORM

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

RESIDENTIAL CARE FACILITY LIABILITY COVERAGE PART

The following exclusion is added:

**Asbestos**

This insurance does not apply to any *bodily injury* or *property damage* arising out of activities related to, but not limited to, manufacture, mining, storage, distribution, installation, sale, use, exposure to, service, testing for, repair, containment or removal of asbestos, asbestos fibers, asbestos dust, or products containing asbestos.



**COMMERCIAL INLAND MARINE COVERAGE PART**

## Amended Declarations

First Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF

Policy Number:    ZT6741

Policy Period:    Effective Date:    03-26-24
                  Expiration Date:   01-01-25

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the policy.

12:01 A.M. standard time at your mailing address shown in the declarations

### COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|---|---|---|
| IL-0017F(11-98) | Common Policy Conditions | |
| IL-0995R(1-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Act) | |
| IL-7081(1-15) | Exclusion of Certified Acts Of Terrorism | ■ |
| IM-100R(11-01) | Inland Marine General Terms | |
| IM-7144(4-18) | Transportation Coverage | |
| IM-7164(4-22) | Missouri Amendatory Endorsement | |
| | **Advance Endorsement Premium** | ■ |

**PREMIUM SUMMARY**

Advance Premium
Advance Endorsement Premium

**Total Advance Premium**

**ADDITIONAL NAMED INSUREDS**

WHO IS AN INSURED includes the following Additional Named Insureds:

SESSCO PROPERTIES LLC
SESSION PROPERTIES, LP

## INLAND MARINE GENERAL TERMS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

This policy is subject to the following *terms,* the Common Policy Conditions and other applicable *terms* in the Commercial Inland Marine Coverage Forms.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to Section A, Definitions.

### A. DEFINITIONS

1. *"Insured"* means you. With respect to covered property that is not used for *business,* the word *insured* also means:

   a. Your spouse;

   b. Your relatives if residents of your household;

   c. Persons under the age of 21 in your care or the care of your resident relatives; or

   d. Your legal representative if you die while insured by this policy. (This person is an *insured* only for the covered property.)

2. *"Business"* means a trade, profession or occupation whether full or part time. This includes:

   a. The rental of property to others; and

   b. Farming.

3. *"Described premises"* means that part of the building and grounds which you occupy at the location shown.

4. *"Terms"* means the conditions, definitions, exclusions, limitations and provisions used in this policy.

### B. PERILS EXCLUDED

We do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded peril. We do not pay for a loss that results from:

1. Wear and tear to covered property.

2. Gradual deterioration of covered property.

3. A fault or weakness that is intrinsic to the property which causes it to break, spoil, become defective or destroy itself.

4. Insects or vermin damage to covered property.

5. Delay, loss of market, loss of use or *business* interruption.

6. Obsolescence or depreciation of covered property.

7. War. This means:

   a. Declared war, undeclared war, civil war, insurrection, rebellion or revolution;

   b. A warlike act by a military force or by military personnel;

   c. The destruction, seizure or use of the property for a military purpose; or

   d. The discharge of a nuclear weapon even if it is accidental.

8. Civil Authority. This means:

   a. Seizure or destruction under quarantine or customs regulations;

   b. Confiscation or destruction by order of a government or public authority; or

   c. Risks of contraband or illegal transportation or trade.

9. Nuclear Hazard. This means nuclear reaction, nuclear radiation or radioactive contamination:

   a. Whether controlled or uncontrolled; or

   b. Caused by, contributed to or aggravated by a peril covered by this policy. A loss caused by nuclear hazard will not be considered to be a loss caused by fire, explosion or smoke. If fire is covered by this policy, we do cover the loss caused by a fire that results from the nuclear hazard.

10. Other perils that are not covered. These are listed for each coverage.

We do not pay for such excluded loss even if the following contribute to, aggravate or cause the loss:

1. The act or decision of a person, group, organization or governmental body. This includes the failure to act or decide.

2. A fault, defect or error, negligent or not, in:

   a. Planning, zoning, surveying, siting, grading, compacting, land use or development of property.

   b. The design, blueprint, specification, workmanship, construction, renovation, remodeling or repair of property. This includes the materials needed to construct, remodel or repair the property.

   c. Maintenance of property.

   These apply whether or not the property is covered by this policy.

3. A condition of the weather.

4. The collapse of a building or structure except as provided under the Builders' Risk Coverage Form, and the Property In The Course Of Construction Coverage Form.

IM-100R(11-01)                                                    **Page 1 of  4**

## C. WHAT MUST BE DONE IN CASE OF LOSS

### 1. Protect the Property

The *insured* must take all reasonable steps to protect or recover the covered property after a loss has occurred.

### 2. Notice

The *insured* must promptly notify us or our agent, in writing if requested.

### 3. Notice to Police

The *insured* must promptly notify the police if the loss results from a violation of the law.

### 4. Proof of Loss

The *insured* must send us a statement of loss, under oath if requested, within 90 days after the loss occurs. The following information must be included:

**a.** The date, time, place and details of the loss;

**b.** Other insurance that may cover the loss;

**c.** Your interest and the interest of all others in the property involved in the loss. This includes all mortgages and liens;

**d.** Changes in the title to the covered property during the policy period;

**e.** Detailed estimates for the repair or replacement of the covered property; and

**f.** An inventory of lost, damaged and all remaining covered property. This must show in detail the quantity, description, cost and actual cash value of the property and the amount of the loss. Copies of all bills, receipts and related documents that substantiate the inventory must be attached.

### 5. Additional Duties

As often as we may reasonably request, an *insured* must:

**a.** Submit to an examination under oath;

**b.** Assist us in obtaining the attendance of employees for examination under oath;

**c.** Exhibit damaged and undamaged property; and

**d.** Produce all records that relate to value, loss and cost, and permit copies and abstracts to be made from them.

### 6. Cooperation

The *insured* must cooperate with us in performing all acts that are required by this Inland Marine coverage.

### 7. Volunteer Payments

The *insured* may not voluntarily make payments, assume obligations, pay or offer rewards or incur other expenses, except at the *insured's* own expense.

### 8. Abandonment

The *insured* may not abandon the property to us without our written consent.

## D. HOW MUCH WE PAY

### 1. Actual Cash Value

Actual cash value includes a deduction for depreciation, however caused.

### 2. Valuation

Valuation is based on the actual cash value of the property at the time of loss.

### 3. The Amount We Pay

The smallest of the amounts shown below is the most that we will pay for a loss:

**a.** The amount determined under Valuation;

**b.** The cost to repair, replace or rebuild the property with material of like kind and quality;

**c.** The amount of your interest in the property; or

**d.** The coverage amount shown.

This amount will be adjusted by the deductible amount, coinsurance penalty or other limitation which may apply.

### 4. Loss to Pairs or Sets

If there is a loss to an item that is part of a pair or set, at your option we will pay the full actual cash value up to the coverage amount shown for the pair or set. You will give us the remainder of the pair or set. If you do not choose this option, we will pay only for a reasonable part of the actual cash value of the pair or set.

### 5. Loss to Parts

If there is a loss to a part of an item that consists of several parts, we will pay only for the loss to that part. A loss to a part is not considered to be a loss to the whole item.

### 6. Insurance Under More Than One Policy

If there is other collectible insurance that applies to a covered loss, or would have applied in the absence of this Inland Marine coverage, we will pay for the loss only after the full amount from the other insurance has been paid.

### 7. Insurance Under More Than One Coverage

If more than one coverage applies to the same loss, we will pay no more than the actual amount of the loss.

### 8. Losses Paid by Others

We will not pay for that part of a loss that has been paid by someone else.

### 9. Restoring the Coverage Amount

The payment of a claim will not reduce the

coverage amount. If we pay a loss for items that are separately listed and the coverage amount that applies to these items is reduced at your request, we will return the unearned premium for these items to you.

## E. LOSS PAYMENT

### 1. Our Options

We may:

**a.** Pay the loss in money; or

**b.** Repair, replace or rebuild the property. We must give the *insured* notice of our intent to do so within 30 days after we have received a satisfactory proof of loss.

We may take all or a part of the damaged property at the agreed or appraised value. Property that we have paid for or replaced will become our property.

### 2. Your Property

We will adjust all losses with you. Payment will be made to you unless a loss payee is named with respect to this Inland Marine coverage.

### 3. Property of Others

Loss to property of others may be adjusted with you. We reserve the right to adjust the loss with the owner. Our payment to the owner will satisfy our obligation to you for loss to this property. At our option, without cost to you, we may choose to defend you from suits which result from a covered loss to the property of others.

### 4. When We Pay

We will pay for a loss within 30 days after a satisfactory proof of loss is received and the amount of the loss has been agreed to in writing.

## F. CLAIMS AGAINST OTHERS

### 1. Subrogation

If we pay for a loss, we may require the *insured* to assign to us the right of recovery against others. We will not pay for a loss if the *insured* impairs this right to recover. The *insured's* right to recover from others may be waived in writing before a loss occurs.

### 2. Loan Receipts

When we believe that a loss can be recovered from others:

**a.** We may make an advance payment to you in the form of a loan.

**b.** At our expense, we will be allowed to bring suit in the *insured's* name against those who are responsible for the loss.

**c.** The loan will be repaid from the amount recovered.

### 3. Recoveries

The *insured* must notify us or we must notify the *insured* promptly if either receives a recovery for a loss which we have paid. The costs that are incurred by either party in making the recovery are to be reimbursed first. We are entitled to the surplus up to the amount that we have paid for the loss. The *insured* may then keep any excess.

## G. DISAGREEMENTS

### 1. Appraisal

If you and we do not agree on the amount of the loss, the actual cash value of the property or the cost to repair or replace the property, either party may demand that these amounts be determined by appraisal.

If either party makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days after the receipt of the written demand. The two appraisers will select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court in the state where the appraisal is pending to select an umpire.

The appraisers will determine:

**a.** The amount of the loss;

**b.** The actual cash value of the property; and

**c.** The cost to repair or replace the property.

Each amount will be stated separately.

If the appraisers submit a written report of an agreement to us, the agreement will establish these amounts. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. A written agreement by any two of these three will establish the amounts stated above.

Each appraiser will be paid by the party selecting that appraiser. The compensation of the umpire and other expenses of the appraisal will be shared equally by you and us.

### 2. Suit Against Us

No suit to recover for a loss may be brought against us unless:

**a.** All the *terms* of this Inland Marine coverage have been complied with; and

**b.** The suit is commenced within one year after the loss.

## H. OTHER POLICY CONDITIONS

### 1. Conformity With Statutes

The *terms* of this Inland Marine coverage in conflict with statutes of the state where this policy is issued are changed to conform to those statutes.

2. **Continuous Policies**

If this policy is issued on a continuous basis (with no specific date of expiration), we may substitute or we may add at each anniversary date the forms and endorsements then authorized for use with this Inland Marine coverage.

3. **Liberalization**

If a revision of a form or endorsement which would broaden coverage without an additional premium is adopted during the policy period or within six months before the Inland Marine coverage is effective, the broadened coverage will apply.

4. **Misrepresentation, Concealment or Fraud**

This Inland Marine coverage is void if before or after a loss:

a. The *insured* has concealed or misrepresented:

   (1) A material fact or circumstance that relates to this insurance or the subject thereof; or

   (2) An *insured's* interest herein.

b. There has been fraud or false swearing by an *insured* with regard to a matter that relates to this insurance or the subject thereof.

5. **No Benefit to Bailee**

This Inland Marine coverage will not benefit those who are paid to assume custody of the covered property.

6. **Reporting Terms Only**

This Inland Marine coverage may be subject to reporting *terms.* If it is cancelled, you must report the required amounts as of the cancellation date.

7. **Premium Audit**

a. The estimated premium for this declaration is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the *insured* will be billed for the balance, if any. We will send notice to you, and the due date for the audit premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the *insured* will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

POLICY NUMBER: ZT6741

# TRANSPORTATION COVERAGE FORM

**A. COVERAGE AMOUNT**

For each situation described in the Schedule, the coverage amount shown is the most that we will pay for a loss.

**B. DEDUCTIBLE**

The deductible amount shown in the Schedule will apply to each loss after all other adjustments have been made.

**C. PROPERTY COVERED**

We cover the property described in the Schedule that belongs to you. We also cover similar property that:

1. Belongs to others, and for which you are liable;

2. Is consigned to you; or

3. You have made an advance payment for.

The described property is only covered while it is in transit by those means of transit for which a coverage amount is shown in the Schedule.

This property is also covered while it is on a dock, wharf, pier, bulkhead, platform, depot or station, but only if the property is in the custody of a common carrier incident to its transit.

**D. EXTENSION OF COVERAGE**

At your option, we will cover the described property that you have sold to others under F.O.B. point of origin, or other terms where your liability for the property has ended before it arrives at its destination. This extension of coverage applies only if the customer consignee:

1. Has not provided you with instructions regarding coverage; or

2. Does not have insurance to cover the property.

This extension of coverage does not increase the coverage amounts shown in the Schedule.

**E. PROPERTY EXCLUDED**

We do not cover:

1. Property that is shipped by mail.

2. Import shipments until the earlier of the following:

   a. The property is unloaded from the transporting vehicle or vessel; or

   b. The ocean marine, or other insurance that covers this property, expires.

3. Export shipments after the earlier of the following:

   a. The property is loaded onto the transporting vessel or vehicle; or

   b. The ocean marine, or other insurance that covers this property, begins.

4. Money. This means currency, coins, bank notes, money orders, travelers checks, bullion and similar items.

5. Securities. These are any negotiable or nonnegotiable agreements in writing that have value. They include revenue stamps, other stamps in current use, tokens and tickets.

6. Accounts, bills, deeds or an evidence of debt.

7. Live animals except for death or destruction rendered necessary because of injuries caused by fire, lightning, windstorm, explosion, flood, collision, upset or overturn, collapse of a bridge or culvert, or stranding, burning or colliding of a regular ferry.

8. Shipments that have been returned by the receiver.

**F. PERILS COVERED**

We cover direct physical loss to covered property unless the loss is caused by a peril that is excluded. The loss must be due to an external cause.

**G. PERILS EXCLUDED**

We do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded peril. We do not pay for a loss that results from:

1. A dishonest or illegal act, alone or in collusion with another, by:

   a. You;

   b. Others who have an interest in the property;

   c. Others to whom you entrust the property; or

   d. The employees or agents of a, b or c, whether or not they are at work.

   We do cover loss caused by dishonest acts by carriers or other bailees for hire.

2. Swindling, trick, fraud or false pretense.

3. The acceptance of:

   a. Counterfeit money or fraudulent post office or express money orders; or

   b. Checks or promissory notes that are not paid upon presentation.

4. Mysterious disappearance.

5. Any cause when the only proof that a loss occurred is an inventory shortage.

6. Corrosion or rust.

**7.** The following:

   **a.** Breakage of glass, glassware, fine arts or similar fragile items.

   **b.** Marring or scratching.

   **c.** Chipping, denting or bending.

   **d.** Leakage, evaporation or shrinkage.

   **e.** Mold or rot.

   **f.** By being soured, scented, discolored or changed in flavor.

We do cover these losses if they are caused by fire, lightning, windstorm, hail, earthquake, flood, explosion, smoke; aircraft, spacecraft, self-propelled missiles, including objects that fall from these items; vehicles, including an accident to a transporting vehicle; strike, riot, civil commotion; vandalism, theft, attempted theft; sprinkler leakage or the collapse of buildings.

**8.** Mechanical breakdown or failure. If a fire or explosion results, we do cover the loss caused by the fire or explosion.

**9.** Improper packing, stowage or rough handling.

There are other perils that are not covered. These are listed in the Inland Marine General Terms.

**H. TERRITORY WHERE COVERAGE APPLIES**

Coverage applies only while the property is in the United States, Canada or Puerto Rico. This includes property that is in transit except to or from Alaska, Hawaii or Puerto Rico.

**I. VALUATION**

The following replaces the Valuation provision in the Inland Marine General Terms. The value of the property will be based on the following amounts:

**1.** Labels, containers, capsules and wrappers will be valued at the cost to replace them with new items.

**2.** All other property will be valued at its invoice price, plus any accrued charges. If there is no invoice, the value of the property is the market value at its point of destination. This value will be determined at the time of loss.

**J. SUBROGATION**

The following replaces the Subrogation provision in the Inland Marine General Terms:

If we pay for a loss, we may require that you assign your right of recovery to us. We will not pay for a loss if you impair this right of recovery. You may waive your right to recover against a common carrier, but only to the extent of the bill of lading that the carrier uses.

**SCHEDULE**

Deductible Amount:  $1,000

**Described Property**

KITCHEN EQUIPMENT

| Description | Coverage Amount |
|---|---|
| **1.** Each loss that involves more than one railroad car, vessel or vehicle | $50,000 |
| **2.** Property on each railroad car, vessel or vehicle (subject to item 1 above) while it is in the custody of: | |
|   a.  A railroad | Nil |
|   b.  A private, paid delivery service | Nil |
|   c.  A public trucker | $50,000 |
|   d.  An air carrier | Nil |
|   e.  A waterborne carrier | Nil |
|   f.  You, on a vehicle that you own, lease or hire | $50,000 |

**COMMON POLICY CONDITIONS**                                     IL-0017F(11-98)

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL-0017F(11-98)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of  1**

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)**

IL-0995R(1-15)

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

COMMERCIAL OUTPUT PROGRAM - PROPERTY COVERAGE FORM

COMMERCIAL OUTPUT PROGRAM - EQUIPMENT BREAKDOWN COVERAGE FORM

COMMERCIAL OUTPUT PROGRAM - INCOME COVERAGE FORM

COMMERCIAL OUTPUT PROGRAM - EXTRA EXPENSE COVERAGE FORM

COMMERCIAL PROPERTY COVERAGE PART

**A. Application Of The Provisions Of This Endorsement**

**1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or**

**b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism,* but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism,* will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is shown in italics.

*"Terrorism"* means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by *terrorism,* including

action in hindering or defending against an actual or expected incident of *terrorism.* Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of** *terrorism*:

1. The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

3. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

5. The total of insured damage to all types of property in the United States, it territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded. With respect to this item C5, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Part.

D. **Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If *terrorism* results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

E. **Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of C1 or C2, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Part, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**SCHEDULE**

**The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following states, if covered under the indicated Coverage Part or Coverage Form:**

| State | Coverage Part or Coverage |
|---|---|
| Georgia | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Illinois | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Iowa | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |

| State | Coverage Part or Coverage |
|-------|---------------------------|
| Maine | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Missouri | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Oregon | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Wisconsin | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |

**EXCLUSION OF CERTIFIED ACTS OF TERRORISM**                    IL-7081(1-15)

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

COMMERCIAL OUTPUT PROGRAM - PROPERTY COVERAGE FORM

COMMERCIAL OUTPUT PROGRAM - EQUIPMENT BREAKDOWN COVERAGE FORM

COMMERCIAL OUTPUT PROGRAM - INCOME COVERAGE FORM

COMMERCIAL OUTPUT PROGRAM - EXTRA EXPENSE COVERAGE FORM

COMMERCIAL PROPERTY COVERAGE PART

**A.** The following definition is added with respect to the provisions of this endorsement:

*"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**Certified Act Of Terrorism Exclusion**

We will not pay for loss or damage caused directly or indirectly by a *certified act of terrorism.* Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph B applies only if indicated and as indicated in the Schedule of this endorsement.

If a *certified act of terrorism* results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.** **Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by any Nuclear Hazard Exclusion, War And Military Action Exclusion or other similar exclusion.

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph C) applies to property located in the following states, if covered under the indicated Coverage Form, Coverage Part or Policy:

| States | Coverage Form, Coverage Part or Policy |
|---|---|
| Georgia | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Illinois | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Iowa | Commercial Property Coverage Part<br>Commercial Output Program - Property Coverage Form |
| Maine | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Missouri | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |

| States | Coverage Form, Coverage Part or Policy |
| --- | --- |
| Oregon | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |
| Wisconsin | Commercial Property Coverage Part<br>Commercial Inland Marine Coverage Part |

**MISSOURI AMENDATORY ENDORSEMENT**

**IM-7164(4-22)**

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

1.  Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:

    We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

    a.  Ten days before the effective date of cancellation if we cancel for nonpayment of premium;

    b.  Thirty days before the effective date of cancellation if cancellation is for one or more of the following reasons:

        (1) Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

        (2) Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

        (3) We become insolvent; or

        (4) We involuntarily lose reinsurance for this policy.

    c.  Sixty days before the effective date of cancellation if we cancel for any other reason.

2.  Paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

    If this policy is cancelled, we will send the First Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

    a.  We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

        (1) Cancelled by us or at our request;

        (2) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

        (3) Cancelled but rewritten with us or in our company group; or

        (4) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

    b.  When this policy is cancelled at the request of the First Named Insured (except when paragraph a(2), a(3) or a(4) applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

        The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

3.  The following condition is added and supersedes any provision to the contrary:

    **NONRENEWAL**

    a.  We may elect to nonrenew this policy by mailing or delivering to the First Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

    b.  If notice is mailed, proof of mailing will be sufficient proof of notice.

4.  The following exclusion and related provisions are added to paragraph B, Perils Excluded in the Inland Marine General Terms:

    a.  We will not pay for loss or damage arising out of any act committed:

        (1) By or at the direction of any *insured;* and

        (2) With the intent to cause a loss.

    b.  However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

        (1) The cause of the loss; and

        (2) A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

    c.  If we pay a claim pursuant to paragraph 3b above, our payment to the innocent co-insured will be limited to that *insured's* owner ship interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance or Coverage Amount.

5.  The following provision replaces paragraph 1, Our Options under Loss Payment in the Inland Marine General Terms:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-7164(4-22)    Includes copyrighted material of American Association of Insurance Services, Inc., with its permission.    **Page 1 of  3**

**1. Our Options**

    **a.** In the event of loss or damage to covered property which is covered by this Coverage Part, we will either:

        (1) Pay the value of the loss;

        (2) Pay the cost of repairing or replacing the lost or damaged property;

        (3) Rebuild, repair or replace with property of like kind and quality, to the extent practicable, within a reasonable time; or

        (4) Take all or any part of the damaged property at the agreed or appraised value.

    **b.** In the event of loss or damage covered under this Coverage Part, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

        (1) Accept your claim;

        (2) Deny your claim; or

        (3) Need more time to determine whether your claim should be accepted or denied.

    If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

    If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

    If we have not completed our investigation, we will notify you again in writing within 45 days after the date the initial notice is sent, informing you that we need more time to determine whether your claim should be accepted or denied and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

**6.** The following provision is added to paragraph 1, Subrogation under Claims Against Others in the Inland Marine General Terms:

If we pay an innocent co-insured for loss arising out of an act of domestic violence by another insured, the rights of the innocent co-insured to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss, the innocent co-insured may not waive such right to recover against the abuser.

**7.** The Appraisal condition under paragraph G, Disagreements in the Inland Marine General Terms is replaced by the following:

**Appraisal**

If we and you disagree on the value of the property or the amount of loss, either party may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**8.** The Suit Against Us condition under paragraph G, Disagreements in the Inland Marine General Terms is replaced by the following:

**Suit Against Us**

No one may bring a legal action against us under this Coverage Part unless:

    **a.** All the *terms* of this Coverage Part have been complied with; and

    **b.** The suit is brought within 10 years after the date on which the loss occurred.

**9.** The following replaces paragraph 1, Appraisal Soft Costs and Rental Income under Loss Conditions in the Property in the Course of Construction Coverage Form:

**Appraisal Soft Costs and Rental Income**

If we and you disagree on the amount of the soft cost expenses or loss of rental income, either party may make written demand for an appraisal of these amounts. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the incurred soft cost expenses and loss of rental income. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire

receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**10.** The following is added to Extensions of Coverage in the Warehouseman's Liability Coverage Form:

We will pay in addition to the Coverage Amount, prejudgment interest awarded against the *insured* on that part of the judgment we pay. If we make an offer to pay the applicable Coverage Amount, we will not pay any prejudgment interest based on that period of time after the offer.

**11.** In this Coverage Part any exclusion, limitation or other provision relating to pollutants, or any amendment or replacement of such exclusions, limitations or other provisions, applies even if the irritant or contaminant has a function in or on your *business,* operations, premises, site or location.

**12. Missouri Property and Casualty Insurance Guaranty Association Coverage Limitations**

**a.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**b.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:

(1) Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

(2) Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

(a) Pay an amount in excess of the applicable Limit of Insurance or Coverage Amount of the policy from which the claim arises; or

(b) Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

**13.** Under the Motor Truck Cargo Coverage Form and the Motor Truck Cargo Named Peril Coverage Form, the following is added with respect to the Extensions of Coverage of Debris Removal and Pollutant Clean Up And Removal, and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under Debris Removal or Pollutant Clean Up And Removal unless such failure operates to prejudice our rights.

**14.** Under the Computer Coverage Form, the following is added with respect to the Additional Coverages of Debris Removal and Pollutant Cleanup and Removal, and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under Debris Removal and Pollutant Cleanup and Removal unless such failure operates to prejudice our rights.

**15.** Under the Replacement Cost Endorsement, Replacement Cost Endorsement for Furniture, Fixtures and Shop Equipment, and the Replacement Cost provision in the Computer Coverage Form, the following is added with respect to these provisions and relates only to the requirements to notify us of your intent to submit an additional claim (for the difference between the actual cash value and replacement cost) within 180 days after the loss or damage occurs:

If you fail to notify us of your intent within the 180-day time frame, such failure will not invalidate the claim unless such failure operates to prejudice our rights.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-7164(4-22)    Includes copyrighted material of American Association of Insurance Services, Inc., with its permission.    **Page 3 of 3**



# COMMERCIAL EXCESS LIABILITY COVERAGE PART

## Amended Declarations

First Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF

| | | |
|---|---|---|
| Policy Number: | ZT6741 | |
| Policy Period: | Effective Date: | 03-26-24 |
| | Expiration Date: | 01-01-25 |

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the same.

12:01 A.M. standard time at your mailing address shown in the declarations

## COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|---|---|---|
| CU-7008(11-05) | Asbestos Exclusion | |
| CU-7010(3-03) | Nuclear Energy Liability Exclusion Endorsement | |
| CU-7037(5-05) | Commercial Excess Liability Coverage Form | |
| CU-7050(3-03) | Employment-Related Practices Liability Exclusion | |
| CU-7054(3-03) | Fungi or Bacteria Exclusion | |
| CU-7067(3-03) | War Liability Exclusion | |
| CU-7069(2-13) | Missouri Amendatory Endorsement | |
| CU-7072(1-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Fed. Act) | |
| CU-7086(1-15) | Exclusion of Certified Acts of Terrorism | |
| CU-7098(11-15) | Revision of Other Insurance Condition For Additional Insureds - Auto Status | ▮▮▮▮ |
| CU-7127(11-16) | Public or Livery Passenger Conveyance and On-Demand Deliver Services Exclusion | |
| CU-7136(8-20) | Exclusion - First Aid and Good Samaritan Services | |
| CU-7140(10-20) | Cyber Suite Exclusion | |
| CU-7142(9-20) | Communicable Disease Exclusion | |
| **Advance Endorsement Premium** | | ▮▮▮▮ |

### PREMIUM SUMMARY

| | |
|---|---|
| Advance Premium | ▮▮▮▮ |
| Advance Endorsement Premium | ▮▮▮▮ |
| **Total Advance** | ▮▮▮▮ |




Policy Number:   ZT6741                                Effective Date:   03-26-24

## ADDITIONAL NAMED INSUREDS

WHO IS AN INSURED includes the following Additional Named Insureds:

SESSCO PROPERTIES LLC
SESSION PROPERTIES, LP

## LIMITS OF INSURANCE

General Aggregate
Products-Completed Operations Aggregate
Each Occurrence

## PREMIUM COMPUTATION

Not Subject to Audit
Estimated Advance Premium

## SCHEDULE OF UNDERLYING INSURANCE - AUTOMOBILE LIABILITY

Policy Number:  CA-ZT6741
Name of Insurer:  ACUITY, A Mutual Insurance Company
Policy Period:  01-01-24 To 01-01-25

**Limits or Amounts of Insurance**

Bodily Injury and Property Damage Combined Single Limit (Each Accident)

## SCHEDULE OF UNDERLYING INSURANCE - EMPLOYERS' LIABILITY

Policy Number:  CWC-ZT6741-00
Name of Insurer:  ACUITY, A Mutual Insurance Company
Policy Period:  01-01-24 To 01-01-25

**Limits or Amounts of Insurance**

Bodily Injury by Accident (Each Accident)
Bodily Injury by Disease (Policy Limit)
Bodily Injury by Disease (Each Employee)

## SCHEDULE OF UNDERLYING INSURANCE - BIS-PAK

Policy Number:  CB-ZT6741
Name of Insurer:  ACUITY, A Mutual Insurance Company
Policy Period:  01-01-24 To 01-01-25

**Limits or Amounts of Insurance**

Liability and Medical Expenses (Each Occurrence)
Products-Completed Operations Aggregate Limit
General Aggregate Limit (Other than Products-Completed Operations)

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

### Index of Policy Provisions

Page

**SECTION I - COVERAGES.....................................2**
    Insuring Agreement...........................................2
    Exclusions.....................................................2
    Investigation or Settlement of Claims ..............3
    or Defense of Insured Against Suits
    Coverage Extension........................................4

**SECTION II - LIMIT OF INSURANCE.......................4**

**SECTION III - CONDITIONS...................................5**
    Appeals..........................................................5

Page

Bankruptcy of Underlying Insurer.....................5
Duties in the Event of Occurrence, ..................5
Claim or Suit
Maintenance of Underlying Insurance..............5
Other Insurance..............................................5
Policy Period....................................................6

**SECTION IV - DEFINITIONS...................................6**

## COMMERCIAL EXCESS LIABILITY COVERAGE FORM

This policy contains both a Products-Completed Operations Aggregate Limit and a General Aggregate Limit of Insurance. These are described in Section II - Limit of Insurance.

Other provisions in this policy restrict coverage. Read the entire policy and any *underlying insurance* carefully to determine rights, duties and what is covered and not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under any *underlying insurance.* The words "we," "us" and "our" refer to the Company providing this insurance.

The words "this insurance" mean the liability insurance provided under this policy.

The word "insured" means any person or organization qualifying as such under any *underlying insurance.*

Other words and phrases that appear in italics have special meaning. Refer to Section IV - Definitions of this policy.

## SECTION I - COVERAGES

### 1. Insuring Agreement

**a.** We will pay those sums, in excess of the amount payable under the terms of any *underlying insurance,* that the insured becomes legally obligated to pay as damages because of *injury* or damage to which this insurance applies, provided that the *underlying insurance* also applies, or would apply but for the exhaustion of its applicable Limits of Insurance.

We will also pay those sums that the insured becomes legally obligated to pay as damages because of *injury* or damage to which the insurance provided under the Coverage Extension applies as set forth in paragraph 4 below.

**b.** We have the right to participate in the investigation or settlement of claims or the defense of the insured against suits seeking damages because of *injury* or damage to which this insurance may apply. We have a duty to investigate or settle such claims or to defend the insured against such suits when the applicable Limit of Insurance of the *underlying insurance* has been used up by payment of judgments, settlements and any cost or expense subject to such limit.

We will have the right and duty to participate in the investigation and settlement of claims or the defense of the insured against suits seeking damages because of *injury* or damage to which the insurance provided under the Coverage Extension may apply.

This right or duty to defend is limited as set forth in paragraph 3 below.

However, we will have no duty to defend the insured against any suit seeking damages for *injury* or damage to which this insurance does not apply.

**c.** The amount we will pay for damages is limited as described in Section II - Limit of Insurance.

**d.** This insurance is subject to the  same terms, conditions, agreements, exclusions and definitions as the *underlying insurance,* except:

(1) We have no obligation under this insurance with respect to any claim or suit that is settled without our consent; and

(2) With respect to any provisions to the contrary contained in this insurance.

### 2. Exclusions

The exclusions that apply to the *underlying insuranc*e apply to this insurance. Also, this insurance does not apply to damages because of:

**a.** *Injury* or damage to premises rented to you or temporarily occupied by you with permission of the owner.

**b.** Any duty to pay expenses under any medical payments coverage.

**c.** Any duty to reimburse an insurer as provided by the terms of the Endorsement For Motor Carrier Policies of Insurance For Public Liability Under Sections 29 and 30 of the Motor Carrier Act of 1980 or under the terms of any similar endorsement required by Federal or state statute.

**d.** Any duty payable only because of the attachment of the Endorsement For Motor Carrier Policies of Insurance For Public Liability or any similar endorsement required by Federal or state statute.

**e.** Any duty imposed by law under any automobile no-fault, uninsured motorist, underinsured motorist, workers' compensation, disability benefits or unemployment compensation law or any similar law.

**f.** Any duty imposed by law under the following:

(1) Section 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Credit Protection Act (Public Law

90-321; 82 Stat. 146 et. seq.);

(2) Title IV (Odometer Requirements) of the Motor Vehicle Information and Cost Savings Act (Public Law 92-513; 86 Stat. 961); or

(3) Employee's Retirement Income Security Act (E.R.I.S.A.) of 1974 as now or hereafter amended.

g.  *Injury* or damage to personal property in the care, custody or control of the insured.

This exclusion does not apply to liability assumed under a sidetrack agreement.

h.  *Injury* or damage sustained by an employee, former employee, prospective employee or their beneficiaries or legal representatives and caused by any negligent act, error or omission of the insured, or any other person for whose acts the insured is legally liable, in the administration of any employee benefit program. Administration includes giving counsel to employees, interpreting, handling of employee records, and effecting enrollment, termination or cancellation of employees.

i.  Any obligation to pay any claim or claims made against you or any of your officers, directors or trustees, individually or collectively, by reason of a wrongful act in their respective capacities as officers, directors or trustees.

As used in this exclusion, "wrongful act" means any actual or alleged error, misstatement or misleading statement, act or omission, or neglect or breach of duty made or committed by your directors, officers or trustees.

j.  Any obligation arising out of an act, error or omission of an insured:

(1) While performing the duties of an insurance agent in your garage operations; or

(2) In your garage operations as a result of title paper preparation.

As used in this exclusion:

(1) "Insurance agent" means a person or organization who is duly licensed as an insurance agent by the regulatory authority of the state in which the insured's principal place of business is located.

(2) "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. Garage operations includes the ownership, maintenance or use of the autos indicated in Section I of the Garage Coverage Form as covered autos.

Garage operations also includes all operations necessary or incidental to a garage business.

(3) "Title paper preparation" means the preparation of official title papers for registering an auto sold by you. This includes the designation of a lienholder who holds a financial interest in the auto.

(4) "Auto" means a land motor vehicle, trailer or semitrailer.

k.  Any obligation imposed due to the application of any statute permitting a customer to return an auto sold by an insured, if the auto fails to perform satisfactorily.

As used in this exclusion, "auto" means a land motor vehicle, trailer or semitrailer.

l.  *Injury* or damage your customer becomes legally obligated to pay which arise out of the use of your covered auto. This exclusion applies only if your business is shown in the Declarations of the *underlying insurance* as an auto dealership.

However, if your customer becomes legally obligated to pay for *injury* or damage which arise out of their use of your covered auto and if there is:

(1) No other valid and collectible insurance (whether primary, excess or contingent) available to your customer, we will pay up to the compulsory or financial responsibility law limits where the covered auto is principally garaged.

(2) Other valid and collectible insurance (whether primary, excess or contingent) available to the customer but it is less than the compulsory or financial responsibility law limits where the covered auto is principally garaged, we will pay only for the amount by which the compulsory or financial responsibility law limits exceed the limits of the other insurance.

3.  **Investigation or Settlement of Claims or Defense of Insured Against Suits**

a.  When we have the duty to defend, we will pay for all *defense expense* once our duty to defend begins. We may investigate any claim or suit.

If we exercise our right to defend when there is no duty, we will pay only that *defense expense* we incur.

If we provide a defense, we may investigate any claim or suit at our discretion. We may settle such claim or suit within the Limit of Insurance available at the time of the settlement.

b.  Our right or duty to defend ends when we

have used up the Limits of Insurance available in the payment of any judgments or settlements as provided under Section II - Limit of Insurance. This applies both to claims and suits pending at the time and those filed thereafter.

**c.** When we control the investigation or settlement of a claim or the defense of the insured against a suit, we will pay for the *defense expense.* If by mutual agreement or court order the insured assumes control before the applicable Limit of Insurance available is used up, we will reimburse the insured for reasonable *defense expense.*

**d.** As soon as the Limit of Insurance available is used up, you will then arrange to assume control of the investigation or settlement of all such claims or the defense of you or any other insured against such suits when our right or duty to investigate, settle or defend them ends.

**e.** We will assist the insured in the transfer of control of the investigation or settlement of claims or the defense of the insured against suits under c or d above. Until such transfer is completed, we will take on behalf of any insured those steps that we think proper:

(1) To avoid a default in any claim or suit; or

(2) To the continued investigation or

settlement of a claim or defense of the insured against a suit.

You agree that if we take such steps:

(1) We do not waive or give up any of our rights under this insurance; and

(2) You will reimburse us for any *defense expense* that arises out of such steps if the applicable Limit of Insurance available has been used up.

**f.** Any payment for *defense expense* will not reduce the Limits of Insurance.

**4. Coverage Extension**

**a.** The terms of this policy are extended as follows:

If *underlying insurance* provides coverage for the use of watercraft you do not own, in addition to watercraft ashore on premises you own or rent, the coverage provided by this policy is extended to cover any watercraft you do not own that is:

(1) Less than 75 feet long; and

(2) Not being used to carry persons or property for a charge;

even if these nonowned watercraft are not insured in the *underlying insurance.*

**b.** We will only pay for damages up to the limits of insurance.

## SECTION II - LIMIT OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below define the most we will pay under the terms of this insurance regardless of the number of:

**a.** Insureds;

**b.** Claims made or suits brought;

**c.** Persons or organizations making claims or bringing suits.

**2.** The General Aggregate Limit is the most we will pay for all damages under Section I - Coverages, other than damages arising out of:

**a.** The *products-completed operations hazard;* or

**b.** The ownership, operation, maintenance, use, loading or unloading, or entrustment to others, of an auto.

The General Aggregate Limit applies separately to:

**a.** Each location owned by or rented to you. A location is a premises involving the same or connecting lots, or a premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad; and

**b.** Each of your projects away from a location owned by or rented to you.

Each payment we make for such damages reduces by the amount of the payment, the General Aggregate Limit. This reduced limit will then be the Limit of Insurance available for further damages of these kinds.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Section I - Coverages because of damages arising out of the *products-completed operations hazard.* Each payment we make for such damages reduces, by the amount of the payment, the Products-Completed Operations Aggregate Limit. This reduced limit will then be the Limit of Insurance available for further damages of these kinds.

**4.** Subject to 2 and 3 above, or with respect to *injury* or damage arising out of the ownership, operation, maintenance, use, loading or unloading, or entrustment to others of an auto, the Each Occurrence Limit is the most we will pay for the sum of damages under Section I - Coverages because of all *injury* and damage arising out of any one *occurrence.*

**5.** The limits of this policy apply separately to

each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## SECTION III - CONDITIONS

We have no duty to provide coverage under this policy unless you and any other involved insured have fully complied with the Conditions contained in this policy and those contained in any *underlying insurance.*

If any of the following conditions are contrary to Conditions contained in the *underlying insurance,* the provisions contained in this policy apply.

1. **Appeals**

   In the event the *underlying insurer* elects not to appeal a judgment in excess of the limits of the *underlying insurance,* we may elect to make such appeal. If we so elect, we shall be liable, in addition to the applicable Limit of Insurance for all *defense expenses* we incur.

2. **Bankruptcy of Underlying Insurer**

   In the event of bankruptcy or insolvency of any *underlying insurer,* this policy shall not replace such *underlying insurance.* This policy applies as if the *underlying insurance* was valid and collectible.

3. **Duties in the Event of Occurrence, Claim or Suit**

   a. You must see to it that we are notified as soon as practicable of an *occurrence* or offense which may result in a claim. To the extent possible notice should include:

      (1) How, when and where the *occurrence* or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any *injury* or damage arising out of the *occurrence* or offense.

   b. If a claim or suit is received by any insured you must:

      (1) Immediately record the specifics of the claim or suit and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a suit;

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or the defense of the insured against the suit;

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of *injury* or damage to which this insurance may also apply; and

      (5) Notify us immediately of any judgment or settlement of any claim or suit brought against any insured.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4. **Maintenance of Underlying Insurance**

   a. You agree to maintain the *underlying insurance* in full force and effect during the term of this policy. You agree to inform us within 10 days of any replacement of that *underlying insurance* by the same or another company. If there is any change in the replacement *underlying policy* in hazard, policy limits or coverage, including any terms, conditions and endorsements, we will only be liable under this insurance to the same extent as if there had been no change in, or replacement of, *underlying insurance.*

   b. In the event that any *underlying insurance* is cancelled or not renewed and not replaced, you must notify us within 10 days. We will not be liable under this insurance for more than we would have been liable if that *underlying insurance* had not terminated if you do not request cancellation of this policy effective the same date that the *underlying insurance* was cancelled.

   c. Reduction or exhaustion of the *aggregate limit* of any *underlying insurance* by payments for judgments or settlements will not be a failure to maintain *underlying insurance* in full force and effect.

   d. No statement contained in this Condition limits our right to cancel or not renew this policy.

5. **Other Insurance**

   This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or any other basis, except

other insurance written specifically to be excess over this insurance.

### 6. Policy Period

This insurance will respond to *injury* or damage that occurs, or arises from an offense committed, during the policy period of this insurance shown in the Declarations.

## SECTION IV - DEFINITIONS

1. *"Aggregate limit"* means the maximum amount stated in the policy for which the insurer will be liable, regardless of the number of covered claims.

2. *"Defense expense"* means payments allocated to the investigation or settlement of a specific claim or the defense of the insured against a specific suit, including:

   a. Attorney fees and all other litigation expenses.

   b. The cost of bonds to appeal a judgment or award in our defense of the insured against any suit.

   c. Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which bodily injury liability coverage provided by *underlying insurance* applies.

   d. The cost of bonds to release attachments. This is only for bond amounts within the Limit of Insurance available.

   e. Reasonable expenses incurred by the insured at our request to assist us in the investigation or settlement of the claim or the defense of the insured against the suit. This includes actual loss of earnings up to $100 a day because of time off from work.

   f. Cost taxed against the insured in the suit.

   g. Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of Section II - Limits of Insurance.

   *Defense expense* does not include:

   a. Salaries and expenses of our employees or the insured's employees, other than:

      (1) That portion of our employed attorneys' fees, salaries and expenses allocated to a specific claim or suit; and

      (2) The expenses described in e above.

   b. Fees and expenses of independent adjusters we hire.

3. *"Injury"* means bodily injury, property damage, personal injury or advertising injury as defined in the *underlying insurance.*

4. *"Occurrence"* means:

   a. With respect to bodily injury to persons other than your employees and property damage, an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

   b. With respect to bodily injury to your employees arising out of and in the course of their employment by you, the accident or disease which causes the bodily injury; and

   c. With respect to offenses committed by the insured resulting in personal injury or advertising injury, all such injury sustained by any one person or organization.

5. *"Occurrence limit"* means any specific limit, other than an *aggregate limit,* applicable to any *underlying insurance,* regardless of whether such limit is subject to an *aggregate limit* in the *underlying policy.*

6. *"Products-completed operations hazard"*:

   a. Includes all *injury* occurring away from premises you own or rent and arising out of *your product* or *your work* except:

      (1) Personal injury or advertising injury as defined in the *underlying insurance;*

      (2) Products that are still in your physical possession; or

      (3) Work that has not yet been completed or abandoned. However, *your work* will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed;

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include *injury* arising out of:

      (1) The transportation of property, unless the *injury* or damage arises out of a condition in or on a vehicle not owned

or operated by you, and that condition was created by the loading or unloading of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment, or abandoned or unused materials; or

(3) Products or operations for which the classification in the General Liability *underlying policy* or in our General Liability manual or rules includes products or completed operations.

7. *"Underlying insurance"* means the liability insurance coverage provided under policies shown in the Schedule of Underlying Insurance in the Declarations, for the limits and periods indicated. It includes any policies issued to replace those policies during the term of this insurance, provided that you have notified us within 10 days of the replacement, and the replacement policies provide:

a. At least the same policy limits;

b. The same hazards insured against, except as modified by general program revisions; and

c. The same coverage, including all terms, conditions and endorsements.

8. *"Underlying insurer"* means any insurer who issues a policy of *underlying insurance.*

9. *"Underlying policy"* means a policy providing *underlying insurance.*

10. *"Your product"* means:

a. Any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

*Your product* includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your product;* and

b. The providing of or failure to provide warnings or instructions.

*Your product* does not include vending machines or other property rented to or located for the use of others but not sold.

11. *"Your work"* means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

*Your work* includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your work;* and

b. The providing of or failure to provide warnings or instructions.

Intentionally left blank

**ASBESTOS EXCLUSION**                    **CU-7008(11-05)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following exclusion is added:

**Asbestos**

1. This insurance does not apply to *injury,* including but not limited to, physical or mental injury, mental anguish or shock, sickness, disease, occupational disease, disability or death, or damage to property arising out of activities related to, but not limited to, manufacture, mining, storage, distribution, installation, sale, use, exposure to, service, testing for, repair, containment or removal of asbestos, asbestos fibers, asbestos dust, or products containing asbestos.

2. The following definition applies:

   *"Injury"* means bodily injury or property damage as defined in the *underlying insurance.*

**NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT**　　　　　　　　　　　**CU-7010(3-03)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

1. This insurance does not apply to:

   a. Any claim or accident:

      (1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the *hazardous properties* of *nuclear material* and with respect to which:

         (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954 or any law amendatory thereof; or

         (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

   b. Any claim or accident resulting from the *hazardous properties* of *nuclear material,* if:

      (1) The *nuclear material:*

         (a) Is at any *nuclear facility* owned by, or operated by or on behalf of, an insured; or

         (b) Has been discharged or dispersed therefrom;

      (2) The *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

      (3) The claim or accident arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

2. As used in this endorsement:

   a. *"Hazardous properties"* include radioactive, toxic or explosive properties.

   b. *"Nuclear material"* means *source material, special nuclear material* or *by-product material.*

   c. *"Source material," "special nuclear material"* and *"by-product material"* have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   d. *"Spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor.*

   e. *"Waste"* means any waste material:

      (1) Containing *by-products material* other than the tailings or *wastes* produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its *source material* content; and

      (2) Resulting from the operation by any person or organization of any *nuclear facility* included under the first two paragraphs of the definition of *nuclear facility.*

   f. *"Nuclear facility"* means:

      (1) Any *nuclear reactor;*

      (2) Any equipment or device designed or used for:

         (a) Separating the isotopes of uranium or plutonium;

         (b) Processing or utilizing *spent fuel;* or

         (c) Handling, processing or packaging *waste;*

      (3) Any equipment or device used for the processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      (4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste;*

   and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**g.** *"Nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**h.** *"Property damage"* includes all forms of radioactive contamination of property.

**EMPLOYMENT-RELATED PRACTICES LIABILITY EXCLUSION**                    CU-7050(3-03)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

This insurance does not apply to damages covered under the Employment-Related Practices Liability Coverage Form.

**FUNGI OR BACTERIA EXCLUSION**                                           **CU-7054(3-03)**

The endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

1. The following exclusion is added to Paragraph 2, Exclusions of Section I - Coverages:

   a. *Injury* or damage which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any *fungi* or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, *fungi* or bacteria, by any insured or by any other person or entity.

   This exclusion does not apply to any *fungi* or bacteria that are, are on, or are contained in, a good or product intended for consumption.

2. The following definition is added to the Definitions Section:

   *"Fungi"* means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**WAR LIABILITY EXCLUSION**                                      **CU-7067(3-03)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following exclusion is added:

This insurance does not apply to:

*Injury* or damage, however caused, arising, directly or indirectly, out of:

   **1.** War, including undeclared or civil war; or

**2.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**3.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**MISSOURI AMENDATORY ENDORSEMENT**                                                                 CU-7069(2-13)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**1.** The following is added to any Pollution Exclusion attached to the Commercial Umbrella Coverage Part or any *underlying insurance*:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**2.** The following is added to exclusion 2f of Section I - Coverages:

This exclusion does not apply to "property damage" involving an "auto" loaned to you, with or without consideration, by a person engaged in the business of selling, repairing or servicing "autos" as a temporary substitute for an "auto" you own. This provision only applies if your business is other than selling, repairing or servicing "autos".

As used in this exclusion:

**a.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But auto does not include "mobile equipment" as defined in the *underlying insurance.*

**b.** "Occurrence" means an accident, including continuous or repeated exposure to subtantially the same general harmful conditions.

**c.** "Property Damage" means:

(1) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

(2) Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

With respect to covered "autos", "property damage" also includes "covered pollution cost or expense" as defined in the *underlying insurance,* but only to the extent that coverage exists under the *underlying insurance* or would have existed but for the exhaustion of the underlying limits.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**3.** The following exclusion is added to item 2, Exclusions of Section I - Coverages:

l. Punitive or exemplary damages.

**4.** The following is added to Section III - Conditions:

**Cancellation**

**a.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation, stating the actual reason for cancellation at least:

(1) Ten days before the effective date of cancellation if we cancel for nonpayment of premium;

(2) Thirty days before the effective date of cancellation if cancellation is for one or more of the following reasons:

(a) Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

(b) Changes in condition after the effective date of this policy which have materially increased the risk assumed;

(c) We become insolvent; or,

(d) We involuntarily lose reinsurance for this policy.

(3) Sixty days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** Our notice of cancellation will state the actual reason for cancellation unless the cancellation is due to nonpayment of premium.

**f.** If this policy is cancelled, we will send the First Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

(1) We will compute return premium pro rata

and round to the next higher whole dollar when this policy is:

(a) Cancelled by us or at our request;

(b) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

(c) Cancelled but rewritten with us or in our company group; or

(d) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

(2) When this policy is cancelled at the request of the First Named Insured (except when paragraph (1)(b), (1)(c) or (1)(d) applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**g.** Any notice of cancellation or nonrenewal will be mailed by the United States Postal Service certificate of mailing. Proof of mailing of any notice will be sufficient proof of notice.

**Nonrenewal**

**a.** We may elect not to renew this policy by mailing or delivering to the First Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**b.** Our notice of nonrenewal will state the actual reason for nonrenewal unless the nonrenewal is due to nonpayment of premium.

**c.** Any notice of cancellation or nonrenewal will be mailed by the United States Postal Service certificate of mailing. Proof of mailing of any notice will be sufficient proof of notice.

**5. Missouri Property and Casualty Insurance Guaranty Association Coverage Limitations**

**a.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**b.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

(1) Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

(2) Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

i. Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

ii. Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)**

CU-7072(1-15)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A. Applicability Of The Provisions Of This Endorsement**

**1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or**

**b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism*, but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism*, will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are shown in italics:

**1.** *"Terrorism"* means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** *"Any injury or damage"* means any injury or damage covered under any Coverage Form or underlying insurance to which this en-

CU-7072(1-15)

Page 1 of 2

dorsement is applicable, and includes but is not limited to *bodily injury, property damage, personal and advertising injury, injury* or *environmental damage* as may be defined in any applicable Coverage Form or underlying insurance.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for *any injury or damage* caused directly or indirectly by *terrorism,* including action in hindering or defending against an actual or expected incident of *terrorism. Any injury or damage* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of** *terrorism***:**

**1.** The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

**3.** The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C5 or C6 are exceeded.

With respect to this Exclusion, Paragraphs C5 and C6 describe the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Form.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Form.

**EXCLUSION OF CERTIFIED ACTS OF TERRORISM**                                    **CU-7086(1-15)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

*Any injury or damage* arising, directly or indirectly, out of a *certified act of terrorism.*

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, *"any injury or damage"* means any injury or damage covered under any Coverage Part, Coverage Form, or underlying insurance to which this endorsement is applicable, and includes but is not limited to *bodily injury, property damage, personal and advertising injury, injury* or *environmental damage* as may be defined in any applicable Coverage Part, Coverage Form, or underlying insurance.

**2.** *"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Form.

**CU-7086(1-15)**                                                              **Page 1 of 1**

**REVISION OF OTHER INSURANCE CONDITION FOR ADDITIONAL INSUREDS - AUTOMATIC STATUS - PRIMARY OR PRIMARY AND NONCONTRIBUTORY**

CU-7098(11-15)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

1. The amended Other Insurance condition in paragraph 2 below applies only to persons or organizations qualifying as additional insureds under the *underlying insurance,* subject to all other terms and conditions of this policy not modified by this endorsement.

2. Solely with respect to the insurance afforded to persons or organizations described in paragraph 1 above, the Other Insurance condition in Section III - Conditions is replaced by the following:

**Other Insurance**

**a. Excess Insurance**

Unless provision (1) or (2) in paragraph b below applies, this insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or any other basis, except other insurance written specifically to be excess over this insurance.

**b. Primary Insurance**

(1) If you have agreed in writing in a contract or agreement prior to an *occurrence,* claim, or suit, to provide insurance to the additional insured on a primary basis, then after:

(a) The *underlying insurance* applicable to that contract or agreement; and

(b) All other applicable insurance providing coverage on a primary or similar basis (except insurance available to the additional insured where they are a Named Insured);

are exhausted, this insurance will be primary.

(2) If you have agreed in writing in a contract or agreement prior to an *occurrence,* claim, or suit, to provide insurance to the additional insured that is both primary and noncontributory, then after:

(a) The *underlying insurance* applicable to that contract or agreement; and

(b) All other applicable insurance providing coverage on a primary or similar basis (except insurance available to the additional insured where they are a Named Insured);

are exhausted, this insurance will be primary and we will not seek contribution from or require exhaustion of other insurance available to the additional insured where they are a Named Insured.

(3) The most we will pay for a person or organization as primary insurance under paragraphs (1) and (2) above will be the lesser of:

(a) The Limits of Insurance shown in the Declarations of this policy and as described in Section II - Limit of Insurance; or

(b) The amount of insurance you are required to provide the additional insured in the written contract or agreement, less any amount paid by *underlying insurance.*

CU-7098(11-15)

Page 1 of 1

**PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION**                                                    CU-7127(11-16)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to paragraph 2 Exclusions of Section I - Coverage:

Any *covered auto* while being used:

(1) As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a *covered auto* is being used by an insured who is logged into a *transportation network platform* as a driver, whether or not a passenger is *occupying* the *covered auto*; or

(2) By an insured who is logged into a *transportation network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the *covered auto*.

**B.** If Excess Uninsured Bodily Injury and/or Underinsured Motorists Coverage is attached, then this insurance does not apply to:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

Any *covered auto* while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a *covered auto* is being used by an insured who is logged into a *transportation network*

*platform* as a driver, whether or not a passenger is *occupying* the *covered auto*; or

**b.** By an insured who is logged into a *transportation network platform* or *delivery network platform* as a driver to provide *delivery services*, whether or not the goods, items or products to be delivered are in the *covered auto*.

**C. Additional Definitions**

As used in this endorsement:

**1.** *"Delivery network platform"* means an online-enabled application or digital network used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged *delivery services* for compensation. A *delivery network platform* does not include a *transportation network platform.*

**2.** *"Delivery services"* includes courier services.

**3.** *"Occupying"* means in, upon, getting in, on,out or off.

**4.** *"Transportation network platform"* means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**EXCLUSION - FIRST AID AND GOOD SAMARITAN SERVICES**     **CU-7136(8-20)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

The following exclusion is added:

**First Aid and Good Samaritan Services**

1. This insurance does not apply to *injury,* including but not limited to, physical or mental injury, mental anguish or shock, sickness, disease, occupational disease, disability or death, or damage to property arising out of activities related to providing or failing to provide *first aid services.*

2. The following definitions apply:

   a. *"First aid services"* means medical services or medically-related services provided when no *professional medical service provider* (whether licensed or not) is present and without the immediate provision of which would have immediately resulted in death or significant adverse result from a serious injury or serious condition of the recipient of those services.

   b. *"Medical services"* includes all medical and medically-related services except *first aid services.*

   c. *"Professional medical services provider"* means anyone who is employed, licensed, certified, educated, or trained to provide *medical services.*

**CYBER SUITE EXCLUSION**                                          **CU-7140(10-20)**

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

This insurance does not apply to damages covered under the Cyber Suite Coverage endorsement, if attached to the underlying policy.

**COMMUNICABLE DISEASE EXCLUSION**

CU-7142(9-20)

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE FORM

A. The following exclusion is added to paragraph 2, Exclusions of Section I - Coverages.

  **2. Exclusions**

    This insurance does not apply to damages because of:

    **Communicable Disease**

    *Injury* or damage arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege the negligence or other wrongdoing in the:

a. Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

b. Testing for a communicable disease;

c. Failure to prevent the spread of the disease; or

d. Failure to report the disease to authorities.



**WORKERS' COMPENSATION**

Acuity, A Mutual Insurance Company

**Information Page**

**1.** Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

The Named Insured is:
CORPORATION

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF
STE 120
SAINT LOUIS MO 63123
Insured Policy Number:  ZT6741
Policy Number: CWC-ZT6741-00

Identification Number:  240583933
FEIN:  431107483

**2. Policy Period:**   Inception   01-01-24       Expiration   01-01-25
12:01 A.M. standard time at the address of the insured stated herein.

**3. A.  Workers' Compensation Insurance:** Part One of the policy applies to the Workers' Compensation Law of the states listed here:

Missouri

**B.  Employers' Liability Insurance:** Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

Bodily Injury by Accident   Each Accident . . . . . . . . . . . . . . . . . . . . . . . . . $   1,000,000
Bodily Injury by Disease    Policy Limit . . . . . . . . . . . . . . . . . . . . . . . . .     1,000,000
Bodily Injury by Disease    Each Employee . . . . . . . . . . . . . . . . . . . . . . .     1,000,000

**C.  Other States Insurance:** Part Three of the policy applies to the states, if any, listed here:

All states except North Dakota, Ohio, Washington and Wyoming and States designated in Item 3.A. above.

**D.  Endorsements:**

| Form Number | Form Title | Premium |
|---|---|---|
| WC 00 04 06 (08-84) | Premium Discount Endorsement . . . . . . . . . . . . . . . . . . . . . . .$ | |
| WC 24 06 04 C(09-19) | Missouri Amendatory Endorsement . . . . . . . . . . . . . . . . . . . . . | |
| WC 24 03 02 (01-14) | Missouri Notification of Additional Mesothelioma Benefits Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| WC 24 06 01 B(01-96) | Missouri Cancellation and Nonrenewal Endorsement . . . . . . . | |
| WC 24 06 02 B(07-06) | Missouri Property and Casualty Guaranty Association Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| WC 00 00 00 C(01-15) | Workers' Compensation and Employers' Liability Insurance Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| WC 24 04 06 D(08-16) | Missouri Employer Paid Medical Endorsement . . . . . . . . . . . . | |

Insured Renewal or Replacement Number:  ZT6741
Renewal or Replacement Number: CWC-ZT6741-00

Page 2

Insured Policy Number:    ZT6741
Policy Number:   CWC-ZT6741-00
Effective Date:        03-26-24

| Form Number | Form Title | Premium |
|---|---|---|
| WC 00 04 14 A(01-19) | 90-Day Reporting Requirement-Notification of Change in Ownership Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| WC 00 04 19 A(08-22) | Part Five - Premium Amendatory Endorsement . . . . . . . . . . . | |
| WC 00 04 25 (05-17) | Experience Rating Modification Factor Revision Endorsement | |
| WC 00 04 22 C(01-21) | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| WC 00 04 21 F(08-22) | Catastrophe (Other than Certified Acts of Terrorism) Premium Endorsement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

**4. Premium:** The premium for this policy will be determined by our Manual of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classification of Operations | Unit No. | Code No. | Premium Basis (Estimated Total Annual Remuneration) | Rates (Per $100 of Remuneration) | Estimated Annual Premiums |
|---|---|---|---|---|---|
| **Missouri** | | | | | |
| Salespersons or Collectors - Outside | 001 | 8742 | 67,900 | $   .26 | $   ███ |
| Clerical Office Employees NOC | 002 | 8810 | 511,100 | .13 | ███ |
| Store - Household Appliance Accessories - Electrical And Drivers | 003 | 8044 | 724,900 | 2.35 | ████ |
| Store - Household Appliance Accessories - Electrical And Drivers | 004 | 8044 | 104,800 | 2.35 | ███ |
| Employers' Liability With Work Comp - Incr. Limits 1,000,000 BI per Accident 1,000,000 Disease per Employee, 1,000,000 Aggregate Disease Limit | 005 | 9812 | | | ███ |
| Store - Retail NOC | 008 | 8017 | If Any | 1.43 | Included |
| | | | | | ████ |
| Experience Modification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | X | ███ |
| | | | | | ████ |
| Less Schedule Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | ███ |
| Less Premium Discount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | ███ |
| Expense Constant . . . . . . . . . . . . . . . . . . . . . . . . . 0900 . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | ███ |
| Provisions for Terrorism | 006 | 9740 | 1,408,700 | .01 | ███ |
| Provisions for Catastrophe (Other than Certified Acts of Terrorism) | 007 | 9741 | 1,408,700 | .01 | ███ |

WC 00 00 01 A(6-01)                                                                                                                SO 01 04/15/24

Page 3
Insured Policy Number:    ZT6741
Policy Number:   CWC-ZT6741-00
Effective Date:            03-26-24

**Total Estimated Annual Premium . . . . . .** $ ▬▬▬▬

Annual Minimum Premium . . . . . . $ ▬▬▬

Missouri Second Injury Fund and Supplemental Surcharge . . . . . . ▬▬▬

Total . . . . . . $ ▬▬▬

**Named Insured**
SESSION FIXTURE
   **Federal Employer Identification Number:**  431107483
   **State Unemployment Number:**

**Locations Covered:**

6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

15 TENBROOK INDUSTRIAL
PARK
ARNOLD MO 63010

Countersigned by  CRAWFORD-BUTZ & ASSOCIATES
                                     Authorized Representative

Date of Issue:  04-15-24

WC 00 00 01 A(6-01)                                                SO 01 04/15/24

# WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY

### Index of Policy Provisions

Page

AGREEMENT................................................2

GENERAL SECTION.....................................2
    A. The Policy..........................................2
    B. Who Is Insured..................................2
    C. Workers' Compensation Law.............2
    D. State..................................................2
    E. Locations...........................................2

PART ONE - WORKERS' COMPENSATION ...........2
INSURANCE
    A. How This Insurance Applies..............2
    B. We Will Pay......................................2
    C. We Will Defend................................2
    D. We Will Also Pay..............................2
    E. Other Insurance...............................2
    F. Payments You Must Make................2
    G. Recovery From Others......................3
    H. Statutory Provisions.........................3

PART TWO - EMPLOYERS' LIABILITY ...................3
INSURANCE
    A. How This Insurance Applies..............3
    B. We Will Pay......................................3
    C. Exclusions........................................3
    D. We Will Defend................................4
    E. We Will Also Pay..............................4

Page

    F. Other Insurance...............................4
    G. Limits of Liability.............................4
    H. Recovery From Others......................5
    I. Actions Against Us............................5

PART THREE - OTHER STATES ............................5
INSURANCE
    A. How This Insurance Applies..............5
    B. Notice...............................................5

PART FOUR - YOUR DUTIES IF INJURY ................5
OCCURS

PART FIVE - PREMIUM.........................................5
    A. Our Manuals....................................5
    B. Classifications..................................5
    C. Remuneration..................................5
    D. Premium Payments..........................6
    E. Final Premium..................................6
    F. Records.............................................6
    G. Audit................................................6

PART SIX - CONDITIONS......................................6
    A. Inspection........................................6
    B. Long Term Policy.............................6
    C. Transfer of Your Rights and Duties...............6
    D. Cancellation....................................6
    E. Sole Representative.........................6

IMPORTANT:  This Index is **not** part of the Workers' Compensation and Employers' Liability Policy and does **not** provide coverage. Refer to the Workers' Compensation and Employers' Liability Policy itself for actual contractual provisions.

PLEASE READ THE WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY CAREFULLY.

## AGREEMENT

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

**A.  THE POLICY**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B.  WHO IS INSURED**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C.  WORKERS' COMPENSATION LAW**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3A of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D.  STATE**

State means any state of the United States of America and the District of Columbia.

**E.  LOCATIONS**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3A states unless you have other insurance or are self-insured for such workplaces.

## PART ONE - WORKERS' COMPENSATION INSURANCE

**A.  HOW THIS INSURANCE APPLIES**

This workers' compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

**1.**  Bodily injury by accident must occur during the policy period.

**2.**  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B.  WE WILL PAY**

We will pay promptly when due the benefits required of you by the workers' compensation law.

**C.  WE WILL DEFEND**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D.  WE WILL ALSO PAY**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

**1.**  Reasonable expenses incurred at our request, but not loss of earnings;

**2.**  Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

**3.**  Litigation costs taxed against you;

**4.**  Interest on a judgment as required by law until we offer the amount due under this insurance; and

**5.**  Expenses we incur.

**E.  OTHER INSURANCE**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.  PAYMENTS YOU MUST MAKE**

You are responsible for any payments in excess of the benefits regularly provided by the workers' compensation law including those required because:

**1.**  Of your serious and willful misconduct;

**2.**  You knowingly employ an employee in violation of law;

**3.**  You fail to comply with a health or safety law or regulation; or

4. You discharge, coerce or otherwise discriminate against any employee in violation of the workers' compensation law.

If we make any payments in excess of the benefits regularly provided by the workers' compensation law on your behalf, you will reimburse us promptly.

## G. RECOVERY FROM OTHERS

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

## H. STATUTORY PROVISIONS

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers' compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers' compensation law that apply to:

   a. Benefits payable by this insurance;

   b. Special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers' compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO - EMPLOYERS' LIABILITY INSURANCE

## A. HOW THIS INSURANCE APPLIES

This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3A of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

## B. WE WILL PAY

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers' Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. EXCLUSIONS

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual

knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers' compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651-1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law;

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. WE WILL DEFEND

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. WE WILL ALSO PAY

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

## F. OTHER INSURANCE

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

## G. LIMITS OF LIABILITY

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3B of the Information Page. They apply as explained below.

### 1. Bodily Injury by Accident

The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

### 2. Bodily Injury by Disease

The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

**3.** We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

### H. RECOVERY FROM OTHERS

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

### I. ACTIONS AGAINST US

There will be no right of action against us under this insurance unless:

**1.** You have complied with all the terms of this policy; and

**2.** The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE - OTHER STATES INSURANCE

### A. HOW THIS INSURANCE APPLIES

**1.** This other states insurance applies only if one or more states are shown in Item 3C of the Information Page.

**2.** If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3A of the Information Page.

**3.** We will reimburse you for the benefits required by the workers' compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

**4.** If you have work on the effective date of this policy in any state not listed in Item 3A of the Information Page, coverage will not be afforded for that state unless we are notified within 30 days.

### B. NOTICE

Tell us at once if you begin work in any state listed in Item 3C of the Information Page.

## PART FOUR - YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

**1.** Provide for immediate medical and other services required by the workers' compensation law.

**2.** Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

**3.** Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

**4.** Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

**5.** Do nothing after an injury occurs that would interfere with our right to recover from others.

**6.** Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE - PREMIUM

### A. OUR MANUALS

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B. CLASSIFICATIONS

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C. REMUNERATION

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

**1.** All your officers and employees engaged in work covered by this policy; and

**2.** All other persons engaged in work that could make us liable under Part One - Workers' Compensation Insurance of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers' compensation obligations.

### D. PREMIUM PAYMENTS

You will pay all premium when due. You will pay the premium even if part or all of a workers' compensation law is not valid.

### E. FINAL PREMIUM

The premium shown on the Information Page, schedules and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise:

**1.** If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

**2.** If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short rate cancellation table and procedure. Final premium will not be less than the minimum premium.

### F. RECORDS

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G. AUDIT

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX - CONDITIONS

### A. INSPECTION

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

### B. LONG TERM POLICY

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

### C. TRANSFER OF YOUR RIGHTS AND DUTIES

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within 30 days after your death, we will cover your legal representative as insured.

### D. CANCELLATION

**1.** You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

**2.** We may cancel this policy. We must mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

**3.** The policy period will end on the day and hour stated in the cancellation notice.

**4.** Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy, is changed by this statement to comply with the law.

### E. SOLE REPRESENTATIVE

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium and give or receive notice of cancellation.

POLICY NUMBER: ZT6741

**PREMIUM DISCOUNT ENDORSEMENT**                                    **WC 00 04 06(8-84)**

The premium for this policy and the policies, if any, listed in item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in item 1 or 2 of the Schedule. The final calculation of premium discount will  be  determined by  our  manuals  and  your  premium  basis  as determined  by  audit.  Premium  subject  to retrospective  rating  is  not  subject  to  premium discount.

**SCHEDULE**

**1.**

| State | Premium Discount | | | |
|---|---|---|---|---|
| | First $5,000 | Next $95,000 | Next $400,000 | Balance |
| MISSOURI | 0.0% | 10.9% | 12.6% | 14.4% |

**2.** Average percentage discount:                                           N/A

**3.** Other policies:

**4.** If there are no entries in items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

**90-DAY REPORTING REQUIREMENT - NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT**

WC 00 04 14 A(1-19)

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

**PART FIVE - PREMIUM AMENDATORY ENDORSEMENT**                    WC 00 04 19 A(8-22)

This endorsement amends Part Five - Premium of the policy as follows:

Part Five - Premium, Section A (Our Manuals) is replaced by the following provision:

**A. Our Manuals**

All premiums for this policy will be determined by our manuals of rules, rates and loss costs (as applicable), rating plans, forms, endorsements, and classifications, and such manuals are expressly incorporated by reference into, and apply to, this policy and any renewals (our manuals). As used in this policy and any renewals, our manuals means manuals that have been:

1. Developed in any format and filed by the state-designated workers compensation rating or advisory organization on our behalf with the appropriate state insurance regulatory authority; or

2. Developed in any format and filed by the respective state rating bureau on our behalf with the appropriate state insurance regulatory authority; or

3. Developed in any format and filed by us with the appropriate state insurance regulatory authority; and

4. For each or any of the three scenarios above, the manuals also must be approved for use by the appropriate state insurance regulatory authority, or as otherwise authorized by law as applicable.

We may change our manuals and apply the changes to this policy and any renewals if such manual changes are approved for use by the appropriate state insurance regulatory authority, or as otherwise authorized by law as applicable.

Part Five - Premium, Section D (Premium Payments) is replaced by the following provision:

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. The due date for audit and retrospective premiums is the due date specified in the billing for the policy.

---

Acuity, A Mutual Insurance Company

POLICY NUMBER: ZT6741

**CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT**

**WC 00 04 21 F(8-22)**
**TX (7-22)**

This endorsement is notification that we are charging premium to cover the losses that may occur in the event of a Catastrophe (Other Than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism). Coverage for such losses is subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations. This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement attached to this policy.

For purposes of this endorsement,

Catastrophe (Other Than Certified Acts of Terrorism) is defined as: A single event or peril resulting in a group of claims with aggregate workers compensation losses in excess of $50 million. This $50 million threshold applies per occurrence, across all states for which claims arise from a single event or peril.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

**SCHEDULE**

| State | Rate | Premium |
|-------|------|---------|
| MO | $0.010 | $141.00 |

Acuity, A Mutual Insurance Company

**WC 00 04 21 F(8-22)**    © Copyright 2021 National Council on Compensation Insurance, Inc. All Rights Reserved.    **Page 1 of  1**

POLICY NUMBER: ZT6741

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT**

**WC 00 04 22 C(1-21)**

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

    **a.** The act is an act of terrorism.

    **b.** The act is violent or dangerous to human life, property, or infrastructure.

    **c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    **d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means for the period beginning on January 1, 2021 and ending on December 31, 2027, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

    **1.** Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

    **2.** Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

    **3.** The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**SCHEDULE**

| State | Rate | Premium |
| --- | --- | --- |
| MO | $0.010 | $141.00 |

**WC 00 04 22 C(1-21)**    © Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.    **Page 1 of 1**

**EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT**

WC 00 04 25(5-17)

This endorsement is added to Part Five - Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

**MISSOURI NOTIFICATION OF ADDITIONAL MESOTHELIOMA BENEFITS ENDORSEMENT**

WC 24 03 02(1-14)

This endorsement applies only to insurance provided by the policy because Missouri is shown in Item 3A of the Information Page.

Section 287.200.4, subdivision (3), of the Missouri Revised Statutes provides additional benefits in the case of occupational diseases due to toxic exposure that are diagnosed to be mesothelioma and result in permanent total disability or death. Your policy provides insurance for these additional benefits.

If you reject liability for mesothelioma additional benefits provided under Section 287.200.4, subdivision (3), of the Missouri Revised Statutes, you must notify us of this election. Once you notify us, we will endorse this policy to exclude insurance for these additional benefits. If you reject liability for mesothelioma additional benefits, the exclusive remedy provisions under Missouri Revised Statutes Section 287.120 shall not apply to your liability for mesothelioma additional benefits.

POLICY NUMBER: ZT6741

**MISSOURI EMPLOYER PAID MEDICAL ENDORSEMENT**                              WC 24 04 06 D(8-16)

This endorsement applies because Missouri is shown in Item 3A of the Information Page.

As a Missouri employer, you have the right, as provided by Section 287.957 of the Revised Statutes of Missouri, to have medical-only claims that do not exceed 20% of the current primary and excess loss split point amount, as shown in the Schedule below, excluded from your experience rating modification calculation. This will only be allowed when you pay all of the employee's medical costs; there is no lost time from the employment, other than the first three days or less of disability and no claim is filed. The current primary and excess loss split point amount is provided in the rating values of NCCI's *Experience Rating Plan Manual*. You still must report all injuries, regardless of the dollar amount, to the Division of Workers' Compensation and to us.

However, it should be noted that if, at any time, the medical expenses that are paid out-of-pocket due to a particular injury ever exceed 20% of the current primary and excess loss split point amount, and/or the employee misses more than three days from work due to the injury, then this injury must be reported to us as a claim. We will pay the full amount of the claim, which includes any reimbursements due to you for past medical expenses incurred by you for this particular claim. As a result, the total amount of losses incurred by us due to this claim will be included in your experience rating modification calculation.

**SCHEDULE**

20% of the Current Primary and Excess Loss Split Point Amount                              $4,200

**MISSOURI CANCELLATION AND NONRENEWAL ENDORSEMENT**                   **WC 24 06 01 B(1-96)**

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

The Cancellation Condition of the policy is replaced by the following:

**Cancellation**

1.  You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.

2.  We may cancel this policy. We will mail or deliver to you not less than 60 days advance written notice stating when the cancellation is to take effect and our reason for cancellation. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The 60-day notice requirement does not apply where cancellation is based on one or more of the following reasons:

    a.  Nonpayment of premium;

    b.  Fraud or material misrepresentation affecting the policy or in the presentation of a claim under the policy;

    c.  A violation of policy terms;

    d.  Changes in conditions after the effective date of the policy materially increasing the hazards originally insured;

    e.  Our insolvency;

    f.  Our involuntary loss of reinsurance for the policy.

4.  The policy period will end on the day and hour stated in the cancellation notice.

**Nonrenewal**

1.  We may elect not to renew the policy. We will mail to you not less than 60 days advance written notice stating when the nonrenewal will take effect and our reason for nonrenewal. Proof of mailing of this notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

2.  If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

    a.  We show you our willingness to renew the policy but you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

    b.  You fail to pay all premiums when due; or

    c.  You obtain other insurance as a replacement of the policy.

**MISSOURI PROPERTY AND CASUALTY GUARANTY ASSOCIATION ENDORSEMENT**

WC 24 06 02 B(7-06)

This endorsement applies only to the insurance provided by the policy because Missouri is shown in Item 3.A. of the Information Page.

Missouri Property and Casualty Insurance Guaranty Association Coverage Limits:

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitation applies subject to all other provisions of the Act:

   a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes an insolvent insurer; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

If the insured prepares an annual report to shareholders, or an annual report to management reflecting net worth, then such report for the fiscal year immediately preceding the date of insolvency of the insurer will be used to determine net worth.

However, the Association will not:

(1) Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

(2) Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

WC 24 06 02 B(7-06)

Page 1 of 1

**MISSOURI AMENDATORY ENDORSEMENT**                               WC 24 06 04 C(9-19)

This endorsement applies because Missouri is shown in Item 3A of the Information Page.

Part Five - Premium, Section G (Audit) of the policy is replaced by the following:

**G.  Audit**

You will let us examine and audit all of your records relating to this policy during regular business hours throughout and after the policy period. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights that we have under this provision.

Audits must be completed and billed, and any premiums will be returned, within 120 days of policy expiration or cancellation unless:

**1.**  Delay is caused by your failure to respond to reasonable audit requests, provided that the requests are timely and adequately documented; or

**2.**  A written agreement between you and us provides a longer time frame.

If you or we have any objection to the results of any audit, you or we may send a written notice demanding a reconsideration of the audit within three years from the date of expiration or cancellation of this policy. The written notice must be based upon sufficiently clear and specific facts as to why the audit should be reconsidered.

If you do not allow us to examine and audit all of your records relating to this policy, and/or do not provide audit information as timely and reasonably requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5 - Premium, E (Final Premium) of this policy.

Failure to cooperate with this policy provision may also result in the cancellation of your insurance coverage, as specified under the policy and allowed under Missouri law.

**Note:**

For coverage under state-approved workers' compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

**SCHEDULE**

| Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|
| Estimated Annual Premium | Up to Two Times |

**WC 24 06 04 C(9-19)**      © Copyright 2019 National Council on Compensation Insurance, Inc. All Rights Reserved.      **Page 1 of 1**



**BIS-PAK
COVERAGE PART**

## Amended Declarations

First Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF

| | | |
|---|---|---|
| Policy Number: | ZT6741 | |
| Policy Period: | Effective Date: | 03-26-24 |
| | Expiration Date: | 01-01-25 |

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the Policy.

12:01 A.M. standard time at your mailing address shown in the declarations

### COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|---|---|---|
| CB-0002(5-22) | Deluxe Bis-Pak Property Coverage Form | |
| CB-0006(8-15) | Bis-Pak Business Liability and Medical Expenses Coverage Form | |
| CB-0009(9-04) | Bis-Pak Common Policy Conditions | |
| CB-0111(4-22) | Missouri Changes | |
| CB-0157(7-02) | Missouri Changes - Pollution Exclusion | |
| CB-0312(1-10) | Windstorm or Hail Percentage Deductible | |
| CB-0417(1-10) | Employment-Related Practices Exclusion | |
| CB-0564(1-15) | Conditional Exclusion of Terrorism (Relating to Disposition of Federal Act) | |
| CB-0577(4-10) | Fungi or Bacteria Exclusion (Liability) | |
| CB-1003(8-10) | Earthquake | ███████ |
| CB-1203(1-10) | Loss Payable Clauses | |
| CB-1416(1-10) | Snow Plow Products-Completed Operations Hazard Coverage | |
| CB-1488(7-13) | Primary and Noncontributory - Other Insurance Condition | |
| CB-1498(7-13) | Missouri Limitations on Coverage for Roof Surfacing | |
| CB-1504(5-14) | Exclusion-Access of Confidential or Personal Info/Data with Limited BI | |
| CB-1560(2-21) | Cyber Incident Exclusion | |
| CB-7138(11-13) | Blanket Insurance Schedule | |
| CB-7155(11-13) | Equipment Breakdown Coverage | ███████ |
| CB-7245(7-13) | Additional Insured Compl Ops Automatic Status (Owners, Lessees or Contractors) | ███████ |
| CB-7297(1-15) | Exclusion of Certified Acts of Terrorism | ███████ |
| CB-7406(6-15) | Exclusion - Unmanned Aircraft | |
| CB-7410(8-15) | Civil Authority Changes | |

Acuity, A Mutual Insurance Company

CB-7000(12-21)

Policyholder - Original

04/15/24    Page 1 of 4

Policy Number: ZT6741                    Effective Date: 03-26-24

| Form Number | Form Title | Premium |
|---|---|---|
| CB-7433(7-13) | Additional Insured - Owners, Lessees or Contractors - Automatic Status | ████ |
| CB-7440(3-21) | Acuity Property Enhancements - Platinum | ████ |
| CB-7456(8-20) | Acuity Liability Enhancements - Gold | ████ |
| IL-0415R(1-06) | Protective Safeguards | |
| IL-7012(1-18) | Asbestos Exclusion | |
| IL-7149(7-20) | Cyber Suite Coverage | ████ |
| IL-7151(7-20) | Cyber Suite Schedule | |
| IL-7158(7-20) | Missouri Changes - Cyber Suite Coverage | |

**Advance Endorsement Premium**                                         ████

### PREMIUM SUMMARY

Advance Premium                                                         ████

Advance Endorsement Premium                                            ████

**Total Advance Premium**                                             ████

The Total Advance Premium shown above is based on the exposures you anticipated at the time this coverage part began. We will audit this coverage part in accordance with the Bis-Pak® Liability and Medical Expenses General Condition entitled Premium Audit - Business Liability at the close of the audit period.

### PROPERTY COVERAGES PROVIDED
Form: Deluxe

| Coverage Item | Premises Number | Building Number | Valuation Basis | Limit of Insurance | Automatic Increase Percentage |
|---|---|---|---|---|---|
| Building | 001 | 001 | Replacement Cost | $4,166,700 | 8% |
| Business Personal Property Deductible: $10,000 per occurrence Optional Coverage Deductible: $500 Wind/Hail Deductible: 1% per building | 001 | 001 | Replacement Cost | $2,103,700 | 2% |
| Building | 002 | 001 | Replacement Cost | $5,000,000 | 8% |
| Business Personal Property Deductible: $10,000 per occurrence Optional Coverage Deductible: $500 Wind/Hail Deductible: 1% per building | 002 | 001 | Replacement Cost | $2,012,400 | 2% |

### DESCRIPTION OF PREMISES

| Premises Number | Building Number | Construction, Occupancy and Location |
|---|---|---|
| 001 | 001 | MASONRY NONCOMBUSTIBLE STORES - NO FOOD OR DRINK 6044 LEMAY FERRY RD SAINT LOUIS MO 63129 |

Policy Number: ZT6741                                Effective Date: 03-26-24

| Premises Number | Building Number | Construction, Occupancy and Location |
|---|---|---|
| 002 | 001 | MASONRY NONCOMBUSTIBLE STORES - NO FOOD OR DRINK 15 TENBROOK INDUSTRIAL PARK ARNOLD MO 63010 |

**MORTGAGEHOLDER NAME AND ADDRESS**

NONE

**LIABILITY COVERAGES PROVIDED**

| Coverage Item | Limit of Insurance |
|---|---|
| Liability and Medical Expenses (Each Occurrence) | $1,000,000 |
| Medical Expenses (Any One Person) | $10,000 |
| Damage to Premises Rented to You | $300,000 |
| Products-Completed Operations Aggregate Limit | $3,000,000 |
| General Aggregate Limit (Other Than Products-Completed Operations) | $3,000,000 |

**SCHEDULE OF LIABILITY CLASSIFICATION**

| Premises Number | Building Number | Classification Description | Class Code | Premium Basis[1] | | Premises Rate | Products Rate |
|---|---|---|---|---|---|---|---|
| 001 | 001 | Equipment, Fixtures or Supplies - For Bars, Hotels, Offices, Restaurants or Stores - Distributors | 12467 | $18,000,000 | GS | .223 | .375 |
| 001 | 001 | Kitchen Accesories Distributors | 12362 | If Any | GS | .087 | .157 |
| 001 | 001 | Lessors' Risk | 61212 | 24,000 | AR | 42.609 | Included |
| 002 | 001 | Equipment, Fixtures or Supplies - For Bars, Hotels, Offices, Restaurants or Stores - Distributors | 12467 | If Any | GS | .295 | .375 |
| 002 | 001 | Lessors' Risk | 61212 | 43,200 | AR | 32.901 | Included |

[1]  GS = Gross Sales - Rate Applies Per $1,000 of Gross Sales

AR = Area - Rate Applies Per 1,000 Square Feet

**COVERAGES PROVIDED**

| Coverage Item | Limit of Insurance |
|---|---|
| Acuity Liability Enhancements - Gold | See CB-7456 |
| Acuity Property Enhancements - Platinum | See CB-7440 |

Policy Number: ZT6741                    Effective Date: 03-26-24

| Coverage Item | Premises Number | Building Number | Limit of Insurance |
|---|---|---|---|
| Business Income and Extra Expense | 001 | 001 | Actual Loss Sustained |
| Business Income and Extra Expense | 002 | 001 | Actual Loss Sustained |

**BIS-PAK PLAN**

Retail Stores

**AUDIT PERIOD**

Annual

**ADDITIONAL NAMED INSUREDS**

WHO IS AN INSURED includes the following Additional Named Insureds:

SESSCO PROPERTIES LLC
SESSION PROPERTIES, LP

**FIRST NAMED INSURED IS:**

ORGANIZATION OTHER THAN PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY

# DELUXE BIS-PAK® PROPERTY COVERAGE FORM

### Index of Policy Provisions

Page

**PROPERTY COVERAGES** . . . . . . . . . . . . . 2-12
   Covered Property . . . . . . . . . . . . . . 2
   Property Not Covered . . . . . . . . . . . 2-3
   Covered Causes of Loss . . . . . . . . . . 3
   Limitations . . . . . . . . . . . . . . . . . . . 3
   Additional Coverages . . . . . . . . . . . . 3-12

**PROPERTY EXTENSIONS OF COVERAGE.** . 12-14
   Newly Acquired or Constructed Property . 12-13
   Personal Effects and Property of Others . 13
   Property Off-Premises . . . . . . . . . . . 13
   Property in Transit . . . . . . . . . . . . . 13
   Outdoor Property . . . . . . . . . . . . . . 13
   Valuable Papers and Records . . . . . . . 13-14
   Accounts Receivable . . . . . . . . . . . . 14
   Money and Securities . . . . . . . . . . . 14

**PROPERTY EXCLUSIONS** . . . . . . . . . . . . 15-19

**PROPERTY LIMITS OF INSURANCE** . . . . . . 19-20
   Building Limit - Automatic Increase . . . . . 20
   Business Personal Property Limit -
   Seasonal Increase . . . . . . . . . . . . . . 20
   Business Personal Property Limit -
   Automatic Increase . . . . . . . . . . . . . . 20

Page

**PROPERTY OPTIONAL COVERAGES** . . . . . 20-22
   Outdoor Signs . . . . . . . . . . . . . . . . 20-21
   Employee Dishonesty . . . . . . . . . . . . . 21-22

**PROPERTY DEDUCTIBLES** . . . . . . . . . . . 22

**PROPERTY GENERAL CONDITIONS** . . . . . 22-23
   Control of Property . . . . . . . . . . . . . . 22
   Mortgageholders . . . . . . . . . . . . . . . 22-23
   No Benefit to Bailee . . . . . . . . . . . . . 23
   Policy Period, Coverage Territory . . . . . 23

**PROPERTY LOSS CONDITIONS** . . . . . . . . 23-27
   Abandonment . . . . . . . . . . . . . . . . . 23
   Appraisal . . . . . . . . . . . . . . . . . . . . 23
   Duties in the Event of Loss or Damage . . 23-24
   Legal Action Against Us . . . . . . . . . . . 24
   Loss Payment and Valuation . . . . . . . . 24-26
   Recovered Property . . . . . . . . . . . . . 26
   Resumption of Operations . . . . . . . . . . 26
   Vacancy . . . . . . . . . . . . . . . . . . . . 26

**PROPERTY DEFINITIONS** . . . . . . . . . . . . 26-27

Acuity, A Mutual Insurance Company

**CB-0002(5-22)**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 1 of 27**

## DELUXE BIS-PAK® PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.

The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to the Property Definitions Section.

## PROPERTY COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **Covered Property**

   Covered Property includes Buildings as described under item a below, Business Personal Property as described under item b below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under item 2, Property Not Covered.

   a. **Buildings,** meaning the buildings and structures at the premises described in the Declarations, including:

      (1) Completed additions;

      (2) Garages, storage buildings, appurtenant structures usual to your occupancy;

      (3) Fixtures, including outdoor fixtures;

      (4) Permanently installed:

         (a) Machinery; and

         (b) Equipment;

      (5) Your personal property in apartments, rooms or common areas furnished by you as landlord;

      (6) Personal property owned by you that is used to maintain or service the buildings, structures or the premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

      (7) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the buildings or structures; and

         (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations

   or repairs to the buildings or structures.

   b. **Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

      (1) Property you own that is used in your business;

      (2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment and Valuation Property Loss Condition 5g(3)(b);

      (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

         (a) Made a part of the building or structure you occupy but do not own; and

         (b) You acquired or made at your expense but cannot legally remove;

      (4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under paragraph 1b(2); and

      (5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

2. **Property Not Covered**

   Covered Property does not include:

   a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

   b. *Money* or *securities,* except as provided in the:

      (1) Money and Securities Coverage Extension; or

      (2) Employee Dishonesty Optional Coverage.

   c. Contraband or property in the course of illegal transportation or trade;

   d. Land (including land on which the property is located), water, growing crops or lawns;

   e. Outdoor fences, radio or television antennas

(including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than *stock* of trees, shrubs or plants), all except as provided in the:

(1) Outdoor Property Coverage Extension; or

(2) Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or *valuable papers and records;* except as otherwise provided in this policy;

**h.** *Computer(s)* which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to *computer(s)* while held as *stock*;

**i.** *Electronic Data*, except as provided under Additional Coverages - Electronic Data. This paragraph i does not apply to your *stock* of prepackaged software.

**j.** Animals, unless owned by others and boarded by you, or if owned by you, only as *stock* while inside of buildings.

**3.  Covered Causes of Loss**

Risks of Direct Physical Loss unless the loss is:

**a.** Excluded in Property Exclusions; or

**b.** Limited in paragraph 4, Limitations;

that follow.

**4.  Limitations**

**a.** We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to  the Extension of Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

(5) The interior of any building or structure or the property inside any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the *specified causes of loss* or building glass breakage:

(1) Animals, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

(a) Glass that is part of the exterior or interior of a building or structure;

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

**5.  Additional Coverages**

**a.  Debris Removal**

(1) Subject to paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or

damage.

(2) Debris removal does not apply to costs to:

    (a) Extract *pollutants* from land or water; or

    (b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in paragraph (4) below, the following provisions apply:

    (a) The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to paragraph (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

### Example #1

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |

Debris Removal Expense

| | |
|---|---|
| Payable | $10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of paragraph (3).

### Example #2

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $30,000 |

Debris Removal Expense Payable

| | |
|---|---|
| Basic Amount | $10,500 |
| Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of paragraph (3) is calculated as follows:

$80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of paragraph (4), because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under paragraph (4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Pollutant Clean Up and Removal**

We will pay your expense to extract *pollutants* from land or water at the described premises if the discharge, dispersal seepage, migration, release or escape of the *pollutants* is caused by or results from a Covered Cause of Loss that

occurs during the policy period. The expenses will be paid only if they are reported to us within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of *pollutants*. But we will pay for testing which is performed in the course of extracting the *pollutants* from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**c. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

We will not pay for any loss or damage under this Additional Coverage if the Covered Property was moved from the described premises to preserve it from loss or damage by a cause of loss that is not a Covered Cause of Loss.

**d. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

**e. Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in paragraphs e(1) through e(7).

(1) For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

(2) We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part

of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

(a) Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(b) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

(c) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

(d) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(i) A cause of loss listed in paragraph (2)(a) or (2)(b);

(ii) One or more of the *specified causes of loss;*

(iii) Breakage of building glass;

(iv) Weight of people or personal property; or

(v) Weight of rain that collects on a roof.

(3) This Additional Coverage - Collapse does **not** apply to:

(a) A building or any part of a building that is in danger of falling down or caving in;

(b) A part of a building that is standing, even if it has separated from another part of the building; or

(c) A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(4) With respect to the following property:

(a) Awnings;

(b) Gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Piers, wharves and docks;

(f) Beach or diving platforms or appurtenances;

(g) Retaining walls; and

(h) Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in paragraphs (2)(a) through (2)(d), we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

(5) If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse of personal property was caused by a cause of loss listed in paragraphs (2)(a) through (2)(d) of this Additional Coverage;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in paragraph (4), regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph (5) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

(6) This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(7) This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this policy.

(8) The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in paragraphs e(1) through e(7).

**f.  Water, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts or fire extinguishing equipment if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

**g.  Business Income and Extra Expense**

(1) We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your *operations* during the *period of restoration.* The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(2) Business income means the:

(a) Net income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

(b) Continuing normal operating expenses incurred, including payroll.

(3) We will pay necessary Extra Expense you incur during the *period of restoration* that you would not have incurred  if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or

damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(4) Extra Expense means expense incurred:

(a) To avoid or minimize the suspension of business and to continue *operations:*

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the suspension of business if you cannot continue *operations.*

(c) To:

(i) Repair or replace any property; or

(ii) Research, replace or restore the lost information on damaged *valuable papers and records;*

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

(5) We will only pay for Loss of Business Income or Extra Expense that you sustain during the *period of restoration* and that occurs within 12 consecutive months after the date of direct physical loss or damage. Items (1) through (5) of this Additional Coverage are not subject to the Limits of Insurance.

(6) Extended Business Income. If the necessary suspension of your *operations* produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property, except finished stock, is actually repaired, rebuilt or replaced and *operations* are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your *operations,* with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in (a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(7) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(8) This Additional Coverage is not subject to the Limits of Insurance.

**h. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

**i. Money Orders and Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, *money* or services:

(1) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(2) *Counterfeit money* that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**j. Forgery and Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in *money,* that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in *money,* on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**k. Increased Cost of Construction**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in k(3) through k(9) of this Additional Coverage.

(3) The ordinance or law referred to in k(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You are required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by *pollutants* or due to the presence, growth, proliferation, spread or any activity of *fungi*, wet rot or dry rot; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of *pollutants*, *fungi*, wet rot or dry rot.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property,

then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Property Loss Condition in this Coverage Form do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in k(6) of this Additional Coverage, is not subject to such limitation.

**l. Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to *electronic data*, including destruction or corruption of *electronic data*. If the dependent property sustains loss or damage to *electronic data* and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume *operations,* in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(3) If you do not resume *operations,* or do not resume operations as quickly as possible, we will pay based on the length of time it would have taken to resume *operations* as quickly as possible.

(4) Dependent property means property owned by others whom you depend on to:

(a) Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

(5) The coverage period for Business Income under this Additional Coverage:

(a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

(b) Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

(6) The Business Income coverage period, as stated in paragraph (5), does not include any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of

any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of *pollutants.*

The expiration date of this policy will not reduce the Business Income coverage period.

(7) The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**m. Glass Expenses**

(1) We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

(2) We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**n. Fire Extinguisher Systems Recharge Expense**

(1) We will pay:

(a) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

(b) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**o. Water Backup of Sewers or Drains - Computers**

(1) We will pay for loss or damage to *computer*(s) and *electronic media and records* caused by or resulting from water that backs up, or overflows from a sewer, drain or sump.

(2) Property Exclusions item g(3) does not apply to this Additional Coverage.

**p. Electronic Data**

(1) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore *electronic data* which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that *electronic data* is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the *electronic data* was stored, with blank media of substantially identical type.

(2) The Covered Causes of Loss applicable to Business Personal Property include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including *electronic data*) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including *electronic data*) by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage - Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**q. Interruption of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of *operations* caused by an interruption in computer operations due to destruction or corruption of *electronic data* due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional

Coverage - Interruption of Computer Operations is limited to the *specified causes of loss* and Collapse.

(b) If the Deluxe Bis-Pak® Property Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

(c) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including *electronic data*) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage - Interruption of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(4) This Additional Coverage - Interruption of Computer Operations does not apply to loss sustained or expense incurred after the end of the *period of restoration* even if the amount of insurance stated in (3) above has not been exhausted.

(5) Coverage for Business Income does not apply when a suspension of *operations* is

caused by destruction or corruption of *electronic data*, or any loss or damage to *electronic data*, except as provided under paragraphs (1) through (4) of this Additional Coverage.

(6) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of *operations* caused by destruction or corruption of *electronic data*, or any loss or damage to *electronic data*, except as provided under paragraphs (1) through (4) of this Additional Coverage.

**r. Limited Coverage for *Fungi*, Wet Rot Or Dry Rot**

(1) The coverage described in paragraphs r(2) and r(6) only applies when the *fungi*, wet rot or dry rot are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(a) A *specified cause of loss* other than fire or lightning; or

(b) Flood, if the Flood Damage Endorsement applies to the affected premises.

(2) We will pay for loss or damage by *fungi*, wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by *fungi*, wet rot or dry rot, including the cost or removal of the *fungi*, wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the *fungi*, wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that *fungi*, wet rot or dry rot are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss of damage arising out of all occurrences of *specified causes of loss* (other than fire or lightning) and flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which

results in *fungi*, wet rot or dry rot, we will not pay more than the total of $15,000 even if the *fungi*, wet rot or dry rot continue to be present or active, or recur, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by *fungi*, wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by *fungi*, wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that *fungi*, wet rot or dry rot cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of *operations* satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

(a) If the loss which resulted in *fungi*, wet rot or dry rot does not in itself necessitate a suspension of *operations*, but such suspension is necessary due to loss or damage to property caused by *fungi*, wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of *operations* was caused by loss or damage other than *fungi*, wet rot or dry rot, but remediation of *fungi*, wet rot or dry rot prolongs the *period of restoration*, we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the *period of restoration*), but such coverage is limited to 30 days. The days need not be consecutive.

## PROPERTY EXTENSIONS OF COVERAGE

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

**1. Newly Acquired or Constructed Property**

a. Buildings

You may extend the insurance that applies to Buildings to apply to:

(1) Your new buildings or new additions, while being built on the described premises; and

(2) Buildings you acquire at locations, other than the described premises, intended for:

(a) Similar use as the building described in the Declarations; or

(b) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $500,000 for each building.

b. Business Personal Property

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(1) Business Personal Property, including such property that you newly acquire, at any location you acquire;

(2) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(3) Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

c. Period Of Coverage

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

2. **Personal Effects and Property of Others**

a. You may extend the insurance that applies to Business Personal Property to apply to:

(1) Your personal effects meaning personal property owned by you, your officers, your partners or *members,* your *managers* or your employees. This Extension does not apply to loss or damage by theft or to tools or equipment used in your business.

(2) Personal property in your care, custody or control belonging to other than you, your officers, your partners or *members,* your *managers* or your employees.

b. The most we will pay for loss or damage under this Extension is $5,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

3. **Property Off-Premises**

a. You may extend the insurance provided by this policy to apply to your Covered Property, other than *money* and *securities, valuable papers and records* or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000. This Extension does not apply to Covered Property in or on a vehicle.

b. However, under this Extension, we will pay for loss or damage to *computer*(s) up to the Business Personal Property Limit shown in the Declarations.

4. **Property in Transit**

You may extend the insurance that applies to Business Personal Property to apply to your personal property in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage

territory.

The most we will pay for loss or damage under this Extension is $10,000. However, under this Extension, we will pay for loss or damage to *computer*(s) up to the Business Personal Property Limit shown in the Declarations.

5. **Outdoor Property**

a. You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than *stock* of trees, shrubs or plants), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $2,500 unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

6. **Valuable Papers and Records**

a. You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to *valuable papers and records* that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore lost information on *valuable papers and records* for which duplicates do not exist.

b. This Coverage Extension does not apply to:

(1) Property held as samples or for delivery after sale; and

(2) Property in storage away from the premises shown in the Declarations.

c. The most we will pay under this Coverage Extension for loss or damage to *valuable paper*s and records in any one occurrence at the described premises is $10,000 unless a higher Limit of Insurance for *Valuable Papers and Records* is shown in the Declarations.

For *valuable papers and records* not at the described premises, the most we will pay is $5,000.

d. Loss or damage to *valuable papers and records* will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the

contents of the *valuable papers and records* are not restored, the *valuable papers and records* will be valued at the cost of replacement with blank materials of substantially identical type.

**e.** Property Exclusions does not apply to this Coverage Extension except for:

(1) 1c, Governmental Action;

(2) 1d, Nuclear Hazard;

(3) 1f, War and Military Action;

(4) 2f, Dishonesty;

(5) 2g, False Pretense;

(6) Paragraph 2m(2), Errors or Omissions; and

(7) 3.

7.  **Accounts Receivable**

**a.** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(1) All amounts due from your customers that you are unable to collect;

(2) Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

(3) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage;  and

(4) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**b.** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for Accounts Receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**c.** Property Exclusions does not apply to this Coverage Extension except for:

(1) 1c, Governmental Action;

(2) 1d, Nuclear Hazard;

(3) 1f, War and Military Action;

(4) 2f, Dishonesty;

(5) 2g, False Pretense;

(6) 3; and

(7) The Accounts Receivable Exclusion.

8.  **Money and Securities**

**a.** We will pay for loss of *money* and *securities* used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any *money*-operated device unless the amount of *money* deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for *money* and *securities* while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for *money* and *securities* while anywhere else.

**d.** All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all *money* and *securities* so we can verify the amount of any loss or damage.

## PROPERTY EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in paragraphs (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But, if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust, or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in (5)(a), (5)(b) and (5)(c), all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

   This exclusion applies regardless of whether any of the above, in paragraphs (1) through (5), is caused by an act of nature or is otherwise caused.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But, if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

   **e. Utility Services**

   The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

   (1) Originates away from the described premises; or

   (2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

   Failure of any utility service includes lack of sufficient capacity and reduction in supply.

   Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

   But if the failure or surge of power, or the

failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to *computer(s)* and *electronic data.*

**f.  War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.  Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.  *Fungi*, Wet Rot or Dry Rot**

Presence, growth, proliferation, spread or any activity of *fungi*, wet rot or dry rot.

But if *fungi*, wet rot or dry rot result in a *specified cause of loss*, we will pay for the loss or damage caused by that *specified cause of loss*.

This exclusion does not apply:

(1) When *fungi*, wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage for *Fungi*, Wet Rot or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**i.  Virus Or Bacteria**

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from *fungi,* wet rot or dry rot. Such loss or damage is addressed in Exclusion j;

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to *pollutants.*

**j.  Certain Computer-Related Losses**

(1) The failure, malfunction or inadequacy of:

(a) Any of the following, whether belonging to any insured or to others:

(i) *Computer* hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

(ii) *Computer* application software or other *electronic data* as may be described elsewhere in this policy;

(iii) *Computer* operating systems and related software;

(iv) *Computer* networks;

(v) Microprocessors *(computer* chips) not part of any *computer* system; or

(vi) Any other computerized or electronic equipment or components; or

(b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph (a) above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in paragraph (1) above.

If excluded loss or damage as described in paragraph 1a of this endorsement results in a *specified cause of loss,* we will pay only for the loss or damage caused by such *specified cause of loss.*

We will not pay for repair, replacement or modification of any items in paragraphs (1)(a) or (1)(b) endorsement to correct any deficiencies or change any features.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy; or

(4) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to *computer(s)* due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

(1) An occurrence that took place within 100 feet of the described premises; or

(2) Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

b. **Consequential Losses**

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. **Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, *members,* officers, *managers,* employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and *valuable papers and records,* this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

g. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

(1) Collapse, including any of the following conditions of property or any part of the property:

   (a) An abrupt falling down or caving in;

   (b) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   (c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to paragraph i(1)(a) or i(1)(b).

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) This Exclusion i, does not apply:

   (a) To the extent that coverage is provided under the Additional Coverage - Collapse; or

   (b) To collapse caused by one or more of the following:

      (i) The *specified causes of loss;*

      (ii) Breakage of building glass;

      (iii) Weight of rain that collects on a roof; or

      (iv) Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of *pollutants* unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the *specified causes of loss.* But, if the discharge, dispersal, seepage, migration, release or escape of *pollutants* results in a *specified cause of loss,* we will pay for the loss or damage caused by that *specified cause of loss.*

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of *computer(s);*

(7) The following causes of loss to personal property:

   (a) Dampness or dryness of atmosphere;

   (b) Changes in or extremes of temperature; or

   (c) Marring or scratching.

But, if an excluded cause of loss that is listed in 2l(1) through (7) results in a *specified cause of loss,* or building glass breakage, we will pay for the loss or damage caused by that *specified cause of loss* or building glass breakage.

**m. Errors or Omissions**

Errors or omissions in:

(1) Programming, processing or storing data, as described under *electronic data* or in any *computer* operations; or

(2) Processing or copying *valuable papers and records.*

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your *computer* system including *electronic data.*

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of *electronic data*, except as provided for under the Additional Coverages section.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous or Repeated Seepage or Leakage of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following 3a through c. But if an excluded cause of loss that is listed in 3a through c results in a Covered Cause of Loss, we will pay for the loss or damage caused by that

Covered Cause of Loss.

**a. Weather Conditions**

But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1 above to produce the loss or damage.

**b. Acts or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income and Extra Expense Exclusions**

**a.** We will not pay for:

(1) Any Extra Expense or increase of

Business Income loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming *operations,* due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of *operations,* we will cover such loss that affects your Business Income during the *period of restoration* and any extension of the *period of restoration* in accordance with the terms of the Extended Business Income Additional Coverage.

(2) Any other consequential loss.

**b.** With respect to this exclusion, suspension means:

(1) The partial slowdown or complete cessation of your business activities; and

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of *money, securities* or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## PROPERTY LIMITS OF INSURANCE

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The amounts of insurance applicable to the

Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance:

**a.** Fire Department Service Charge;

**b.** Pollutant Clean-up And Removal;

**c.** Increased Cost Of Construction;

d. Business Income From Dependent Properties;

e. Electronic Data; and

f. Interruption Of Computer Operations.

4. **Building Limit - Automatic Increase**

a. In accordance with paragraph 4b, the Limit of Insurance for Buildings will automatically increase by the percentage of annual increase shown in the Declarations.

b. The amount of increase is calculated as follows:

(1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit by the percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08); and

(2) Multiply the number calculated in accordance with b(1) by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If:

| | |
|---|---|
| The applicable Building limit is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 180 |
| The amount of increase is | |

$100,000 x .08 x 180 ÷ 365 = $3,945

5. **Business Personal Property Limit - Seasonal Increase**

a. Subject to paragraph 5b, the Limit of Insurance for Business Personal Property is automatically increased by:

(1) The Business Personal Property - Seasonal Increase percentage shown in the Declarations; or

(2) 25% if no Business Personal Property - Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

b. This increase described in paragraph 5a will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

6. **Business Personal Property Limit - Automatic Increase**

a. In accordance with paragraph 6b, the Limit of Insurance for Business Personal Property will automatically increase by the percentage of annual increase shown in the Declarations.

b. The amount of increase is calculated as follows:

(1) Multiply the Business Personal Property limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Business Personal Property limit by the percentage of annual increase shown in the Declarations, expressed as a decimal (example: 6% is .06); and

(2) Multiply the number calculated in accordance with b(1) by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

Example:

If:

| | |
|---|---|
| The applicable Business Personal Property limit is | $100,000 |
| The annual percentage increase is | 6% |
| The number of days since the beginning of the policy year (or last policy change) is | 180 |
| The amount of increase is | |

$100,000 x .06 x 180 ÷ 365 = $2,959

## PROPERTY OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

**b.** Paragraph 3, Covered Causes of Loss, under the Property Coverages Section, and the Property Exclusions Section do not apply to this Optional Coverage, except for the following Property Exclusions:

(1) Paragraph 1c, Governmental Action;

(2) Paragraph 1d, Nuclear Hazard; and

(3) Paragraph 1f, War and Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

(1) Wear and tear;

(2) Hidden or latent defect;

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property, including *money* and *securities,* resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

**b.** We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or *members* commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in paragraph a), *managers* or directors:

(a) Whether acting alone or in collusion with other persons; or

(b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of acts;is considered one occurrence.

**e.** If any loss is covered:

(1) Partly by this insurance; and

(2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, *members, managers,* officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under paragraph h above is

part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

j. With respect to the Employee Dishonesty Optional Coverage in paragraph 2, employee means:

(1) Any natural person:

(a) While in your service or for 30 days after termination of service;

(b) Whom you compensate directly by salary, wages or commissions; and

(c) Whom you have the right to direct and control while performing services for you.

(2) Any natural person who is furnished temporarily to you;

(a) To substitute for a permanent employee as defined in paragraph (1) above, who is on leave; or

(b) To meet seasonal or short-term work load conditions.

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph (2) above;

(4) Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

(5) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

(1) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any *manager*, director or trustee except while performing acts coming within the usual duties of an employee.

## PROPERTY DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

   In the event that loss or damage occurs to Covered Property at one or more building locations as a result of one occurrence, the largest applicable deductible shown in the Declarations will apply.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

   a. Money and Securities;

   b. Employee Dishonesty;

   c. Outdoor Signs; and

   d. Forgery or Alteration.

   But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages, Extensions of Coverage or Optional Coverages:

   a. Fire Department Service Charge;

   b. Business Income and Extra Expense;

   c. Civil Authority;

   d. Fire Extinguisher Systems Recharge Expense.

## PROPERTY GENERAL CONDITIONS

1. **Control of Property**

   Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

   The breach of any condition of this Coverage Form at any one or more locations will not affect

   coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

2. **Mortgageholders**

   a. The term "mortgageholder" includes trustee.

   b. We will pay for covered loss of or damage to

buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) Ten days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) Thirty days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under this form:

**a.** We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

## PROPERTY LOSS CONDITIONS

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and

umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties in the Event of Loss or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage

and keep a record of your expenses reasonably incurred to protect the Covered Property. We will consider these expenses in the settlement of a claim, but this will not increase the applicable Limit of Insurance. However, we will not consider any expenses incurred in order to protect the Covered Property from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your *operations* as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment and Valuation**

In the event of loss or damage covered by this Coverage Form:

**a.** At our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**e.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**f.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy and we have reached agreement with you on the amount of loss or an appraisal award has been made.

**g.** Except as provided in (2) through (7) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, if Replacement Cost is indicated in the Declarations as the basis for valuation of the Covered Property.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of paragraph g(1) above whether or not the actual repair or replacement is complete.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

(i) The cost to replace, on the same premises, the lost or damaged property with other property that is of comparable material and quality and is used for the same purpose.

(ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(iii) The limit shown in the Declarations for the Covered Property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

(2) At actual cash value, if Actual Cash Value is indicated in the Declarations as the basis for valuation of the Covered Property. We will never pay more than the applicable limit shown in the Declarations.

(3) The following property at actual cash value:

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) *Money* at its face value.

(6) Securities at their value at the close of business on the day the loss is discovered.

(7) Applicable only to Accounts Receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

(i) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to reestablish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment and Valuation Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery

Against Others To Us Common Policy Condition.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**7. Resumption of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your *operations,* in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return *operations* to normal and discontinue such Extra Expense.

**8. Vacancy**

**a. Description of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (a) and (b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub- lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## PROPERTY DEFINITIONS

**1.** *"Computer"* means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

*Computer* does not include those used to operate production type machinery or equipment.

**2.** *"Counterfeit money"* means an imitation of *money* that is intended to deceive and to be taken as the original.

**3.** *"Electronic data"* means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer

software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of *electronic data*, means a set of related electronic instructions which direct the operations and functions of a *computer* or device connected to it, which enable the *computer* or device to receive, process, store, retrieve or send data.

**4.** *"Fungi"* means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by *fungi*.

**5.** *"Manager"* means a person serving in a directorial capacity for a limited liability

company.

6. *"Member"* means an owner of a limited liability company represented by its membership interest, who also may serve as a *manager.*

7. *"Money"* means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Travelers checks, register checks and money orders held for sale to the public.

8. *"Operations"* mean your business activities occurring at the described premises.

9. *"Period of restoration"* means the period of time that:

   a. Begins:

      (1) 24 hours after time of direct physical loss or damage for Business Income coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

      Caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   *Period of restoration* does not include any increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of *pollutants.*

   The expiration date of this policy will not cut short the *period of restoration.*

10. *"Pollutants"* mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

11. *"Securities"* means negotiable and nonnegotiable instruments or contracts representing either *money* or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include *money.*

12. *"Specified causes of loss"* means the following:

    Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

       (1) The cost of filling sinkholes; or

       (2) Sinking or collapse of land into man-made underground cavities.

    b. Falling objects does not include loss of or damage to:

       (1) Personal Property in the open; or

       (2) The interior of a building or structure or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

13. *"Stock"* means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

14. *"Valuable papers and records"* means inscribed, printed, or written:

    a. Documents;

    b. Manuscripts; and

    c. Records;

    including abstracts, books, deeds, drawings, films, maps or mortgages.

    But *valuable papers and records* does not mean *money* or *securities.*

# BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

### Index of Policy Provisions

Page

**LIABILITY AND MEDICAL EXPENSES COVERAGES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2-4

**EXCLUSIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4-11

**WHO IS AN INSURED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12

**LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-13

**LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-14

**LIABILITY AND MEDICAL EXPENSES DEFINITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-17

Acuity, A Mutual Insurance Company

**CB-0006(8-15)**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 1 of  17**

## BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under the Who Is An Insured Section of this policy.

Other words and phrases that appear in italics have special meaning. Refer to the Liability and Medical Expenses Definitions Section.

## LIABILITY AND MEDICAL EXPENSES COVERAGES

1. **Business Liability**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of *bodily injury, property damage* or *personal and advertising injury* to which this insurance applies. We will have the right and duty to defend the insured against any *suit* seeking those damages. However, we will have no duty to defend the insured against any *suit* seeking damages for *bodily injury, property damage* or *personal and advertising injury* to which this insurance does not apply. We may at our discretion investigate any *occurrence* or any offense and settle any claim or *suit* that may result. But:

      (1) The amount we will pay for damages is limited as described in the Liability and Medical Expenses Limits of Insurance Section; and

      (2) Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments, settlements or medical expenses.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Coverage Extension - Supplementary Payments.

   b. This insurance applies:

      (1) To *bodily injury* or *property damage* only if:

         (a) The *bodily injury* or *property damage* is caused by an *occurrence* that takes place in the *coverage territory;* and

         (b) The *bodily injury* or *property damage* occurs during the policy period.

         (c) Prior to the policy period, no insured listed under item 1 of Who Is An Insured and no *employee* authorized by you to give or receive notice of an *occurrence* or claim, knew that the *bodily injury* or *property damage* had occurred, in whole or in part. If such a listed insured or authorized *employee* knew, prior to the policy period, that the *bodily injury* or *property damage* occurred, then any continuation, change or resumption of such *bodily injury* or *property damage* during or after the policy period will be deemed to have been known before the policy period.

      (2) To *personal and advertising injury* caused by an offense arising out of your business, but only if the offense was committed in the *coverage territory* during the policy period.

   c. *Bodily injury* or *property damage* which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under item 1 of Who Is An Insured or any *employee* authorized by you to give or receive notice of an *occurrence* or claim, includes any continuation, change or resumption of *bodily injury* or *property damage* after the end of the policy period.

   d. *Bodily injury* or *property damage* will be deemed to have been known to have occurred at the earliest time when any insured listed under item 1 of Who Is An Insured or any *employee* authorized by you to give or receive notice of an *occurrence* or claim:

      (1) Reports all, or any part, of the *bodily injury* or *property damage* to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the *bodily injury* or *property damage;* or

      (3) Becomes aware by any other means that *bodily injury* or *property damage* has occurred or has begun to occur.

   e. Damages because of *bodily injury* include damages claimed by any person or organization for care, loss of services or death resulting at any time from the *bodily injury.*

   f. **Coverage Extension - Supplementary Payments**

(1) We will pay, with respect to any claim we investigate or settle, or any *suit* against an insured we defend:

(a) All expenses we incur.

(b) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for *bodily injury* applies. We do not have to furnish these bonds.

(c) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or *suit,* including actual loss of earnings up to $250 a day because of time off from work.

(e) All court costs taxed against the insured in the *suit.* However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

(f) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(g) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

(2) If we defend an insured against a *suit* and an indemnitee of the insured is also named as a party to the *suit,* we will defend that indemnitee if all of the following conditions are met:

(a) The *suit* against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an insu*red contract;*

(b) This insurance applies to such liability assumed by the insured;

(c) The obligation to defend, or the cost of the defense of, that indemnitee

has also been assumed by the insured in the same *insured contract;*

(d) The allegations in the *suit* and the information we know about the *occurrence* are such that no conflict appears to exist between the interests of the insured and the interest of the indemnitee;

(e) The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such *suit* and agree that we can assign the same counsel to defend the insured and the indemnitee; and

(f) The indemnitee:

(i) Agrees in writing to:

i. Cooperate with us in the investigation, settlement or defense of the *suit;*

ii. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the *suit;*

iii. Notify any other insurer whose coverage is available to the indemnitee; and

iv. Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(ii) Provides us with written authorization to:

i. Obtain records and other information related to the *suit;* and

ii. Conduct and control the defense of the indemnitee in such *suit.*

(3) So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 1b(2) of Exclusions, such payments will not be deemed to be damages for *bodily injury* and *property damage* and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses

as Supplementary Payments ends when:

(a) We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

(b) The conditions set forth above, or the terms of the agreement described in paragraph (2)(f) above, are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for *bodily injury* caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the *coverage territory* and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

(1) First aid at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## EXCLUSIONS

**1. Applicable to Business Liability Coverage**

**This Insurance does not apply to:**

**a.** Expected or Intended Injury

*Bodily injury* or *property damage* expected or intended from the standpoint of the insured. This exclusion does not apply to *bodily injury* resulting from the use of reasonable force to protect persons or property.

**b.** Contractual Liability

*Bodily injury* or *property damage* for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an *insured contract,* provided the *bodily injury* or *property damage* occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an *insured contract,* reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of *bodily injury* or *property damage,* provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same *insured*

*contract;* and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.** Liquor Liability

*Bodily injury* or *property damage* for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing of alcoholic beverages.

**d.** Workers' Compensation and Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.** Employers' Liability

*Bodily injury* to:

(1) An employee of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that employee as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an *insured contract.*

**f.** Pollution

(1) *Bodily injury* or *property damage* arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of *pollutants:*

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) *Bodily injury* if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) *Bodily injury* or *property damage* for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) *Bodily injury* or *property damage* arising out of heat, smoke or fumes from a *hostile fire;*

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the *pollutants* are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) *Bodily injury* or *property damage* arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of *mobile equipment* or its parts if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

(ii) *Bodily injury* or *property damage* sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) *Bodily injury* or *property damage* arising out of heat, smoke or fumes from a *hostile fire.*

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, *pollutants.*

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of *pollutants;* or

(b) Claim or *suit* by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of *pollutants.*

However, this paragraph does not apply to liability for damages because of *property damage* that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or *suit* by or on behalf of a governmental authority.

**g.** Aircraft, Auto or Watercraft

*Bodily injury* or *property damage* arising out of the ownership, maintenance, use or entrustment to others of any aircraft, *auto* or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and *loading or unloading.*

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the *occurrence* which caused the *bodily injury* or *property damage* involved the ownership, maintenance, use or entrustment to others of any aircraft, *auto* or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) Watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons or property for a charge.

(3) Parking an *auto* on, or on the ways next to premises you own or rent, provided the *auto* is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any *insured contract* for the ownership, maintenance or use of aircraft or watercraft; or

(5) *Bodily injury* or *property damage* arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of *mobile equipment* if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

(b) The operation of any of the following machinery or equipment:

(i) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(ii) Air compressors, pumps and generators, including spraying, welding, building cleaning, geo-physical exploration, lighting and well servicing equipment.

**h.** Mobile Equipment

*Bodily injury* or *property damage* arising out of:

(1) The transportation of *mobile equipment* by an *auto* owned or operated by or rented or loaned to any insured; or

(2) The use of *mobile equipment* in, or while in practice for, or while being prepared for, any prearranged racing, speed or stunting activity.

**i.** War

*Bodily injury, property damage* or *personal and advertising injury*, however caused, arising, directly or indirectly, out of:

(1) War, including undeclared war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j.** Professional Services

*Bodily injury, property damage* or *personal and advertising injury* due to rendering or failure to render any professional service.

This includes but is not limited to:

(1) Legal, accounting, advertising, counseling, consulting services or funeral home services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services, treatment, advice or instruction;

(5) Any health or therapeutic service, treatment, advice or instruction including but not limited to physiotherapy, massage, chiropody, or the operation or use of suntanning booths or equipment;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services, barber and beauty shops;

(9) Services in the practice of pharmacy, but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

(10) Services in connection with the selling, licensing, franchising or furnishing of your computer software including electronic data processing programs, designs, specifications, manuals and instructions.

(11) Data processing services rendered by, or that should have been rendered by:

(a) The insured; or

(b) Any person or organization:

(i) For whose acts, errors or omissions the insured is legally responsible; or

(ii) From whom the insured assumed liability by reason of a contract or agreement.

(12) The rendering of, or failure to render, electronic data processing, computer consulting or computer programming services, advice or instruction by:

(a) The insured; or

(b) Any person or organization:

(i) For whose acts, errors or omissions the insured is legally responsible; or

(ii) From whom the insured assumed liability by reason of a contract or agreement.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the *occurrence* which caused the *bodily injury* or *property damage,* or the offense which caused the *personal and advertising injury,* involved the rendering or failure to render of any professional service.

**k.** Damage to Property

*Property damage* to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the *property damage* arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of any insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the *property damage* arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because *your work* was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to *property damage* (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as

described in paragraph 3 under the Liability And Medical Expenses Limits Of Insurance Section.

Paragraph (2) of this exclusion does not apply if the premises are *your work* and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to *property damage* included in the *products-completed operations hazard.*

**l.** Damage to Your Product

*Property damage* to *your product* arising out of it or any part of it.

**m.** Damage to Your Work

*Property damage* to *your work* arising out of it or any part of it and included in the *products-completed operations hazard.*

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.** Damage to Impaired Property or Property Not Physically Injured

*Property damage* to *impaired property* or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in *your product* or *your work;* or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to *your product* or *your work* after it has been put to its intended use.

**o.** Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) *Your product;*

(2) *Your work;* or

(3) *Impaired property;*

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.** Personal and Advertising Injury

*Personal and advertising injury:*

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict *personal and advertising injury;*

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

(5) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your *advertisement;*

(6) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your *advertisement;*

(7) Arising out of the wrong description of the price of goods, products or services stated in your *advertisement;*

(8) Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to paragraphs a, b and c of Definition 14 *Personal and advertising injury* under Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

(9) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape

of *pollutants* at any time.

(10) With respect to any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way responding to, or assessing the effects of *pollutants.*

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of *pollutants.*

(11) Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

(12) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your *advertisement.*

However, this exclusion does not apply to infringement, in your *advertisement,* of copyright, trade dress or slogan.

(13) Arising out of the unauthorized use of another's name or product in your email address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q.** Suntanning Operations

*Bodily injury, personal and advertising injury* or *property damage* arising out of the ownership, operation or use of any suntanning booth or suntanning device.

**r.** Lead

*Bodily injury, property damage, personal and advertising injury* arising out of the actual, alleged or threatened ingestion, inhalation, absorption, exposure or presence of lead in any form or from any source.

Coverage also does not apply to any loss, cost, expense, fine or penalty arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects of lead in any form; or

(2) Claim or suit by or on behalf of a governmental authority for damages

because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, disposing of or in any way responding to or assessing the effects of lead in any form.

**s.** Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy discs, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**t.** Criminal Acts

*Personal and advertising injury* arising out of a criminal act committed by or at the direction of the insured.

**u.** Recording And Distribution Of Material Or Information In Violation Of Law

*Bodily injury*, *property damage*, or *personal and advertising injury* arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or

distribution of material or information.

Exclusions c, d, e, f, g, h, i, k, l, m, n, o and r do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in the Limits of Insurance Section of this Coverage Form.

**2. Applicable to Medical Expenses Coverage**

We will not pay expenses for *bodily injury:*

**a.** To any insured, except *volunteer workers.*

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an *employee* of any insured, if benefits for the *bodily injury* are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or taking part in athletic contests.

**f.** Included within the *products-completed operations hazard.*

**g.** Excluded under Business Liability Coverage.

**3. Applicable to Both Business Liability Coverage and Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to *bodily injury* or *property damage:*

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its Limit of Liability; or

(2) Resulting from the *hazardous properties* of *nuclear material* and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is, or had this policy not

been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to *bodily injury* resulting from the *hazardous properties* of *nuclear material* and arising out of the operation of a *nuclear facility* by any person or organization.

**c.** Under Business Liability Coverage, to *bodily injury* or *property damage* resulting from the *hazardous properties* of *nuclear material,* if:

(1) The *nuclear material:*

(a) Is at any *nuclear facility* owned by or operated by or on behalf of an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The *nuclear material* is contained in *spent fuel* or *waste* at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The *bodily injury* or *property damage* arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any *nuclear facility,* but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to *property damage* to such *nuclear facility* and any property thereat.

**d.** As used in this exclusion:

*"Byproduct material"* has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

*"Hazardous properties"* include radioactive, toxic or explosive properties;

*"Nuclear facility"* means:

(1) Any *nuclear reactor;*

(2) Any equipment or device designed or used for:

(a) Separating the isotopes of uranium or plutonium;

(b) Processing or utilizing *spent fuel;* or

(c) Handling, processing or packaging *waste;*

(3) Any equipment or device used for the

processing, fabricating or alloying of *special nuclear material* if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof or more than 250 grams of uranium 235;

(4) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of *waste;*

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

*"Nuclear material"* means *source material, special nuclear material* or *byproduct material;*

*"Nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

*"Property damage"* includes all forms of radioactive contamination of property;

*"Source material"* has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

*"Special nuclear material"* has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

*"Spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a *nuclear reactor;*

*"Waste"* means any waste material:

(1) Containing *byproduct material* other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its *source material* content; and

(2) Resulting from the operation by any person or organization of any *nuclear facility* included under paragraphs (1) and (2) of the definition of *nuclear facility.*

## WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your *executive officers* and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your *volunteer workers* only while performing duties related to the conduct of your business, or your *employees* other than either your *executive officers* (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these *employees* or *volunteer workers* are insureds for:

(1) *Bodily injury* or *personal and advertising injury:*

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-*employee* while in the course of his or her employment or performing duties related to the conduct of your business, or to your other *volunteer workers* while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-*employee* as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to

share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b); or

(d) Arising out of his or her providing or failing to provide professional health care services. However, if you have *employees* who are pharmacists in your retail druggist or drugstore operation, they are insured with respect to their providing or failing to provide professional health care services; or

(2) *Property damage* to property:

(a) Owned, occupied or used by; or

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your *employees, volunteer workers,* any partner or member (if you are a partnership or joint venture) or any member (if you are a limited liability company).

**b.** Any person (other than your *employee* or *volunteer worker*) or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** Any organization you newly acquire or form, other than a partnership, limited liability company or joint venture and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage does not apply to *bodily injury* or *property damage* that occurred before you acquired or formed the organization; and

**c.** Coverage does not apply to *personal and advertising injury* arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds:

**b.** Claims made or *suits* brought; or

**c.** Persons or organizations making claims or bringing *suits.*

**2.** The most we will pay for the sum of all damages because of all:

**a.** *Bodily injury, property damage* and medical expenses arising out of any one *occurrence;* and

**b.** *Personal and advertising injury* sustained by any one person or organization;

is the Liability and Medical Expenses Limit shown in the Declarations. But the most we will pay for all medical expenses because of *bodily injury* sustained by any one person is the Medical Expenses Limit shown in the Declarations.

**3.** The most we will pay under Business Liability

Coverage for damages because of *property damage* to a premises while rented to you or in the case of a fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You Limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the Damage To Premises Rented To You Limit shown in the Declarations.

**4. Aggregate Limits**

**a.** The Products-Completed Operations Aggregate Limit shown in the Declarations is the most we will pay for injury or damage under the *products-completed operations hazard* arising from all *occurrences* during the policy period.

**b.** The General Aggregate Limit shown in the Declarations is the most we will pay for the sum of all damages because of all:

(1) *Bodily injury, property damage* and medical expenses arising from all

*occurrences* during the policy year. This limit applies separately to:

(a) Each location owned by or rented to you. A location is a premises involving the same or connecting lots, or a premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad; and

(b) Each of your projects away from a location owned by or rented to you; or

(2) *Personal and advertising injury* arising out of all offenses committed during the policy period.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS

We have no duty to provide coverage under this Coverage Part unless you and any other involved insured have fully complied with the Conditions contained in this Coverage Part.

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties in the Event of Occurrence, Offense, Claim or Suit**

**a.** You must see to it that we are notified as soon as practicable of an *occurrence* or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the *occurrence* or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the *occurrence* or offense.

**b.** If a claim is made or *suit* is brought against any insured, you must;

(1) Immediately record the specifics of the claim or *suit* and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or *suit* as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or *suit;*

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the *suit;* and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a *suit* asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this policy to the First Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or *suit* is brought.

**5. Premium Audit - Business Liability**

**a.** We will compute all premiums for this

Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. If a premium payment is due, we will send notice to the First Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the First Named Insured.

**c.** The First Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

## LIABILITY AND MEDICAL EXPENSES DEFINITIONS

**1.** *"Advertisement"* means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** *"Auto"* means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, *auto* does not include *mobile equipment.*

**3.** *"Bodily injury"* means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** *"Coverage territory"* means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in paragraph a above; or

**c.** All parts of the world if:

The injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in a above; or

**(2)** The activities of a person whose home is in the territory described in a above, but is away for a short time on your business; and

**(3)** *"Personal and advertising injury"* offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a *suit* on the merits in the territory described in a above or in a settlement we agree to.

**5.** *"Employee"* includes a *leased worker. Employee* does not include a *temporary worker.*

**6.** *"Executive officer"* means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** *"Hostile fire"* means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** *"Impaired property"* means tangible property, other than *your product* or *your work,* that cannot be used or is less useful because:

**a.** It incorporates *your product* or *your work* that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of *your product* or *your work;* or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** *"Insured contract"* means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an *insured contract.*

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition

**CB-0006(8-15)**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 14 of 17**

operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement; or

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for *bodily injury* or *property damage* to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f does not include that part of any contract or agreement;

(1) That indemnifies a railroad for *bodily injury* or *property damage* arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

10. *"Leased worker"* means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. *Leased worker* does not include a *temporary worker.*

11. *"Loading or unloading"* means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or *auto;*

b. While it is in or on an aircraft, watercraft or *auto;* or

c. While it is being moved from an aircraft,

watercraft or *auto* to the place where it is finally delivered.

But *loading or unloading* does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or *auto.*

12. *"Mobile equipment"* means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers.

e. Vehicles not described in a, b, c or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers.

f. Vehicles not described in a, b, c or d above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not *mobile equipment* but will be considered *autos:*

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, *mobile equipment* does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered *autos*.

13. *"Occurrence"* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. *"Personal and advertising injury"* means injury, including consequential *bodily injury,* arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your *advertisement;* or

   g. Infringing upon another's copyright, trade dress or slogan in your *advertisement.*

15. *"Pollutants"* mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. *"Products-completed operations hazard":*

   a. Includes all *bodily injury* and *property damage* occurring away from premises you own or rent and arising out of *your product* or *your work* except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, *your work* will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

   (c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   The *bodily injury* or *property damage* must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of *your product* for consumption on premises you own or rent.

   b. Does not include *bodily injury* or *property damage* arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the *loading or unloading* of that vehicle by any insured; or

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. *"Property damage"* means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the *occurrence* that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. *"Suit"* means a civil proceeding in which damages because of *bodily injury, property damage*, or *personal and advertising injury* to which this insurance applies are alleged. *Suit* includes:

   a. An arbitration proceeding in which such damages are claimed and to which the *insured* must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are

claimed and to which the *insured* submits with our consent.

19. *"Temporary worker"* means a person who is furnished to you to substitute for a permanent *employee* on leave or to meet seasonal or short-term workload conditions.

20. *"Volunteer worker"* means a person who is not your *employee,* and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. *"Your product"* means:

   **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

   **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

*Your product* includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your product;* and

   **b.** The providing of or failure to provide warnings or instructions.

*Your product* does not include vending machines or other property rented to or located for the use of others but not sold.

22. *"Your work"* means:

   **a.** Work or operations performed by you or on your behalf; and

   **b.** Materials, parts or equipment furnished in connection with such work or operations.

*Your work* includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *your work;* and

   **b.** The providing of or failure to provide warnings or instructions.

**BIS-PAK® COMMON POLICY CONDITIONS**

**Index of Policy Provisions**

Page

A.  CANCELLATION..............................................2

B.  CHANGES........................................................2

C.  CONCEALMENT, MISREPRESENTATION......2
     OR FRAUD

D.  EXAMINATION OF YOUR BOOKS AND..........2
     RECORDS

E.  INSPECTIONS AND SURVEYS.......................2

F.  INSURANCE UNDER TWO OR MORE.............2
     COVERAGES

Page

G.  LIBERALIZATION...........................................2

H.  OTHER INSURANCE......................................2

 I.  PREMIUMS....................................................3

 J.  TRANSFER OF RIGHTS OF RECOVERY........3

K.  TRANSFER OF YOUR RIGHTS........................4
     AND DUTIES

L.  REPRESENTATIONS......................................4

M. WHEN WE DO NOT RENEW............................4

**BIS-PAK® COMMON POLICY CONDITIONS**

All coverages of this Coverage Part are subject to the following conditions.

**A. CANCELLATION**

1. The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

    a. Ten days before the effective date of cancellation if we cancel for nonpayment of premium.

    b. Thirty days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**D. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. INSPECTIONS AND SURVEYS**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**H. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering

**CB-0009(9-04)**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 2 of 4**

on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1 above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

3. Business Liability Coverage is excess over:

   a. Any of the other insurance, whether primary, excess, contingent or on any other basis:

      (1) That is Fire, Extended Coverage, Builders' Risk, Installation Risk or similar coverage for *your work;*

      (2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

      (3) If the loss arises out of the maintenance or use of aircraft, *autos* or watercraft to the extent not subject to Exclusion g.

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

4. When Business Liability Coverage is excess, we will have no duty to defend the insured against any *suit* if any other insurer has a duty to defend the insured against that *suit.* If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

   When Business Liability Coverage is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

   a. The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

   b. The total of all deductible and self-insured amounts under all that other insurance.

   We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**I.  PREMIUMS**

1. The First Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with paragraph 2 above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium.

**J.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

1. **Applicable to Property coverage:**

   If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at the time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

---

**CB-0009(9-04)**        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        **Page 3 of  4**

**2. Applicable to Liability coverage:**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring *suit* or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**K. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**L. REPRESENTATIONS**

By accepting this policy, you agree:

**1.** The statements in the Declarations are accurate and complete;

**2.** Those statements are based upon representations you made to us; and

**3.** We have issued this policy in reliance upon your representations.

**M. WHEN WE DO NOT RENEW**

If we elect not to renew this policy, we will mail or deliver to the First Named Insured shown in the Declarations written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**MISSOURI CHANGES**  CB-0111(4-22)

This endorsement modifies insurance provided under the following:

BIS-PAK® COVERAGE PART

**A.** The Deluxe Bis-Pak® Property Coverage Form is amended as follows:

**1.** The following exclusion and related provisions are added to Property Exclusions paragraph 2:

**a.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**b.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this policy and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

(1) The cause of the loss; and

(2) A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

**c.** If we pay a claim pursuant to paragraph A1b, our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance.

**2.** Paragraph 5 Additional Coverages under Property Coverages is amended as follows:

The following is added to paragraph a(1) Debris Removal and paragraph b Pollutant Cleanup And Removal and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under this coverage unless such failure operates to prejudice our rights.

**3.** The Property Loss Conditions are amended as follows:

**a.** Paragraph 2 Appraisal is replaced by the following:

**Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

**b.** Pay its chosen appraiser; and

**c.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**b.** Paragraph 4 Legal Action Against Us is replaced by the following:

**Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within ten years after the date on which the direct physical loss or damage occurred.

**c.** Subparagraph 5b Loss Payment and Valuation is replaced by the following:

**b.** In the event of any loss or damage covered by this policy, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

(1) Accept your claim;

(2) Deny your claim; or

(3) Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy

provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent as provided in b(3), and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

**d.** The following is added to paragraph 5 Loss Payment and Valuation Property Loss Conditions:

When the Replacement Cost Coverage applies, the following is added with respect to such coverage, and relates only to the requirement to notify us of your intent to submit an additional claim (for the difference between actual cash value and replacement cost) to us within 180 days after the loss or damage occurs:

If you fail to notify us of your intent to submit the additional claim to us within the 180-day time frame, such failure will not invalidate that claim, unless such failure operates to prejudice our rights.

**B.** The Bis-Pak® Business Liability and Medical Expenses Coverage Form is amended as follows:

**1.** Subparagraph 2a(2) Medical Expenses regarding expenses incurred and reported is replaced by the following:

(2) The expenses are incurred and reported within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission, unless such late submission operates to prejudice our rights; and

**C.** The Bis-Pak® Common Policy Conditions are amended as follows:

**1.** Paragraph A2 Cancellation is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium;

**b.** Thirty days before the effective date of cancellation if cancellation is for

one or more of the following reasons:

(1) Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

(2) Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

(3) We become insolvent; or

(4) We involuntarily lose reinsurance for this policy.

**c.** Sixty days before the effective date of cancellation if we cancel for any other reason.

**2.** Paragraph A5 Cancellation is replaced by the following:

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

(1) Cancelled by us or at our request;

(2) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

(3) Cancelled but rewritten with us or in our company group; or

(4) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this policy is cancelled at the request of the First Named Insured (except when paragraph a(2), a(3) or a(4) applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

3. Paragraph H Other Insurance is replaced by the following:

**OTHER INSURANCE**

We shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

4. The following is added to paragraph J Transfer Of Rights Of Recovery Against Others To Us:

If we pay an innocent co-insured for loss arising out of an act of domestic violence by another insured, the rights of the innocent co-insured to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss the innocent co-insured may not waive such rights to recover against the abuser.

5. Paragraph K Transfer Of Your Rights And Duties Under This Policy is replaced by the following:

1. Transfer By Beneficiary Deed

If you convey real property insured under this policy to a person (known as the grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

a. A period of 30 days from the date of your death;

b. The date that alternative coverage is obtained on your property; or

c. The end of the policy period as shown in the Declarations.

2. Transfer By Other Means Following Death

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

6. The following paragraph is added and

supersedes any provision to the contrary:

**NONRENEWAL**

a. We may elect not to renew this policy by mailing or delivering to the First Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

b. If notice is mailed, proof of mailing will be sufficient proof of notice.

D. **Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:

a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

b. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

(1) Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

(2) Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

**MISSOURI CHANGES - POLLUTION EXCLUSION**                                    CB-0157(7-02)

This endorsement modifies insurance provided under the following:

BIS-PAK® COVERAGE PART

In this policy, any exclusion, limitation or other provision relating to *pollutants,* or any amendment to or replacement of such exclusions, limitations or other provisions, applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

**WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES**                    CB-0312(1-10)

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

The Windstorm or Hail Deductible, as shown in the Declarations and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

With respect to Covered Property at a premises identified in the Declarations, no other deductible applies to Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Damage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

1. **Windstorm or Hail Deductible Calculation**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Declarations) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

   a. Each building that sustains loss or damage;

   b. The personal property at each building at which there is loss or damage to personal property;

   c. Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: in determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Declarations for any described premises.

2. **Example - Application of Deductible**

   The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

   The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property.

   The Deductible is 2%.

   **Building**

   Step (1):  $80,000 X 2% = $1,600

   Step (2):  $60,000 - $1,600 = $58,400

   **Personal Property**

   Step (1):  $64,000 X 2% = $1,280

   Step (2):  $40,000 - $1,280 = $38,720

   The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

**EMPLOYMENT-RELATED PRACTICES EXCLUSION**

CB-0417(1-10)

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

The following exclusion is added:

1. This insurance does not apply to *bodily injury* or *personal and advertising injury* to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of *bodily injury* or *personal and advertising injury* to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

2. The Employment-Related Practices Exclusion applies:

   a. Whether the injury-causing event described in paragraph (1), (2) or (3) above occurs before employment, during employment or after employment of that person;

   b. Whether the insured may be liable as an employer or in any other capacity; and

   c. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)**

CB-0564(1-15)

This endorsement modifies insurance provided under the following:

BIS-PAK® COVERAGE PART

**A.** The Bis-Pak® Property Coverage Form and the Bis-Pak® Business Liability and Medical Expenses Coverage Form are amended as follows:

**1. Applicability Of The Provisions Of This Endorsement**

**a. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

**(1) The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or**

**(2) A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

**(a) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

**(b) Decrease the federal government's statutory percent- age share in potential terrorism losses above such deductible; or**

**(c) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events**

**or occurrences under this policy.**

**b. If the provisions of this endorsement become applicable, such provisions:**

**(1) Supersede any terrorism endorsement already endorsed to this policy that addresses *certified acts of terrorism* and/or *other acts of terrorism*, but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**(2) Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**c. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses *certified acts of terrorism* and/or *other acts of terrorism*, will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**2.** The following definition is added and applies under this endorsement wherever the term terrorism is shown in italics.

*"Terrorism"* means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government,

or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**B.** The Property Coverage Form is amended as follows:

1. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by *terrorism,* including action in hindering or defending against an actual or expected incident of *terrorism.* Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:

   **a.** The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

   **b.** Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

   **c.** The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   **d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

   **e.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of

*terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item 1e, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Form.

2. **Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If *terrorism* results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages or endorsements that apply to those coverages.

3. **Application Of Other Exclusions**

When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph 1a or 1b, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

**C.** The Business Liability and Medical Expenses Coverage Form is amended as follows:

1. The following definition is added and applies under this endorsement wherever the phrase any injury or damage, is shown in italics:

*Any injury or damage"* means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to *bodily injury, property damage, personal injury, advertising injury* or *personal and advertising injury,* as may be defined under this Coverage Form or any applicable endorsement.

2. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for *any injury or damage* caused directly or indirectly by *terrorism,* including action in hindering or defending against an actual or expected incident of *terrorism. Any injury or damage* is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of *terrorism*:**

a. The *terrorism* is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

b. Radioactive material is released, and it appears that one purpose of the *terrorism* was to release such material; or

c. The *terrorism* is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the *terrorism* was to release such materials; or

e. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the *terrorism* and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

f. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(1) Physical injury that involves a substantial risk of death; or

(2) Protracted and obvious physical disfigurement; or

(3) Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of *terrorism* which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph 2e or 2f are exceeded.

With respect to this Exclusion, Paragraphs 2e and 2f describe the threshold used to measure the magnitude of an incident of *terrorism* and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of *terrorism,* there is no coverage under this Coverage Form.

D. The following provision is added to the Bis-Pak® Property Coverage Form and the Bis-Pak® Business Liability and Medical Expenses Coverage Form:

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**SCHEDULE**

**The Exception Covering Certain Fire Losses (Paragraph B2)
applies to property located in the following states:**

Georgia
Illinois
Iowa
Maine
Missouri
Oregon
Wisconsin

**FUNGI OR BACTERIA EXCLUSION (LIABILITY)**                                                    **CB-0577(4-10)**

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

**A.** The following exclusion is added to Paragraph 1 under Exclusions:

**Fungi or Bacteria**

(1) *Bodily injury, property damage, personal injury* or *advertising injury* which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any *fungi* or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, *fungi* or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any *fungi* or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definition is added to Liability and Medical Expenses Definitions:

*"Fungi"* means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

**EARTHQUAKE**                                                                                              **CB-1003(8-10)**

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

**1.** With respect to coverage provided under this endorsement, the following are considered Covered Causes of Loss:

**a. Earthquake**

**b. Volcanic Eruption,** meaning the eruption, explosion or effusion of a volcano.

**2.** All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**3.** With respect to the coverage provided by this endorsement, we will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

But, if this policy replaces earthquake insurance that excludes loss or damage that occurs after the expiration of the policy, we will pay for loss or damage by Earthquake or Volcanic Eruption that occurs on or after the inception of this insurance, if the series of Earthquake shocks or Volcanic Eruptions began within 168 hours prior to the inception of this insurance.

**4.** To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, that exclusion does not apply.

**5.** The Property Deductibles Section is replaced by the following for Earthquake and Volcanic Eruption:

**a.** We will subtract a sum from the amount of loss or damage in any one occurrence.

(1) The sum we subtract from each separate item will be a percentage of its value. The applicable percentage is shown in the Declarations.

(2) This Deductible applies separately to the following:

(a) Each building or structure;

(b) The contents of each building or structure; and

(c) Personal property in the open.

Example:

When:

| | |
|---|---|
| The value of the property is | $100,000 |
| The Earthquake Deductible is | 5% |
| The amount of loss is | $20,000 |

Step (a):  $100,000 x 5% = $5,000

Step (b):  $20,000 - $5,000 = $15,000

The most we will pay is $15,000. The remaining $5,000 is not covered because of the Deductible.

**b.** No deductible applies to the following Additional Coverages:

(1) Business Income and Extra Expense; and

(2) Civil Authority.

**6.** The following is added to the Property Limits of Insurance Section:

If Business Income and Extra Expense Optional Coverage is indicated as applicable on the Declarations, then the Limit of Insurance that applies to coverage under this endorsement also applies to that Optional Coverage.

POLICY NUMBER: ZT6741

**LOSS PAYABLE CLAUSES**                                    CB-1203(1-10)

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the Loss Payment and Valuation Loss Condition, as indicated in the Schedule:

1. **Loss Payable Clause**

   For Covered Property in which both you and a Loss Payee, shown in the Schedule, have an insurable interest, we will:

   **a.** Adjust losses with you; and

   **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

2. **Lender's Loss Payable Clause**

   **a.** The Loss Payee shown in the Schedule is a creditor, including a mortgage holder or trustee, whose interest in that Covered Property is established by such written instruments as:

   (1) Warehouse receipts;

   (2) A contract for deed;

   (3) Bills of lading;

   (4) Financing statements; or

   (5) Mortgages, deeds of trust, or security agreements.

   **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

   (1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   (2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

   (3) If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (a) Pays any premium due under this policy at our request if you have failed to do so;

   (b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of the Bis-Pak® Property Coverage Form will then apply directly to the Loss Payee.

   (4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

   (a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (b) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

   **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

   (1) Ten days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   (2) Thirty days before the effective date of cancellation if we cancel for any other reason.

   **d.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

   **e.** If notice is mailed, proof of mailing will be sufficient proof of notice.

3. **Contract Of Sale Clause**

   **a.** The Loss Payee shown in the Schedule is a person or organization with whom you have entered into a contract for the sale of Covered Property.

   **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

   (1) Adjust losses with you; and

   (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   **c.** The following is added to the Other Insurance Bis-Pak® Common Policy Condition:

   For Covered Property that is the subject of a

---

**CB-1203(1-10)**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of  2**

Contract of Sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule is the owner of the described building, in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

**SCHEDULE**

| Premises Number | Building Number | Description of Property |
|---|---|---|
| 001 | 001 | |
| 002 | 001 | |

| Premises Number | Building Number | Loss Payee (Name and Address) | Loan Number | Applicable Clause |
|---|---|---|---|---|
| 001 | 001 | MIDWEST BANK CENTRE ISAOA 2191 LEMAY FERRY RD SAINT LOUIS MO 63125 | | LOSS PAYABLE |
| 002 | 001 | MIDWEST BANK CENTRE ISAOA 2191 LEMAY FERRY RD SAINT LOUIS MO 63125 | | LOSS PAYABLE |

**CB-1203(1-10)**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 2 of 2**

**SNOW PLOW PRODUCTS - COMPLETED OPERATIONS HAZARD COVERAGE**                                               CB-1416(1-10)

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

The following exception is added to Exclusion 1g Aircraft, Auto or Watercraft:

This exclusion does not apply to *bodily injury* or *property damage* that:

(a) Is included in the *products-completed operations hazard;* and

(b) Arises out of the use of any *auto* for snow or ice removal operations.

**PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION**                    CB-1488(7-13)

This endorsement modifies insurance provided under the following:

BIS-PAK® COMMON POLICY CONDITIONS

The following is added to paragraph H Other Insurance of the Bis-Pak® Common Policy Conditions and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

1. The additional insured is a Named Insured under such other insurance; and

2. You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

POLICY NUMBER: ZT6741

**MISSOURI LIMITATIONS ON COVERAGE FOR ROOF SURFACING**

CB-1498(7-13)

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

**A.** The following provision applies to Property Coverages with respect to the building(s) identified in the Schedule as being subject to this paragraph A:

The following is added to paragraph 5g(3) of the Loss Payment and Valuation Property Loss Condition:

(f)  Roof surfacing.

**B.** The following provision applies to Property Coverages with respect to the building(s) identified in the Schedule as being subject to this paragraph B:

We will not pay for cosmetic damage to roof surfacing caused by windstorm or hail. For the purpose of this endorsement, cosmetic damage means that the windstorm or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

**SCHEDULE**

| Premises Number | Building Number | Applicable Paragraph |
|---|---|---|
| 001 | 001 | A,B |
| 002 | 001 | B |

**EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION**  CB-1504(5-14)

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

**A.** Exclusion 1s is replaced by the following:

This insurance does not apply to:

**s.** Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability

   (1) Damages, other than damages because of *personal and advertising injury,* arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

   (2) Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in paragraph (1) or (2) above.

However, unless paragraph (1) above applies, this exclusion does not apply to damages because of *bodily injury.*

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications soft- ware), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer soft- ware which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**B.** The following is added to Exclusions 1p:

This insurance does not apply to:

**p.** Personal And Advertising Injury

*Personal and advertising injury:*

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**CYBER INCIDENT EXCLUSION**                                                        CB-1560(2-21)

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

**A.** The following exclusion is added to **PROPERTY EXCLUSIONS**:

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including *electronic data*).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including *electronic data*) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including *electronic data*) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B.** **Exceptions And Limitations**

**1.** **Fire Or Explosion**

If a cyber incident as described in Paragraphs A1 through A3 of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2.** **Additional Coverage**

The exclusion in Paragraph A does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage - Electronic Data; or

**b.** Additional Coverage - Interruption Of Computer Operations.

**3.** **Computer Fraud And Funds Transfer Fraud Endorsement**

The exclusion in Paragraph A does not apply to the Computer Fraud And Funds Transfer Fraud endorsement when attached to your policy.

**4.** **Electronic Commerce Endorsement**

The exclusion in Paragraph A does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**5.** **Information Security Protection Endorsement**

The exclusion in Paragraph A does not apply to the Information Security Protection Endorsement when attached to your policy.

**C.** **Vandalism**

The following is added to Vandalism:

Vandalism does not include a cyber incident as described in Paragraph A.

POLICY NUMBER: ZT6741

**BLANKET INSURANCE SCHEDULE**                                    **CB-7138(11-13)**

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

Blanket insurance applies to Buildings and Business Personal Property up to the Blanket Limit of Insurance shown in the Schedule.

The Building and Business Personal Property Limits of Insurance shown in the Declarations are replaced by the Blanket Limit.

**SCHEDULE**

| Coverage | Blanket Limit of Insurance |
|---|---|
| BUSINESS PERSONAL PROPERTY | $4,116,100 |

**EQUIPMENT BREAKDOWN COVERAGE**                                CB-7155(11-13)

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

**A.** The following is added to paragraph 3, Covered Causes of Loss under Property Coverages. The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described below.

**Additional Coverage Equipment Breakdown**

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an *accident.*

**2.** The following coverages also apply to the direct result of an *accident.* These coverages do not provide additional amounts of insurance.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

(1) Make temporary repairs; and

(2) Expedite permanent repairs or replacement.

The most we will pay for loss or expense under this coverage is $50,000.

**b. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a *hazardous substance.* This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of *perishable goods* by refrigerant, including but not limited to ammonia, which is addressed in 2c(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no *hazardous sub-stance* been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $50,000.

**c. Spoilage**

(1) We will pay:

(a) For physical damage to *perishable goods* due to spoilage;

(b) For physical damage to *perishable goods* due to contamination from the release of refrigerant, including but not

limited to ammonia;

(c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the *perishable goods* before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the *perishable goods* at the time of the *accident,* less discounts and expenses you otherwise would have had. Other-wise, our payment will be deter-mined in accordance with the Loss Payment and Valuation Property Loss Condition.

The most we will pay for loss, damage or expense under this coverage is $50,000.

**d. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost *electronic data.*

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $50,000.

**e. Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an *accident* to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of *covered equipment* except that it is not Covered Property.

(2) The most we will pay in any *one accident* for loss, damage or expense under this coverage is the

applicable limit for Business Income, Extra Expense or Spoilage.

**f.** Business Income and Extra Expense

Any insurance provided under this policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement.

The most we will pay for loss or expense is the applicable limit for Business Income and Extra Expense.

**B.** The following is added to the Property Exclusions section:

**Equipment Breakdown Exclusions**

All exclusions in the Deluxe Bis-Pak® Property Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

**1.** The following exclusions are modified:

**a.** The following is added to Property Exclusion 1g:

However, if electrical *covered equipment* requires drying out because of Water, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**b.** As respects this endorsement only, the last paragraph of Property Exclusion 2l is replaced by the following:

But, if an excluded cause of loss that is listed in 2l(1) through 2l(7) results in an *accident,* we will pay for the loss or damage caused by that *accident.*

**c.** The following is added to Property Exclusions 2m and 2n:

We will also pay for direct physical loss or damage caused by an *accident.*

**2.** The following exclusions are added:

**a.** We will not pay under this endorsement for loss or damage caused by or resulting from:

(1) Any hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

(2) Any of the following:

(a) Defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or

involving *electronic data* of any kind; or

(b) Misalignment, miscalibration, tripping offline, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an *accident* results, we will pay for the resulting loss, damage or expense caused by that *accident.*

**b.** With respect to Service Interruption coverage, we will also not pay for an *accident* caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as provided for in E1c below); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**c.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**d.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an *accident:* Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is *perishable goods,* to the extent that spoilage is covered under Spoilage coverage.

**e.** We will not pay for any loss or damage to animals.

**C.** The following applies to the Property Limits of Insurance section:

The most we will pay for loss, damage or expense under this endorsement arising from any *one accident* is the applicable Limit of Insurance in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

**D.** The following Conditions are added:

**1. Suspension**

When any *covered equipment* is found to be in, or exposed to, a dangerous condition,

any of our representatives may immediately suspend the insurance against loss from an *accident* to that *covered equipment.* This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the *covered equipment* is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that *covered equipment.* If we suspend your insurance, you will get a pro rata refund of premium for that *covered equipment* for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is *covered equipment* under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3. Environmental, Safety and Efficiency Improvements**

If *covered equipment* requires replacement due to an *accident,* we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced.

However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This condition does not apply to the replacement of component parts or to any property to which Actual Cash Value applies. This condition does not increase any of the applicable limits.

**E.** The following definitions are added:

**1.** *"Accident"* means a fortuitous event that causes direct physical damage to *covered equipment.* The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** *"Covered equipment"* means Covered Property:

**a.** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**b.** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

As respects this endorsement only, Covered Property includes machinery and equipment that are part of the building or structure at the premises described in the Declarations which you occupy but do not own for which you have a contractual responsibility to maintain, repair, or replace.

*Covered equipment* may utilize conventional design and technology or new or newly commercialized design and technology.

None of the following is *covered equipment:*

**a.** Structure, foundation, cabinet, or compartment;

**b.** Insulating or refractory material;

**c.** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**d.** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**e.** *Vehicle* or any equipment mounted on a *vehicle;*

**f.** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**g.** Dragline, excavation or construction equipment; or

**h.** Equipment manufactured by you for sale.

**3.** *"Hazardous substance"* means any substance that is hazardous to health or that has been declared to be hazardous to health by a governmental agency.

**4.** *"One accident"* means if an initial *accident* causes other *accidents,* all will be considered *one accident.* All *accidents* that are the result of the same event will be considered *one accident.*

**5.** *"Perishable goods"* means personal property maintained under controlled conditions

for its preservation and susceptible to loss or damage if the controlled conditions change.

6.  *"Vehicle"* means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. *Vehicle* includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a *vehicle.*

**ADDITIONAL INSURED - COMPLETED OPERATIONS AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU (OWNERS, LESSEES OR CONTRACTORS)**                                    **CB-7245(7-13)**

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

1. Who Is An Insured is amended to include as an additional insured:

   a. Any person(s) or organization(s) for whom you have performed operations if you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy for completed operations; and

   b. Any other person(s) or organization(s) you are required to add as an additional insured under the contract or agreement described in paragraph a above.

   Such person or organization is an additional insured only with respect to liability included in the *products-completed operations hazard* for *bodily injury* or *property damage* caused, in whole or in part, by *your work* performed for that additional insured at the location designated and described in the contract or agreement.

   However:

   a. The insurance afforded to such additional insured only applies to the extent permitted by law; and

   b. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

2. The insurance does not apply to:

   a. *Bodily injury* or *property damage* which occurs prior to execution of the contract or agreement described in item 1; or

   b. *Bodily injury* or *property damage* that occurs after the time period during which the contract or agreement described in item 1 requires you to add such person or organization onto your policy as an additional insured for completed operations; or

   c. *Bodily injury* or *property damage* arising out of the rendering of, or the failure to render, any professional, architectural, engineering or surveying services, including:

      (1) The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (2) Supervisory, inspection, architectural or engineering activities.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury* or *property damage* involved the rendering of or the failure to render any professional services by or for you.

3. With respect to the insurance afforded to these additional insureds, the following is added to the Liability And Medical Expenses Limits Of Insurance section:

   If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   a. Required by the contract or agreement; or

   b. Available under the applicable Limits of Insurance shown in the Declarations;

   whichever is less.

   This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**EXCLUSION OF CERTIFIED ACTS OF TERRORISM**                                    CB-7297(1-15)

This endorsement modifies insurance provided under the following:

BIS-PAK® COVERAGE PART

A. The following provisions are added and apply to Property and Liability Coverages if applicable:

  1. The following definition is added with respect to the provisions of this endorsement:

     *"Certified act of terrorism"* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a *certified act of terrorism* include the following:

     a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

     b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

  2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

B. The following provisions are added to the Deluxe Bis-Pak® Property Coverage Form:

  1. The following exclusion is added:

     **CERTIFIED ACT OF TERRORISM EXCLUSION**

     We will not pay for loss or damage caused directly or indirectly by a *certified act of terrorism.* Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

  2. **Exception Covering Certain Fire Losses**

     The following exception to the exclusion in Paragraph B1 applies only if indicated and as indicated in the Schedule of this endorsement.

     If a *certified act of terrorism* results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under the Business Income and Extra Expense Additional Coverage.

     If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

C. The following provision is added to the Bis-Pak® Business Liability and Medical Expenses Coverage Form:

  1. The following exclusion is added:

     This insurance does not apply to:

     **TERRORISM**

     *Any injury or damage* arising, directly or indirectly, out of a *certified act of terrorism.*

  2. The following definition is added:

     For the purposes of this endorsement, *"any injury or damage"* means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to *bodily injury, property damage, personal and advertising injury* as may be defined in any applicable Coverage Form.

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph B2) applies to property located in the following states, if covered under the Bis-Pak® Coverage Part

<u>States</u>

Georgia
Illinois
Iowa
Maine
Missouri
Oregon
Wisconsin

**EXCLUSION - UNMANNED AIRCRAFT**                                                                    **CB-7406(6-15)**

This endorsement modifies insurance provided under the following:

BIS-PAK® LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

**A.** Exclusion 1g is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

(1) Unmanned Aircraft

*Bodily injury, property damage,* or *personal and advertising injury* arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an *unmanned aircraft.* Use includes operation and *loading or unloading.*

This paragraph g(1) applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury, property damage,* or *personal and advertising injury* involved the ownership, maintenance, use or entrustment to others of any aircraft that is an *unmanned aircraft.*

This paragraph g(1) does not apply to:

**a.** The use of another's advertising idea in your *advertisement;* or

**b.** Infringing upon another's copyright trade dress or slogan in your *advertisement.*

(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft

*Bodily injury* or *property damage* arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than *unmanned aircraft*), *auto* or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and *loading or unloading.*

This paragraph g(2) applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury* or *property damage* involved the ownership, maintenance, use or entrustment to others of any aircraft (other than *unmanned aircraft*), *auto* or watercraft that is owned or operated by or rented or loaned to any insured.

This paragraph g(2) does not apply to:

(a) A watercraft while ashore on premises you own or rent;

(b) A watercraft you do not own that is:

(i) Less than 51 feet long; and

(ii) Not being used to carry persons or property for a charge;

(c) Parking an *auto* on, or on the ways next to, premises you own or rent, provided the *auto* is not owned by or rented or loaned to you or the insured;

(d) Liability assumed under any *insured contract* for the ownership, maintenance or use of aircraft or watercraft; or

(e) *Bodily injury* or *property damage* arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of *mobile equipment* if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in paragraph f(2) or f(3) of the definition of *mobile equipment.*

**B.** The following definition is added to the Liability and Medical Expenses Definitions section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

               Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CIVIL AUTHORITY CHANGE**                                                  CB-7410(8-15)

This endorsement modifies insurance provided under the following:

DELUXE BIS-PAK® PROPERTY COVERAGE FORM

Paragraph 5h(1) Civil Authority under Property Coverages is replaced by the following:

**h.  Civil Authority**

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within the area.

**ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU**                                                  CB-7433(7-13)

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM

1. Who Is An Insured is amended to include as an additional insured:

   a. Any person(s) or organization(s) for whom you are performing operations when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and

   b. Any other person(s) or organization(s) you are required to add as an additional insured under the contract or agreement described in paragraph a above.

   Such person(s) or organization(s) is an additional insured only with respect to liability for *bodily injury, property damage* or *personal and advertising injury* caused, in whole or in part, by:

   a. Your acts or omissions; or

   b. The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured.

   However, the insurance afforded to such additional insured:

   a. Only applies to the extent permitted by law; and

   b. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

   A person's or organization's status as an additional insured under this endorsement ends on the earlier of the date:

   a. When your operations for that insured are completed; or

   b. The contract or agreement you have entered into with the additional insured is terminated.

2. With respect to the insurance afforded these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   a. *Bodily injury, property damage* or *personal and advertising injury* arising out of the rendering of, or the failure to render, any pro-

fessional architectural, engineering or surveying services, including:

   (1) The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (2) Supervisory, inspection, architectural or engineering activities.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the *occurrence* which caused the *bodily injury* or *property damage*, or the offense which caused the *personal and advertising injury*, involved the rendering of or the failure to render any professional services.

   b. *Bodily injury* or *property damage* occurring after:

   (1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   (2) That portion of *your work* out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

3. With respect to the insurance afforded to these additional insureds, the following is added to the Liability And Medical Expenses Limits Of Insurance section:

   The most we will pay on behalf of the additional insured is the amount of insurance:

   a. Required by the contract or agreement you have entered into with the additional insured; or

   b. Available under the applicable Limits of Insurance shown in the Declarations;

   whichever is less.

   This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**ACUITY PROPERTY ENHANCEMENTS - PLATINUM**                    **CB-7440(3-21)**


This endorsement modifies insurance provided under the following:
DELUXE BIS-PAK® PROPERTY COVERAGE FORM

**SCHEDULE**

| Coverage | Limit of Insurance | Page |
|---|---|---|
| Accounts Receivable (On Premises) | $250,000 | 14 |
| Business Income from Dependent Properties | $25,000 | 4 |
| Computer Fraud and Funds Transfer Fraud | $20,000 | 14 |
| Consequential Loss (Including Pair and Set) | $25,000 | 16 |
| Contractual Financial Penalties | $25,000 | 16 |
| Cost to Prepare Inventory | $25,000 | 5 |
| Credit Card Slips | $5,000 | 16 |
| Debris Removal | $250,000 | 3 |
| Deferred Payments | $10,000 | 17 |
| Electronic Data | $25,000 | 5 |
| Employee Dishonesty | $50,000 | 24 |
| Expediting Expense | $10,000 | 17 |
| False Pretense, Voluntary Parting | $10,000 | 18 |
| Fine Arts Coverage | $50,000 | 5 |
| Fire Department Service Charge (not available in Arizona) | $50,000 | 3 |
| Fire Extinguisher Systems Recharge Expense | Actual Loss Sustained | 4 |
| Fire Extinguisher Systems Discharge Damage | $25,000 | 4 |
| Forgery and Alteration | $50,000 | 4 |
| Interruption of Computer Operations | $10,000 | 5 |
| Leased, Loaned or Rented Gap - Business Personal Property | $25,000 | 18 |
| Leased Building Property | $25,000 | 18 |
| Leasehold Interest | $25,000 | 19 |
| Lock Replacement | $10,000 | 6 |
| Money and Securities<br>   Inside the Premises<br>   Outside the Premises | <br>$25,000<br>$5,000 | 14 |
| Money Orders and Counterfeit Money | $25,000 | 4 |
| Newly Acquired or Constructed Property - Buildings | $2,000,000 | 12 |
| Newly Acquired or Constructed Property - Business Personal Property | $1,000,000 | 13 |
| Newly Acquired or Constructed Property - Business Income and Extra Expense | $500,000 | 19 |
| Non-owned Detached Trailers | $25,000 | 19 |
| Off-premises Electronic Data Storage | $25,000 | 20 |
| Off-premises Utility Failure - Direct Damage | $100,000 | 7 |
| Off-premises Utility Failure - Time Element | $100,000 | 7 |
| Ordinance or Law - Blanket Coverages A, B, and C | $250,000 | 8 |
| Ordinance or Law - Blanket Coverages A, B, and C Green Coverage | $30,000 | 9 |
| Ordinance or Law - Increased Period of Restoration | $50,000 | 11 |
| Outdoor Property (Including Windstorm) | $50,000 | 14 |
| Outdoor Signs | $50,000 | 23 |

| | | |
|---|---|---|
| Personal Effects | $25,000 | 13 |
| Pollutant Clean-up and Removal | $100,000 | 3 |
| Power Failure and Changes in Temperature or Humidity | $50,000 | 20 |
| Property in Transit | $50,000 | 13 |
| Property of Others | $150,000 | 13 |
| Property Off-Premises | $50,000 | 13 |
| Rewards | $25,000 | 12 |
| Sales Representative's Samples | $50,000 | 20 |
| Security After Loss | $10,000 | 12 |
| Tenant Improvements and Betterments - Ordinance or Law | $50,000 | 20 |
| Tenant Lease Assessment | $2,500 | 22 |
| Tenant Leasehold Improvements | $25,000 | 22 |
| Tenant Move-back Expenses | $25,000 | 23 |
| Theft Loss Damage to Non-owned Property | $10,000 | 23 |
| Tools and Equipment | $15,000 | 12 |
| Valuable Papers and Records (On Premises) | $250,000 | 14 |
| **Additional Included Coverages** | | |
| Additional Covered Property<br>   Foundations, Underground Pipes, Flues and Drains,<br>   Driveways, Patios and Paved Surfaces | **Included** | 3 |
| Attached Outdoor Signs | **Included** | 3 |
| Business Income - No Waiting Period | **Included** | 24 |
| Business Income - Increased Period of Restoration<br>   Up to 24 Months | **Included** | 4 |
| Business Personal Property Location<br>   Extended to 1,000 Feet of Premises | **Included** | 3 |
| Extended Business Income - 90 Days | **Included** | 4 |
| Newly Acquired or Constructed Property - 90 Days of Coverage | **Included** | 13 |
| Preservation of Property - 90 Days of Coverage | **Included** | 3 |
| Temporary Coverage for Relocated Property | **Included** | 20 |

## A. Attached Outdoor Signs

1. The following replaces paragraph (3) of paragraph 1a under Property Coverages:

   (3) Fixtures, including outdoor fixtures, and outdoor signs attached to your building;

2. Paragraph 2 of Property Limits of Insurance is deleted.

## B. Additional Covered Property

The following is added to 1a, Buildings, under the Property Coverages section:

1. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   a. The lowest basement floor; or

   b. The surface of the ground, if there is no basement;

2. Underground pipes, flues and drains; and

3. Driveways, patios, walks and other paved surfaces.

## C. Business Personal Property Location

1. The first paragraph of 1b of Property Coverages is replaced by the following:

   b. **Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

2. The first paragraph of item (3) in g Business Income and Extra Expense under 5 Additional Coverages is replaced by the following:

   We will pay necessary Extra Expense you incur during the *period of restoration* that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

## D. The following Additional Coverages are modified:

1. **Debris Removal**

   Paragraph (4) of Debris Removal of 5 Additional Coverages is replaced by the following:

   (4) We will pay up to the Debris Removal Limit of Insurance shown in the Schedule as an additional amount for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

   (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

   (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach, but will never exceed, the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the Debris Removal Limit of Insurance shown in the Schedule.

2. **Pollutant Clean Up and Removal**

   The last paragraph of b Pollutant Clean Up and Removal of 5 Additional Coverages is replaced by the following:

   The most we will pay under this Additional Coverage for each location is the Pollutant Cleanup and Removal Limit of Insurance shown in the Schedule for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

3. **Preservation of Property - 90 Days of Coverage**

   Paragraph c(2) of c Preservation of Property of 5 Additional Coverages is replaced by the following:

   (2) Only if the loss or damage occurs within 90 days after the property is first moved.

4. **Fire Department Service Charge**

   Paragraph d Fire Department Service Charge of 5 Additional Coverages is replaced by the following:

   d. **Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Fire Department Service Charge Limit of Insurance shown in the Schedule for your liability for fire department service charges:

   (1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

This Additional Coverage supersedes any other provision providing coverage for Fire Department Service Charge in this policy.

This Additional Coverage does not apply in Arizona.

**5. Business Income - Increased Period of Restoration Up to 24 Months**

Paragraph (5) of g Business Income and Extra Expense of 5 Additional Coverages is replaced by the following:

(5) We will only pay for Loss of Business Income or Extra Expense that you sustain during the *period of restoration* and that occurs within 24 consecutive months after the date of direct physical loss or damage. Items (1) through (5) of this Additional Coverage are not subject to the Limits of Insurance.

**6. Extended Business Income - 90 Days**

Paragraph (6)(b)(ii) of g Business Income and Extra Expense of 5 Additional Coverages is replaced by the following:

(ii) The total number of days for Extended Business Income shown in the Schedule of this endorsement plus the number of days shown in the Schedule on CB-7135 if that endorsement is attached to your policy.

**7. Money Orders and Counterfeit Money**

The following replaces the last paragraph of i Money Orders and Counterfeit Money of 5 Additional Coverages:

The most we will pay for any loss under this Additional Coverage is the Money Orders and Counterfeit Money Limit of Insurance shown in the Schedule.

**8. Forgery and Alteration**

Paragraph (4) of j Forgery and Alteration of 5 Additional Coverages is replaced by the following:

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is the sum of:

(a) The Forgery and Alteration Limit of Insurance shown in the Schedule; and

(b) The Forgery and Alteration Limit of Insurance, if any, shown in the Declarations.

**9. Business Income from Dependent Properties**

The last paragraph of item (1) of I Business Income From Dependent Properties of 5 Additional Coverages is replaced by:

The most we will pay under this Additional Coverage is the sum of:

(a) The Business Income from Dependent Properties Limit of Insurance shown in the Schedule; and

(b) The greater of:

(1) The Business Income from Dependent Properties Limit of Insurance, if any, shown in the Declarations; or

(2) The Limit of Insurance referred to in CB-7370, if applicable.

**10. Fire Extinguisher Systems Recharge Expense**

**a.** Paragraph (1)(a) of n Fire Extinguisher Systems Recharge Expense of 5 Additional Coverages is replaced by the following:

(a) The actual cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**b.** Paragraph (3) of n Fire Extinguisher Systems Recharge Expense of 5 Additional Coverages is deleted.

**11. Fire Extinguisher Systems Discharge Damage**

**a.** Paragraph (1)(b) of n Fire Extinguisher Systems Recharge Expense of 5 Additional Coverages is replaced by the following:

(b) For the loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguish system up to the Fire Extinguisher Systems Discharge Damage Limit of Insurance shown in the Schedule.

**b.** Paragraph (3) of n Fire Extinguisher Systems Recharge Expense of 5 Additional Coverages is deleted.

**12. Water Backup of Sewers or Drains - Computers**

The following is added to o Water Backup of Sewers or Drains - Computers of 5 Additional Coverages:

(3) The following definition is added to Property Definitions:

"*Electronic media and records*" means videos, audio records and pictures stored on computer hardware that you own and that is at the described location.

Computer hardware, as used above, means any internal or external memory card or device. *Electronic media and records* does not include *electronic data.*

### 13. Electronic Data

Paragraph (3) of p Electronic Data of 5 Additional Coverages is replaced by the following:

(3) (a) The most we will pay under this Additional Coverage - Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is the sum of:

   i. The Electronic Data Coverage Limit of Insurance shown in the Schedule; and

   ii. The Electronic Data Coverage Limit of Insurance, if any, shown in the Declarations.

(b) If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

### 14. Interruption of Computer Operations

Paragraph q(3) of 5 Additional Coverages is replaced by the following:

(3) The most we will pay under this Additional Coverage - Interruption of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is the sum of:

(a) The Interruption of Computer Operations Limit of Insurance shown in the Schedule; and

(b) The Interruption of Computer Operations Limit of Insurance, if any, shown in the Declarations.

If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in

that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**E.** The following Additional Coverages are added:

### 1. Cost to Prepare Inventory

We will pay reasonable expenses, for the taking of inventory and appraisals, incurred by you at our request to assist us in the determination of the amount of a covered loss.

We do not pay for:

**a.** Any expense incurred under the Property Loss Conditions, Appraisals; or

**b.** Any public adjusters' fees.

The most that we will pay under this Additional Coverage is the Cost to Prepare Inventory Limit of Insurance shown in the Schedule.

### 2. Fine Arts Coverage

**a.** We will pay for direct physical loss of or damage to fine arts which are not covered by insurance purchased specifically for the item caused by or resulting from any Covered Cause of Loss.

We do not pay for fine arts that are on display at fairgrounds or at a national or international exposition.

We do not pay for loss or damage to fine arts caused by or that results from:

(1) A process to repair, retouch, restore, adjust, service or maintain the covered fine arts. If a fire or explosion results, we do not cover the loss caused by the fire or explosion.

(2) The gradual accumulation of dust, dirt or pollutants.

(3) Breakage of art glass windows, statuary, marble works of art, glassware, bric-a-brac, porcelains or similar fragile items unless it is caused by a *specified causes of loss.*

The most we will pay under this Additional Coverage is the Fine Arts Coverage Limit of Insurance shown in the Schedule.

Fine arts includes paintings, etchings,

pictures, tapestries, art glass windows, valuable rugs, statuary, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, marble and bronze works of art and similar property of rarity, historical value or artistic merit.

**b.** Item 3, Covered Causes of Loss, under Property Coverages is replaced by the following:

**Covered Causes of Loss**

Risks of Direct Physical Loss unless the loss is excluded in paragraph E2c of this endorsement.

**c.** The Property Exclusions Section is replaced by the following:

**Property Exclusions**

(1) We do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as or after the excluded causes or events. We do not pay for loss:

(a) Civil Authority

Caused by order of any civil authority, including seizure, confiscation, destruction or quarantine of property.

We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a cause of loss excluded under this coverage.

(b) Nuclear Hazard

Caused by or resulting from a nuclear reaction, nuclear radiation or radioactive contamination, however caused. Loss caused by nuclear hazard is not considered loss caused by fire, explosion or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

(c) War

Caused by war. This means declared war, undeclared war, civil war, insurrection, rebellion or revolution; a warlike act by a military force or by military personnel; the destruction, seizure or use of the property for a military purpose; or the discharge of a nuclear weapon

even if it is accidental.

(2) We do not pay for loss or damage if one or more of the following exclusions apply to the loss.

(a) Dishonesty

We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest or illegal acts alone or in collusion with another by you; others who have an interest in the property; others to whom you entrust the property; your partners, officers, directors, trustees or joint adventurers; or the employees of agents of any of the above, whether or not they are at work.

This exclusion does not apply to acts of destruction by your employees, but we do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

(b) Deterioration, Fault or Weakness

We do not pay for deterioration; decay; or any quality, fault or weakness in the covered property that causes it to damage or destroy itself. This exclusion does not apply to loss caused by *mechanical breakdown.*

(c) Lease Terms

We do not pay for loss caused by a covered cause of loss for which you are not responsible under the terms of any lease or rental agreement.

(d) Loss of Use

We do not pay for loss caused by or resulting from loss of use, business interruption, delay or loss of market.

This exclusion does not apply to Extra Expense coverage as provided under Additional Coverages.

(e) Temperature, Humidity, Corrosion or Rust

We do not pay for loss caused by corrosion, rust, humidity, dampness, dryness or changes in or extremes of temperature.

(f) Mysterious disappearance

(g) Wear and tear

**3.  Lock Replacement**

We will cover your costs to repair or replace door locks or tumblers at your described premises, because of theft or loss of your door keys. The most we will pay under this Additional Coverage in any one occurrence is the Lock Replacement Limit of Insurance shown in the Schedule.

No deductible applies to this Additional Coverage.

**4. Off-Premises Utility Failure**

   **a. Time Element**

     (1) We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of utility services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises.

      (a) Water Supply Services

       Pumping stations and water mains supplying water to the described premises.

      (b) Communication Supply Services

       Property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

       (i) Communication transmission lines, including optic fiber transmission lines;

       (ii) Coaxial cables; and

       (iii) Microwave radio relays except satellites.

      (c) Power Supply Services

       (i) Utility generating plants;

       (ii) Switching stations;

       (iii) Substations;

       (iv) Transformers; and

       (v) Transmission lines;

       supplying electricity, steam or gas to the described premises.

     (2) Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss of damage to *electronic data,* including destruction or corruption of *electronic data.*

     (3) The most we will pay under this Additional Coverage is the Off-Premises Utility Failure - Time

Element Limit of Insurance shown in the Schedule.

   **b. Direct Damage**

     (1) We will pay for loss of or damage to Covered Property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in paragraph (3), below.

     (2) Exception

     Coverage under this endorsement for loss or damage to Covered Property does not apply to loss or damage to *electronic data,* including destruction or corruption of *electronic data.*

     (3) Utility Services

      (a) "Water supply services," meaning the following types of property supplying water to the described premises:

       (i) Pumping stations; and

       (ii) Water mains.

      (b) "Communication supply services," meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

       (i) Communication transmission lines, including optic fiber transmission lines;

       (ii) Coaxial cables; and

       (iii) Microwave radio relays except satellites.

      (c) "Power supply services," meaning the following types of property supplying electricity, steam or gas to the described premises:

       (i) Utility generating plants;

       (ii) Switching stations;

       (iii) Substations;

       (iv) Transformers; and

       (v) Transmission lines.

     (4) The most we will pay under this Additional Coverage for all utility service direct damage loss for any one premises is the Off-Premises Utility Failure - Direct Damage Limit of Insurance shown in the Schedule.

   **c.** Exclusion e Utility Services in Property Exclusions does not apply to this

Additional Coverage.

**5. Ordinance or Law - Blanket Coverages A, B, and C**

  **a.** Application of Coverage

    The Ordinance or Law Coverage applies only if both a(1) and a(2) are satisfied.

    (1) The ordinance or law:

      (a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

      (b) Is in force at the time of loss.

      But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

    (2) The building sustains direct physical damage:

      (a) That is covered under this policy and such damage results in enforcement of the ordinance or law; or

      (b) That is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

      (c) But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

    (3) (a) In the situation described in a(2)(b) above, we will not pay the full amount of loss otherwise payable under the terms of Coverage A, Coverage B or Coverage C of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

      (b) However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of Coverage A, Coverage B or Coverage C of this endorsement.

  **b.** We will not pay under Coverage A, Coverage B or Coverage C for:

    (1) Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by *pollutants* or due to the presence, growth, proliferation, spread of any activity of *fungi,* wet or dry rot or bacteria; or

    (2) The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of *pollutants, fungi,* wet or dry rot or bacteria.

  **c.** Coverage

    (1) Coverage A - Coverage for Loss to the Undamaged Portion of the Building

      With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

    (2) Coverage B - Demolition Cost Coverage

      With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

    (3) Coverage C - Increased Cost of Construction Coverage

      (a) With respect to the building that has sustained covered direct physical damage, we will pay for the increased cost to:

        i) Repair or reconstruct damaged portions of that building; and/or

        ii) Reconstruct or remodel undamaged portions of that building, whether or not

demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

(b) However:

i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

d. Coverage Amounts and Loss Payments

(1) Ordinance or Law Coverage Amount

The most we will pay under this Additional Coverage, for the total of all covered loss for Coverage A, Coverage B, and Coverage C combined is the Ordinance or Law Limit of Insurance shown in the Schedule. This blanket coverage amount applies separately to each building described in the Declarations. This coverage amount does not include loss due to *green ordinance or law* requirements.

(2) Subject to the coverage amount in (1) above, the following loss payment provisions apply:

(a) When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(i) If the property is repaired or replaced, on the same or another premises we will not pay more than the amount you actually spend to repair, rebuild or reconstruct the building but not for more than the amount it would cost to restore the building on the same premises and of the same heights, floor area, style and comparable quality of the original property insured; or

(ii) If the property is not repaired or replaced, we will not pay more than the actual cash

value of the building at the time of loss.

(b) Under Coverage B, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

(c) With respect to Coverage C:

(i) We will not pay under Coverage C:

I. Until the property is actually repaired or replaced, at the same or another premises; and

II. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(ii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the increased cost of construction at the same premises.

(iii) If the ordinance or law requires relocation to another premises, the most we will pay for under Coverage C is the increased cost of construction at the new premises.

e. Under this coverage, we will not pay for loss due to any ordinance or law that:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

f. No deductible applies to this Additional Coverage.

g. Item g of Property Loss Condition 5, Loss Payment and Valuation, does not apply to this Additional Coverage.

h. Exclusion 1a Ordinance or Law is deleted to the extent loss or damage resulting from enforcement of an ordinance or law is provided under this Additional Coverage.

6. **Ordinance or Law Blanket Coverages A, B, and C Green Coverage**

**a.** Application of Coverage

The Ordinance or Law Green - Blanket applies only if both a(1) and a(2) are satisfied.

(1) The *green ordinance or law:*

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But coverage applies only in response to the minimum requirements of the *green ordinance or law.* Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(2) The building sustains direct physical damage:

(a) That is covered under this policy and such damage results in enforcement of the *green ordinance or law;* or

(b) That is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the *green ordinance or law.*

(c) But if the damage is not covered under this policy, and such damage is the subject of the *green ordinance or law,* then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**b.** We will not pay under Coverage A, Coverage B or Coverage C for:

(1) Enforcement of any *green ordinance or law* which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by *pollutants* or due to the presence, growth, proliferation, spread of any activity of *fungi,* wet or dry rot or bacteria; or

(2) The costs associated with the enforcement of any *green ordinance or law* which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of *pollutants, fungi,* wet or dry rot or bacteria.

**c.** Coverage

(1) Coverage A - Coverage for Loss to the Undamaged Portion of the Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of enforcement of a *green ordinance or law* that requires demolition of undamaged parts of the same building.

(2) Coverage B - Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of a *green ordinance or law* that requires demolition of such undamaged property.

(3) Coverage C - Increased Cost of Construction Coverage

(a) With respect to the building that has sustained covered direct physical damage, we will pay for the increased cost to:

i) Repair or reconstruct damaged portions of that building; and/or

ii) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the *green ordinance or law.*

(b) However:

i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**d.** Coverage Amounts and Loss Payments

(1) The most we will pay under this Additional Coverage for Ordinance or

Law Green Coverage due to *green ordinance or law* requirements for the total of all covered loss for Coverage A, Coverage B, and Coverage C combined is the Ordinance or Law Green-Blanket Limit of Insurance shown in the Schedule. This blanket coverage amount applies separately to each building described in the Declarations.

(2) Subject to the coverage amount in (1) above, the following loss payment provisions apply:

(a) When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(i) If the property is repaired or replaced, on the same or another premises we will not pay more than the amount you actually spend to repair, rebuild or reconstruct the building but not for more than the amount it would cost to restore the building on the same premises and of the same heights, floor area, style and comparable quality of the original property insured; or

(ii) If the property is not repaired or replaced, we will not pay more than the actual cash value of the building at the time of loss.

(b) Under Coverage B, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

(c) With respect to Coverage C:

(i) We will not pay under Coverage C:

I. Until the property is actually repaired or replaced, at the same or another premises; and

II. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(ii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the increased cost of construction at the same premises.

(iii) If the ordinance or law requires relocation to another premises, the most we will pay for under Coverage C is the increased cost of construction at the new premises.

e. Under this coverage, we will not pay for loss due to any ordinance or law that:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

f. No deductible applies to this Additional Coverage.

g. Item g of Property Loss Condition 5, Loss Payment and Valuation, does not apply to this Additional Coverage.

h. Exclusion 1a Ordinance or Law is deleted to the extent loss or damage resulting from an enforcement of an ordinance or law is provided by this Additional Coverage.

i. The following definition is added to Property Definitions:

*"Green ordinance or law"* means enhanced energy efficiency or use of environmentally-preferable sustainable materials, products or methods in design, construction, manufacture, demolition or operation, as recognized by an organization or governmental agency which produces and maintains guidelines related to *green ordinance or law* products and practices, including but not limited to:

(a) The Leadership in Energy and Environmental Design (LEED) program of the U.S. Green Building Council;

(b) ENERGY STAR, a joint program of the U.S. Environmental Protection Agency and the U.S. Department of Energy; and

(c) Green Globes$^{TM}$, program of the Green Building Initiative.

**7. Ordinance or Law - Increased Period of**

**Restoration**

a. If a Covered Cause of Loss occurs to property at the described premises, coverage is extended to include the amount of loss you sustain during the increased period of suspension of *operations* caused by or resulting from the enforcement of any ordinance or law that:

   (1) Regulates the construction or repair of any property;

   (2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

   (3) Is in force at the time of loss.

   However, coverage is not extended under this Additional Coverage to include loss caused by or resulting from the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of *pollutants.*

b. Under this Additional Coverage, we will pay no more than the Ordinance or Law Increased Period of Restoration Limit of Insurance shown in the Schedule. This limit is the most that we will pay under your policy for all losses and expenses you sustain during an increased period of or suspension of *operations* caused by or resulting from the enforcement of any ordinance or law.

c. The following supersedes any conflicting provision:

   For purposes of this Additional Coverage, the *period of restoration* includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

8. **Rewards**

   We will pay to any individual or organization for information leading to a criminal conviction in connection with loss or damage to covered property caused by or resulting from a Covered Cause of Loss.

   The most that we will pay under this Additional Coverage is the Rewards Limit of Insurance shown in the Schedule regardless of the number of persons or organizations involved in providing information.

   No deductible applies to this Additional Coverage.

9. **Security After Loss**

   We will pay for the cost of a security service approved by us that is used to protect Covered Property at the described premises, after a covered loss, if we determine it is necessary. The most that we will pay under this Additional Coverage is the Security After Loss Limit of Insurance shown in the Schedule.

10. **Tools and Equipment**

   We will pay for direct physical loss of or damage to covered Tools and Equipment caused by or resulting from a Covered Cause of Loss. For the purposes of this Additional Coverage, covered Tools and Equipment are:

   a. Owned by you;

   b. Rented or leased to you or on your behalf if in your care, custody or control and used in your business;

   c. Borrowed by you or on your behalf while in your care, custody or control and used in your business; and

   d. Owned by your employees, but only while being used in connection with your business or in your care, custody or control.

   We will determine the value of covered Tools and Equipment at the cost of replacement as of the time of loss or damage.

   The most we will pay under this Additional Coverage is the Tools and Equipment Limit of Insurance shown in the Schedule.

   The limitation for Business Personal Property located within 1,000 feet of the described premises in paragraph C1 of this endorsement does not apply to this Additional Coverage.

F. The second paragraph of the Property Extensions of Coverage Section is replaced by the following:

   Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

G. The following Property Extensions of Coverage are modified:

1. **Newly Acquired or Constructed Property - Buildings**

   The last paragraph of Item a, Buildings, of 1 Newly Acquired or Constructed Property of Property Extensions of Coverage is replaced by the following:

The most we will pay under this Extension of Coverage for loss or damage for each building is the Newly Acquired or Constructed Property - Buildings Limit of Insurance shown in the Schedule.

**2. Newly Acquired or Constructed Property - Business Personal Property**

The last paragraph of b, Business Personal Property, of 1 Newly Acquired or Constructed Property of Property Extension of Coverage is replaced by the following:

The most we will pay under this Extension of Coverage for loss or damage at each building is the Newly Acquired or Constructed Property - Business Personal Property Limit of Insurance shown in the Schedule.

**3. Newly Acquired or Constructed Property - 90 Days of Coverage**

The following replaces paragraph c(2), Period of Coverage, of 1 Newly Acquired or Constructed Property of Property Extensions of Coverage:

(2) 90 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**4. Personal Effects**

Paragraph b of 2 Personal Effects and Property of Others of Property Extensions of Coverage is replaced by the following:

**b.** For purposes of the coverage provided in a(1) of Personal Effects and Property of Others Extension of Coverage, the most we will pay under paragraph a(1) for loss or damage to your personal effects at each described premises, is the Personal Effects Limit of Insurance shown in the Schedule.

**5. Property of Others**

The following changes are made to 2 Personal Effects and Property of Others of Property Extensions of Coverage:

**a.** the following is added to paragraph a(2):

This Extension does not apply to loss or damage by theft or to tools or equipment used in your business.

**b.** Paragraph b is replaced by the following:

**b.** For purposes of the coverage provided in a(2) of Personal Effects and Property of Others Extension of Coverage, the most we will pay under paragraph a(2) for loss or damage to property of others at each described premises is the Personal Property of Others Limit of Insurance

shown in the Schedule. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**6. Property Off-Premises**

Item 3 Property Off-Premises of Property Extensions of Coverage is replaced by the following:

**3. Property Off-Premises**

**a.** You may extend the insurance provided by this policy to apply to your Covered Property, other than *money* and *securities, valuable papers and records,* accounts receivable, sales representative's samples (as described in paragraph H15 of this endorsement), or *computers,* while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay under this Extension of Coverage for loss or damage under this extension is the Property Off-Premises Limit of Insurance shown in the Schedule. This extension does not apply to Covered Property in or on a vehicle.

**b.** However, under this extension, we will pay for loss or damage to *computer*(s) up to the Business Personal Property Limit shown in the Declarations.

**c.** This extension does not apply to any tools or equipment used in your business. Tools or equipment, as used above, does not include *computers.*

**d.** This Extension does not apply to Business Personal Property for which any payments have been made under the Deferred Payments Additional Coverage.

**7. Property in Transit**

Item 4 Property in Transit of Property Extensions of Coverage is replaced by the following:

**4. Property in Transit**

**a.** You may extend the insurance that applies to Business Personal Property, other than *computers,* to apply to your personal property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** The most we will pay under this

Extension of Coverage for loss or damage under this extension is the Property in Transit Limit of Insurance shown in the Schedule. However, under this extension, we will pay for loss or damage to *computer*(s) up to the Business Personal Property Limit shown in the Declarations.

   **c.** This Extension does not apply to Business Personal Property for which any payments have been made under the Deferred Payments Additional Coverage.

**8. Outdoor Property (Including Windstorm)**

The following changes are made to 5 Outdoor Property of Property Extensions of Coverage

   **a.** The following is added to paragraph a:

      (6) Windstorm

   **b.** The last paragraph is replaced by the following:

      The most we will pay under this Extension of Coverage for loss or damage is the Outdoor Property Limit of Insurance shown in the Schedule, but not more than $1,000 for any one tree, shrub or plant.

**9. Valuable Papers and Records (On Premises)**

The first paragraph of Item c of 6 Valuable Papers and Records of Property Extensions of Coverage is replaced by the following:

The most we will pay under this Extension of Coverage for loss or damage to *valuable papers and records* in any one occurrence at the described premises is the sum of:

   (1) The Valuable Papers and Records Limit of Insurance shown in the Schedule; and

   (2) The Valuable Papers and Records Limit of Insurance, if any, shown in the Declarations.

**10. Accounts Receivable (On Premises)**

The first paragraph of Item b of 7 Accounts Receivable of Property Extensions of Coverage is replaced by the following:

The most we will pay under this Extension of Coverage for loss or damage in any one occurrence at the described premises is the sum of:

   (1) The Accounts Receivable Limit of Insurance shown in the Schedule; and

   (2) The Accounts Receivable Limit of Insurance, if any, shown in the Declarations.

**11. Money and Securities**

Paragraph c of 8 Money and Securities of Property Extensions of Coverage is replaced by the following:

   **c.** The most we will pay for loss in any one occurrence is:

      (1) The sum of:

         (a) The Money and Securities Inside the Premises Limit of Insurance shown in the Schedule; and

         (b) The Money and Securities Inside the Premises Limit of Insurance, if any, shown in the Declarations;

      for *money* and *securities* in or on the described premises, or within a bank or savings institution; and

      (2) The sum of:

         (a) The Money and Securities Outside the Premises Limit of Insurance shown in the Schedule; and

         (b) The Money and Securities Outside the Premises Limit of Insurance, if any, shown in the Declarations;

      for *money* and *securities* anywhere else.

**H.** The following Property Extensions of Coverage are added:

   **1. Computer Fraud and Funds Transfer Fraud**

      **a.** We will pay under this Extension of Coverage no more than the Computer Fraud and Funds Transfer Fraud Limit of Insurance shown in the Schedule for the total of:

         (1) Loss of and damage to *money, securities* and *other property* following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, bank or savings institution:

           (a) To a person (other than a messenger) outside those premises; or

           (b) To a place outside those premises; and

         (2) Loss of *money* and *securities* resulting directly from a *fraudulent instruction* directing a financial institution to transfer, pay or deliver *money* and *securities* from your *transfer account.*

      **b.** With respect to the coverage provided by this Extension, item 4 Limitations under Property Coverages is amended

as follows:

Paragraph a(4) does not apply.

**c.** With respect to the coverage provided by this Extension, Property Exclusions is amended as follows:

(1) Paragraph 2g False Pretense does not apply.

(2) The following exclusion is added:

We will not pay for loss or damages caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**d.** For purposes of this coverage, the following terms mean:

(1) "Employee"

(a) "Employee" means:

(i) Any natural person:

I. While in your service or for 30 days after termination of service;

II. Whom you compensate directly by salary, wages or commissions; and

III. Whom you have the right to direct and control while performing services for you;

(ii) Any natural person who is furnished temporarily to you:

I. To substitute for a permanent *employee* as defined in paragraph (1), who is on leave; or

II. To meet seasonal or short term workload conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises;

(iii) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph (2) above;

(iv) Any natural person who is:

I. A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan(s)" insured under this policy; and

II. Your director or trustee while that person is handling "funds" or *other property* of any "employee benefit plan(s)" insured under this policy;

(v) Any natural person who is a former *employee,* director, partner, *member, manager,* representative or trustee retained as a consultant while performing services for you; or

(vi) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises.

(b) Employee does not mean:

(i) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(ii) Any *manager,* director or trustee except while performing acts coming within the scope of the usual duties of an *employee.*

(2) "Fraudulent instruction" means:

(a) An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

(b) A written instruction (other than those described in paragraph 5j) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without

your knowledge or consent; or

(c) An electronic, telegraphic, cable, teletype, telefacsimile telephone or written instruction (other than those described in paragraph 5j) initially received by you which purports to have been transmitted by an employee but which was in fact fraudulently transmitted by someone else without your or the employee's knowledge or consent.

(3) "Other property" means any tangible property other than *money* and *securities* that has intrinsic value but does not include any property excluded under this policy.

(4) "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of *money* and *securities:*

(a) By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

(b) By means of written instructions (other than those described in paragraph 5j) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**2. Consequential Loss (Including Pair and Set)**

**a.** In the event of direct physical loss or direct physical damage to your part or parts of your product by a Covered Cause of Loss, you may extend the insurance that applies to Your Business Personal Property to apply to Consequential Loss.

**b.** Consequential Loss means:

(1) The value of part or parts that are undamaged but that are unmarketable as a complete product as a result of physical damage or loss to a part or parts of your product as a result of such Covered Cause of Loss; and

(2) If pairs or sets of your part or parts of your product are damaged by a Covered Cause of Loss, the lesser of (a) or (b), below:

(a) The lesser of the cost:

(i) To repair; or

(ii) To replace

any part to restore the pair or set to its value before the loss or damage; or

(b) The difference between the value of the pair or set before and after the loss or damage.

**c.** Exclusion 2b under Property Exclusions does not apply to coverage under this Extension of Coverage.

**d.** The most we will pay under this Extension of Coverage for loss or damage for any one occurrence is the Consequential Loss Limit of Insurance shown in the Schedule.

**3. Contractual Financial Penalties**

**a.** We will pay financial penalties as liquidated damages that you are legally required to pay as a result of your failure to deliver your products or services within the time frame required under the terms of a written contract between you and your customer that applies to those products or services.

**b.** We will pay those financial penalties only if:

(1) The failure is solely the result of a direct physical loss or damage at the described location by a Covered Cause of Loss to Covered Property; and

(2) The financial penalties are described in the written contract referred to in paragraph a.

**c.** The most we will pay under this Extension of Coverage for all financial penalties is the Contractual Penalties Limit of Insurance shown in the Schedule.

**4. Credit Card Slips**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at a described location, you may extend that insurance to apply to amounts you are unable to collect due to loss of or damage to credit card slips when:

(1) The loss or damage occurred at that described premises; and

(2) The loss or damage was the result of a Covered Cause of Loss.

**b.** It is your responsibility to establish the amount of the loss under this Extension. If that is not possible, the amount of loss

will be determined as follows:

(1) If you have been in business for twelve months or more at the location of the loss, one-thirtieth (1/30) of the average monthly amount of credit card slips will be considered as the average daily credit card slips for that location. The twelve months immediately preceding the discovery of the loss will be used to determine the average monthly amount.

(2) If you have been in business for less than twelve months at the location of the loss, the average daily credit card slips shall be one-thirtieth (1/30) of the average monthly amount of credit card slips for the number of months you have been in business at that location.

The average daily credit card slips will be multiplied by the number of days for which slips are lost to determine the amount of the loss, subject to the maximum limit indicated below.

**c.** The most we will pay under this Extension of Coverage as a result of loss or damage to credit card slips is the Credit Card Slips Limit of Insurance shown in the Schedule.

**d.** No deductible applies to this Extension.

**5. Deferred Payments**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at a described premises, you may extend that insurance to apply to a reduction in the value of your interest in that Business Personal Property where that property:

(1) Is sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan;

(2) Suffered direct physical loss or damage as a result of a Covered Cause of Loss, and that loss or damage:

(a) Occurred after delivery of that Business Personal Property to a buyer; and

(b) Occurred within the Coverage Territory at any location, or in transit;

and the buyer refuses to initiate or continue payments owed to you for such property.

**b.** The value of your loss under this

Coverage Extension will be determined as follows:

(1) When a total loss to that Business Personal Property occurs, deferred payments are valued on the amount shown on your books as due from the buyer excluding any interest or fees.

(2) When a partial loss to that property occurs and the buyer refuses to initiate or continue payment, deferred payments are valued as follows:

(a) The unpaid balance shown on your books as due from the buyer for such property, excluding any interest or fees; minus

(b) The actual cash value of the damaged property.

(3) If you have repossessed that property and the value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

**c.** We will make no payment under this Extension if:

(1) Where there is a partial loss, and the realized or appraised value of the damaged property is greater than or equal to the amount shown on your books as due from the buyer;

(2) The buyer continues to pay you for that Business Personal Property; or

(3) You have repossessed that Business Personal Property, and the value of the repossessed property is more than the amount shown on your books as due from the buyer.

**d.** The following is added to paragraph 2 Property Not Covered in the Deluxe Bis-Pak® Property Coverage Form:

Business Personal Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan except as provided in the Deferred Payments Extension of coverage.

**e.** The most we will pay under this Extension of Coverage in any one occurrence is the Deferred Payments Limit of Insurance shown in the Schedule.

**6. Expediting Expense**

**a.** In the event of direct physical loss of or damage to Covered Property at the described premises caused by or resulting from a Covered Cause of Loss, we will pay the reasonable and

necessary *expediting expenses* you incur to:

(1) Make temporary repairs to, and expedite permanent repairs or permanent replacement of, the property suffering the direct physical loss or damage; and

(2) Provide training on replacement machines or equipment.

**b.** Definition

"*Expediting Expenses*" means overtime wages and the extra cost of express or other rapid means of transportation. *Expediting expenses* do not include expenses you incur for the rental of property or temporary or permanent replacement of damaged property.

**c.** With respect to this Extension of Coverage, breakdown to equipment will not be considered a Covered Cause of Loss, even if otherwise covered elsewhere in this Policy.

**d.** The most we will pay under this Extension of Coverage for all *expediting expenses* is the Expediting Expense Limit of Insurance shown in the Schedule regardless of the number of premises involved.

**7. False Pretense, Voluntary Parting**

**a.** We will pay for direct loss or damage to Covered Property, other than *money* and *securities,* when you or your *employees* are induced to part with Covered Property, other than *money* and *securities,* to or by:

(1) Persons who falsely represent themselves as the proper persons to receive the property; or

(2) Acceptance of fraudulent bills of lading or shipping receipts.

**b.** The most we will pay under this Extension of Coverage for any one occurrence is the False Pretense, Voluntary Parting Limit of Insurance shown in the Schedule.

**c.** Paragraph 2g False Pretense in the Property Exclusions does not apply to this Extension of Coverage.

**d.** For purposes of this Extension, the following definitions are added:

"*Employee*" includes a *leased worker. Employee* does not include a *temporary worker.* "*Leased worker*" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

*Leased worker* does not include a *temporary worker.*

"*Temporary worker*" means a person who is furnished to you to substitute for a permanent *employee* on leave or to meet seasonal or short-term workload conditions.

**8. Leased Building Property**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at a described premises, you may extend that insurance to apply to direct physical loss or damage to Building you occupy as a tenant at that described premises, and to Business Personal Property you do not own at that described premises if:

(1) You are contractually obligated to repair or replace that Business Personal Property or that part of the building you occupy as a tenant; and

(2) The direct physical loss or damage at that described premises is caused by a Covered Cause of Loss other than "theft" or attempted "theft".

**b.** This Coverage Extension does not apply to any otherwise covered:

(1) Building glass; or

(2) Tenants improvements and betterments as described in paragraph b(3) under Property Coverages in the Deluxe Bis-Pak® Property Coverage Form.

**c.** The most we will pay under this Extension of Coverage in any one occurrence at each described premises, is the Leased Building Property Limit of Insurance shown in the Schedule.

**9. Leased, Loaned or Rented Gap - Business Personal Property**

**a.** In the event of a total loss to any Business Personal Property for which there is a written lease agreement or loan document, we will pay any unpaid amount due on the lease or loan for that Business Personal Property as required in the written lease or loan document, less:

(1) The amount paid as determined under the Loss Payment and Valuation Loss Condition of the policy; and

(2) All:

(a) Overdue lease/loan payments at the time of the loss;

(b) Financial penalties imposed

under a lease for excessive use or abnormal wear and tear;

(c) Security deposits not returned by the lessor; and

(d) Carry-over balances from previous loans or leases.

b. The most we will pay under this Extension of Coverage for the total of all occurrences is the Leased, Loaned or Rented Gap Limit of Insurance shown in the Schedule

**10. Leasehold Interest**

a. We will pay for the loss of prepaid rent you sustain if your lease is cancelled in accordance with a valid lease provision.

b. Such cancellation must be the result of direct physical loss or damage caused by or resulting from a Covered Cause of Loss to property where you were:

(1) A tenant; and

(2) Occupying and conducting business

at the time of the loss.

c. The most we will pay under this Extension of Coverage for loss in any one occurrence is the lesser of:

(1) The unused pro-rata portion of prepaid rent based on the period of time remaining in your lease, which you have paid for renting the property on which your lease was cancelled; or

(2) The Leasehold Interest Limit of Insurance shown in the Schedule.

d. We will not pay for any loss if the:

(1) Lease is cancelled, suspended or allowed to lapse by you; or

(2) Lease is cancelled at the normal expiration date.

**11. Newly Acquired or Constructed Property - Business Income and Extra Expense**

a. We will pay for loss you sustain due to the necessary *suspension* of your *operations* during the *period of restoration* for direct physical damage caused by a Covered Cause of Loss to a *newly acquired* premises.

b. The most that we will pay under this Extension of Coverage at each *newly acquired* premises as the result of any one occurrence is the lesser of:

(1) The Newly Acquired or Constructed Property - Business Income and Extra Expense Limit of Insurance shown in the Schedule; or

(2) The sum of the Business Income you

lost and Extra Expense you incurred.

c. Insurance under this Extension of Coverage for each *newly acquired* premises will end when any of the following first occurs:

(1) This policy expires;

(2) 180 days expire after you acquire or begin to construct the property;

(3) You report the location to us; or

(4) Coverage for Business Income at the *newly acquired* premises is more specifically insured.

d. For purposes of this Extension of Coverage:

(1) The phrase "at the described premises" as used in the definitions of *operations* and *suspension,* is deleted and replaced by the phrase at a *newly acquired* premises.

(2) The following definitions apply:

(a) *"Newly acquired"* means obtaining lawful ownership or possession of the premises, whether by purchase, lease, or otherwise.

(b) *"Suspension"* means the slowdown or cessation of your business activities.

(3) In the definition of *period of restoration,* the loss must be at the *newly acquired* premises.

**12. Non-owned Detached Trailers**

a. You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(1) The trailer is used in your business;

(2) The trailer is in your care, custody or control at the described premises; and

(3) You have a contractual responsibility to pay for loss or damage to the trailer.

b. We will not pay for any loss or damage that occurs:

(1) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(2) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized

conveyance.

**c.** The most we will pay under this Extension of Coverage is the Non-owned Detached Trailers Limit of Insurance shown in the Schedule.

**13. Off-premises Electronic Data Storage**

You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to duplicate and back-up *electronic data* which are stored at a premises where you do not conduct *operations* with the *electronic data* and which is not covered under any other coverage form. The most we pay under this Extension of Coverage for loss to *electronic data* at any one storage location is the Off-Premises Electronic Data Storage Limit of Insurance shown in the Schedule.

**14. Power Failure and Changes in Temperature or Humidity**

**a.** You may extend the insurance that applies to your Business Personal Property to pay for loss or damage to that property that results from an interruption of power or a change in temperature or humidity caused by physical damage to equipment used for refrigerating, air conditioning, cooling, dehumidifying, heating, generating or converting power (including connections, supply or transmission lines and pipes), at the described premises. This extension applies only if loss or damage is caused by a Covered Cause of Loss.

**b.** The most we will pay under this Extension of Coverage is the Power Failure and Changes in Temperature or Humidity Limit of Insurance shown in the Schedule.

**c.** This coverage does not apply to fine arts as defined in paragraph E2a.

**15. Sales Representative's Samples**

**a.** You may extend the insurance that applies to your Business Personal Property to pay for direct physical loss of or damage to samples of your *stock* in trade (including containers) and similar property of others.

**b.** We cover samples of your *stock* in trade while the property is:

(1) In the custody of your sales representatives and agents;

(2) In your custody while acting as a sales representative; or

(3) In transit between your premises described in the declarations and your sales representatives.

**c.** The loss or damage must result from a Covered Cause of Loss.

**d.** The most we will pay under this Extension of Coverage is the Sales Representative's Samples Limit of Insurance shown in the Schedule.

**16. Temporary Coverage for Relocated Property**

**a.** We will pay for loss of or damage to Covered Property from a Covered Cause of Loss while it is away from the described premises, if it is being stored temporarily at a location you do not own, lease or operate while the described premises is being renovated or remodeled.

**b.** Coverage provided by this Extension of Coverage will end when either of the following first occurs:

(1) This policy expires; or

(2) After 90 consecutive days after the property is first moved.

**17. Tenant Improvements and Betterments - Ordinance or Law**

**a.** Application of Coverage

The coverage provided applies only if both (1) and (2) are satisfied.

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(2) (a) The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

(b) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

But if the building sustains direct physical damage that is not covered

under this policy, and such damage is the subject of the ordinance or law, then there is no coverage even if the building has also sustained covered direct physical damage.

b. We will not pay under Coverage A, Coverage B or Coverage C for:

(1) Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by *pollutants* or due to the presence, growth, or proliferation, spread of any activity of *fungi,* wet or dry rot or bacteria; or

(2) The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of *pollutants, fungi,* wet or dry rot or bacteria.

c. Under this coverage, we will not pay for loss due to any ordinance or law that:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply.

d. Coverage

(1) Coverage A - Coverage for Loss to the Undamaged Portion of Tenant's Improvements and Betterments

We will pay under Coverage A for the loss in value of the undamaged portion of the improvements and betterments when:

(a) The improvements and betterments are damaged and the ordinance or law requires demolition of the undamaged parts of such property; or

(b) The undamaged improvements and betterments, or undamaged parts of the improvements and betterments, are demolished or damaged in the course of demolition or repair of the building or part of the building where such property is located, as a consequence of the ordinance or law. But we will not pay under Coverage A for undamaged improvements and betterments that could be removed from the building, without incurring damage to such

improvements and betterments, prior to demolition or repair of the building.

(2) Coverage B - Demolition Cost Coverage

We will pay the cost to demolish and clear the site of undamaged parts of the improvements and betterments, provided that such cost is distinguishable from the cost of demolishing the building and you are responsible for the cost of demolition of the improvements and betterments, and further provided that:

(a) The improvements and betterments are damaged and the ordinance or law requires demolition of the undamaged parts of such property; or

(b) The undamaged improvements and betterments, or undamaged parts of the improvements and betterments, are demolished or damaged in the course of demolition or repair of the building or part of the building where such property is located, as a consequence of the ordinance or law. But we will not pay under Coverage B for demolition of undamaged improvements and betterments that could be removed from the building, without incurring damage to such improvements and betterments, prior to demolition or repair of the building.

(3) Coverage C - Increased Cost of Construction Coverage

(a) We will pay the increased cost to:

(i) Repair or reconstruct damaged portions of the improvements and betterments; and/or

(ii) Reconstruct or remodel undamaged portions of the improvements and betterments, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

(b) However:

(i) This coverage applies only if

the restored or remodeled property is intended for similar use as the current property, unless such use is not permitted by the ordinance or law.

(ii) We will not pay for the increased cost of construction if the improvements and betterments are not repaired, reconstructed or remodeled.

**e.** Loss Payment

The most we will pay under this Extension of Coverage, for the total of all covered loss for Coverage A, Coverage B and Coverage C combined is the Ordinance or Law - Tenants Improvements and Betterments Limit of Insurance shown in the Schedule. One limit applies to all covered loss to all improvements and betterments at each described premises. Subject to the Limit of Insurance, the following loss payment provisions apply:

(1) We will not pay under Ordinance or Law Coverage for Tenant's Interest in Improvements and Betterments if others pay for loss or damage to improvements and betterments.

(2) When there is a loss in value of an undamaged portion of improvements and betterments to which Coverage A applies, the loss payment for that property, including damaged and undamaged portions, will be determined as follows:

(a) If the Replacement Cost Coverage Option applies and the improvements and betterments are being repaired or replaced, on the same or another premises, we will not pay more than the amount you would actually spend to repair, rebuild or reconstruct such property, but not for more than the amount it would cost to restore the property on the same premises and to the same dimensions, style and comparable quality of the original property insured.

(b) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the actual cash value of the Improvements and Betterments

at the time of loss.

(3) Under Coverage B, we will not pay more than the amount you actually spend for demolishing the improvements and betterments and clearing the demolished property from the described premises.

(4) Under Coverage C:

(a) We will not pay under Coverage C:

(i) Until the improvements and betterments are actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the improvements and betterments are repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for under Coverage C, is the increased cost of construction of the improvements and betterments at the new premises.

**18. Tenant Lease Assessment**

**a.** When a Limit of Insurance is shown in the Declarations for Business Personal Property at the described premises, we will pay any assessment charged to you with respect to such premises where the assessment is charged:

(1) To all tenants by the building owner;

(2) Pursuant to a written lease agreement; and

(3) As a result of direct physical loss or damage by a Covered Cause of Loss to building property you occupy.

**b.** The most we will pay under this Extension of Coverage for loss for any one occurrence is the Tenant Lease Assessment Limit of Insurance shown in the Schedule.

**19. Tenant Leasehold Improvements**

a. We will pay for the unamortized value of the Tenants Improvements and Betterments that you were forced to abandon if your lease is cancelled in accordance with a valid lease provision.

b. Such cancellation must be the result of direct physical loss or damage caused by or resulting from a Covered Cause of Loss to property where you were:

(1) A tenant; and

(2) Occupying and conducting business

at the time of loss.

c. The most we will pay under this Extension of Coverage for loss in any one occurrence is the Tenant Leasehold Improvements Limit of Insurance shown in the Schedule.

d. Tenants Improvements and Betterments include leased personal property for which you have a contractual responsibility to insure, unless otherwise insured. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

e. Building glass not otherwise insured is a Tenant Improvement and Betterment if you are contractually required to insure it under a written lease agreement.

**20. Tenant Move-back Expenses**

a. If your tenant(s) must temporarily vacate the described premises, due to untenantability caused by direct physical loss or damage by a Covered Cause of Loss, we will pay the following expenses you actually incur as the owner of that covered Building to move those tenants back into your covered Building.

b. We will pay only for the following expenses:

(1) Packing, transporting, unpacking and re-shelving the tenant's Business Personal Property including the cost of insuring the move back and any necessary disassembly and reassembly or setup of furniture and equipment; and

(2) The cost to re-establish the tenants' utility and telephone services, minus any refunds due the tenants from discontinued or unused services.

c. We will only pay for the expenses that you incur within 60 days of the date:

(1) That at least 75% of the damage to the portion of the building(s) rented by that tenant has been repaired or

rebuilt; and

(2) The portion of the building that has been repaired or rebuilt is ready for occupancy.

d. Regardless of the number of tenants involved, the most we will pay under this Extension of Coverage per occurrence is the Tenant Move-back Expense Limit of Insurance shown in the Schedule.

**21. Theft Loss Damage to Non-owned Property**

a. You may extend the insurance that applies to your Business Personal property to apply to direct physical loss or damage to that part of the non-owned building where you are a tenant and that contains your Business Personal Property caused by or resulting from burglary or theft, or attempted burglary or attempted theft.

b. This Extension applies only to a premises where you are a tenant, and the terms of your lease for that non-owned property make you liable for damage described in paragraph a.

c. The most we will pay under this Extension of Coverage for loss or damage in any one occurrence is the Theft Loss Damage to Non-owned Property Limit of Insurance shown in the Schedule. Payment under this Extension of Coverage is included within the Limit of Insurance applicable to your Business Personal property.

d. The Business Personal Property Deductible shown in the Declarations applies to this Extension.

e. We will pay nothing if others pay for the repairs or replacement.

**I.** The following Property Optional Coverages are modified:

**1. Outdoor Signs**

The Outdoor Signs Optional Coverage applies to your policy.

a. The following replaces paragraph d in Outdoor Signs optional coverage:

d. The most we will pay under this Optional Coverage for loss or damage in any one occurrence is the sum of:

(1) The Outdoor Signs Limit of Insurance shown in the Schedule; and

(2) The Outdoor Signs Limit of Insurance, if any, shown in the Declarations.

**b.** The following is added to the Outdoor Signs optional coverage:

The Outdoor Signs optional coverage does not apply to signs attached to buildings.

**2. Employee Dishonesty**

The Employee Dishonesty Optional Coverage applies to your policy.

Paragraph c in 2 Employee Dishonesty in Property Optional Coverages is replaced by the following:

**c.** The most we will pay under this Optional Coverage for loss or damage in any one occurrence is the sum of:

(1) The Employee Dishonesty Limit of Insurance shown in the Schedule; and

(2) The Employee Dishonesty Limit of Insurance, if any, shown in the Declarations.

**J. Business Income - No Waiting Period**

Item a of "Period of Restoration" in Definitions is replaced by the following:

**a.** Begins immediately after the time of direct physical loss or damage for Business Income and Extra Expense coverage caused by or resulting from any Covered Cause of Loss at the described premises; and

**K. Premises**

For purposes of coverages provided by or modified by this endorsement, "each premises" and "described premises" include your premises covered as a newly acquired location under Newly Acquired or Constructed Property in Property Extensions of Coverage.

**ACUITY LIABILITY ENHANCEMENTS - GOLD**                                    CB-7456(8-20)

**This endorsement modifies insurance provided under the following:**
**BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSES COVERAGE FORM**
**BIS-PAK® COMMON POLICY CONDITIONS**

**SCHEDULE**

| Coverage | Limit of Insurance | Page |
|---|---|---|
| Electronic Data Liability | $10,000 | 9 |
| Employee Benefits Liability | $250,000 | 5 |
| Increased Bail Bond Limit | $2,500 | 2 |
| Increased Limits of Insurance | see below | 9 |
|    Damage to Premises Rented to You | $300,000 | 9 |
|    Generate Aggregate* | 3 times current Liability and Medical Expenses Limit | 9 |
|    Medical Expenses | $10,000 | 9 |
|    Products - Completed Operations* | 3 times current Liability and Medical Expenses Limit | 9 |
| Supplemental Reasonable Expenses | $500 Per Day | 2 |
| Tenants Legal Liability | $10,000 | 9 |
| Voluntary Property Damage | $2,500 Per Occurrence $5,000 Per Aggregate | 2 |
| **Additional Included Coverages** | | |
| Automatic Status Additional Insured - Lessors of Leased Equipment | Included | 3 |
| Automatic Status Additional Insured - Managers or Lessors of Premises | Included | 3 |
| Automatic Status Additional Insured - Mortgagee, Assignee, or Receiver | Included | 4 |
| Automatic Status Additional Insured - State or Government Agency or Subdivision | Included | 4 |
| Bodily Injury Expanded Definition | Included | 11 |
| Damage to Premises Rented to You Broadening | Included | 10 |
| First Aid/Good Samaritan Coverage | Included | 2 |
| Knowledge by an Employee | Included | 10 |
| Newly Acquired Organizations - up to180 days | Included | 10 |
| Unintentional Failure to Disclose | Included | 11 |
| Waiver of Subrogation | Included | 11 |

*If your current Liability and Medical Expenses limit is $500,000 or $1,000,000

**A. Increased Bail Bond Limit**

Paragraph 1f(1)(b) under Liability and Medical Expenses Coverages is replaced by the following:

(b) Up to the Increased Bail Bond Limit of Insurance shown in the Schedule for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for *bodily injury* applies. We do not have to furnish these bonds.

**B. Supplemental Reasonable Expenses Incurred by Insured**

Paragraph 1f(1)(d) under Liability and Medical Expenses Coverages is replaced by the following:

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or *suit,* including actual loss of earnings up to the Supplemental Reasonable Expenses Limit of Insurance shown in the Schedule because of time off from work.

**C. Voluntary Property Damage**

**1.** With respect to the insurance provided under this coverage, the following apply:

**a.** Exclusion 1k(4) is replaced by the following:

(4) Personal property of others:

(a) Held by the insured for servicing, repair, storage or sale at premises owned, occupied or rented to the insured.

(b) Caused by the ownership, maintenance, use, loading or unloading of any auto, watercraft, or transportation of property by any means.

**b.** Exclusion 1k(5) is deleted.

**2.** The insurance provided by this coverage is subject to the following provisions:

**a.** We will pay for *property damage* at your request even if you are not legally liable, if it is otherwise subject to this coverage.

**b.** *Property damage* does not include loss of use if personal property of others is not physically injured.

**c. Limits**

The most we will pay for an *occurrence* under this coverage is the Voluntary Property Damage, Per Occurrence Limit of Insurance shown in the Schedule.

The most we will pay for the sum of all amounts paid under this coverage is the Voluntary Property Damage, Aggregate Limit of Insurance shown in the Schedule.

The Liability and Medical Expenses Limit and the Aggregate Limits do not apply to the insurance provided under this coverage.

**d. Settlement**

If you make any repairs to damaged property, at our request, we will pay the larger of your actual cost or 75% of your usual charge for the necessary labor and materials. Any property paid for or replaced by us may become our property at our option. Any payment made under this coverage shall not be interpreted as an admission of liability by the insured or the company.

**e. Deductible**

Our obligation to pay for a covered loss applies only to the amount of loss in excess of $100.

**f. Other Insurance**

The insurance provided by this coverage is excess over any other insurance carried by the insured which applies to a loss covered by this coverage.

**D. First Aid/Good Samaritan Coverage**

The Following is added to Liability and Medical Expenses Coverage:

**1.** For purposes of this coverage, the definition of *occurrence* in Definitions is replaced by the following:

"*Occurrence"* means an act or omission by your *employee* in providing or failing to provide *first aid services* provided:

**a.** Neither you nor the *employee* are employed to provide any type of *first aid services* or *medical services.*

**b.** The *first aid services* were provided while the *employee* was engaged in activities related to the scope and extent of their employment by you.

**2.** The following is added to paragraph 2 of Liability and Medical Expenses Limits of Insurance:

**c.** For the purposes of determining the applicable Each Occurrence Limit, all acts or omissions committed by one or more persons in providing or failing to provide *first aid services* to one person will be deemed to be one occurrence.

**3.** The following definitions are added to Definitions:

"*First aid services"* means *medical services* provided when no *professional medical service provider* (whether licensed or not) is present and without the immediate provision

of which would have immediately resulted in death or significant adverse result from a serious injury or serious condition of the recipient of those services.

"*Medical services"* includes all medical and medically-related services.

*"Professional medical services provider"* means anyone who is employed to provide *medical services* or *first aid services.*

**E.  Automatic Status Additional Insured - Lessors of Leased Equipment**

**1.**  Who Is An Insured is amended to include as an additional insured any person(s) or organization(s) which leases equipment to you, but only when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy provided that a certificate of insurance showing that person or organization as an additional insured has been issued.

However:

**a.**  Such person(s) or organization(s) are additional insureds only with respect to *bodily injury, property damage* or *personal and advertising injury* caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s); and

**b.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**c.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**2.**  With respect to the insurance afforded to these additional insureds, this insurance does not apply to any *occurrence* that takes place after the equipment lease expires.

**3.**  With respect to the insurance afforded to these additional insureds, the following is added to the Liability and Medical Expenses Limits of Insurance section:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.**  Required by the contract or agreement; or

**b.**  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**F.  Automatic Status Additional Insured - Managers or Lessors of Premises**

**1.**  Who Is An Insured is amended to include any person(s) or organization(s) which manages or leases a premises rented to you which is covered under this policy, but only when you and such person or organization have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy provided that a certificate of insurance showing that person or organization as an additional insured has been issued.

However:

**a.**  Such person(s) or organization(s) are additional insureds only with respect to *bodily injury, property damage* or *personal and advertising injury* arising out of the ownership, maintenance or use of that part of the premises leased to you; and

**b.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**c.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**2.**  With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**a.**  Any *occurrence* that takes place after you cease to be a tenant in the premises insured under this policy; and.

**b.**  Structural alterations, new construction or demolition operations performed by or for the additional insured.

**3.**  With respect to the insurance afforded to these additional insureds, the following is added to the Liability and Medical Expenses Limits of Insurance section:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.**  Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**G. Automatic Status Additional Insured - Mortgagee, Assignee, or Receiver**

**1.** Who Is An Insured is amended to include any person(s) or organization(s) with respect to that person(s) or organization(s) liability as mortgagee, assignee or receiver, but only when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy provided that a certificate of insurance showing that person or organization as an additional insured has been issued.

However:

**a.** Such person(s) or organization(s) are additional insureds only with respect to liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of premises by you and which is covered by this policy; and

**b.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**c.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**2.** With respect to the insurance afforded to these additional insureds this insurance does not apply to structural alterations, new construction or demolition operations performed by or for that person(s) or organization(s).

**3.** With respect to the insurance afforded to these additional insureds, the following is added to the Liability and Medical Expenses Limits of Insurance section:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**H. Automatic Status Additional Insured - State or Government Agency or Subdivision**

**1.** Who Is An Insured is amended to include as an additional insured any state or governmental agency or subdivision or political subdivision, but only when you and such state or governmental agency or subdivision or political subdivision have agreed in writing in a contract or agreement that such state or governmental agency or subdivision or political subdivision be added as an additional insured on your policy, subject to the following provisions, provided that a certificate of insurance showing that person or organization as an additional insured has been issued.

**a.** This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

However:

(1) The insurance afforded to such additional insured only applies to the extent permitted by law; and

(2) If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** This insurance does not apply to:

(1) *Bodily injury, property damage,* or *personal and advertising injury* arising out of operations performed for the federal government, state or municipality; or

(2) *Bodily injury* or *property damage* included within the *products-completed operations hazard.*

**2.** With respect to the insurance afforded to these additional insureds, the following is added to the Liability and Medical Expenses Limits of Insurance section:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

b. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**I.  Employee Benefits Liability Coverage**

**1.** The following is added to Liability and Medical Expenses Coverages:

**Insuring Agreement**

**a.** We will pay those sums that the inured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this coverage applies. We will have the right and duty to defend the insured against any *suit* seeking those damages. However, we will have no duty to defend the insured against any *suit* seeking damages to which this coverage does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any *claim* or *suit* that may result. But:

(1) The amount we will pay for damages is limited as described in paragraph 4 of this coverage; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This coverage applies to damages only if:

(1) The act, error or omission, is negligently committed in the *administration* of your *employee benefit program;*

(2) The act, error or omission, did not take place before the original inception date of this coverage nor after the end of the policy period; and

(3) A *claim* for damages, because of an act, error or omission, is first made against any insured, in accordance with paragraph c below, during the policy period or an Extended Reporting Period we provide under paragraph 6 of this coverage.

**c.** A *claim* seeking damages will be deemed to have been made at the earlier of the following times:

(1) When notice of such *claim* is received and recorded by any insured or by us, whichever comes first; or

(2) When we make settlement in accordance with paragraph a above.

A *claim* received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

**d.** All *claims* for damages made by an *employee* because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such *employee's* dependents and beneficiaries, will be deemed to have been made at the time the first of those *claims* is made against any insured.

**Exclusions**

This coverage does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

*Bodily injury, property damage* or *personal and advertising injury.*

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the *employee benefit program.*

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any *claim* based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the *employee benefit program.*

f. **Workers' Compensation And Similar Laws**

Any *claim* arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any *claim* for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

2. For the purposes of the coverage provided:

   a. All references to Supplementary Payments are replaced by Supplementary Payments and Employee Benefits Liability.

   b. Paragraphs f(1)(b), f(2) and f(3) Coverage Extension - Supplementary Payments do not apply.

3. For the purposes of the coverage provided, paragraphs 2 and 3 under Who Is An Insured are replaced by the following:

   2. Each of the following is also an insured:

      a. Each of your *employees* who is or was authorized to administer your *employee benefit program.*

      b. Any persons, organizations or *employees* having proper temporary authorization to administer your *employee benefit program* if you die, but only until your legal representative is appointed.

      c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this coverage.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

4. For the purposes of the coverage provided, the Liability and Medical Expenses Limits of Insurance Section is replaced by the following:

**Limits Of Insurance**

   a. The rules below fix the most we will pay regardless of the number of:

      (1) Insureds;

      (2) *Claims* made or *suits* brought;

      (3) Persons or organizations making *claims* or bringing *suits;*

      (4) Acts, errors or omissions; or

      (5) Benefits included in your *employee benefits program.*

   b. The Employee Benefits Liability Limit of Insurance shown in the Schedule is the most we will pay for all damages because of acts, errors or omissions negligently committed in the *administration* of your *employee benefit program.*

   c. Subject to paragraph b, the Employee Benefits Liability Limit of Insurance shown in the Schedule is the most we will pay for all damages sustained by any one *employee,* including damages sustained by such *employee's* dependents and beneficiaries, as a result of:

      (1) An act, error or omission; or

      (2) A series of related acts, errors or omissions negligently committed in the *administration* of your *employee benefit program.*

   However, the amount paid under this coverage shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the

*employee benefit program.*

**d.** The Limits of Insurance of this coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this coverage is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in e below as applicable to Each Employee. The Limits of Insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in e below applies to all damages sustained by any one *employee,* including such *employee's* dependents and beneficiaries, because of all acts, errors or omissions to which this coverage applies.

**c.** The terms of this coverage, including those with respect to:

(1) Our right and duty to defend any *suits* seeking those damages; and

(2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or *claim* apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any *claim* or *suit* and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**e.** Deductible

Each Employee Deductible: $1,000

**5.** For the purposes of the coverage provided, Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition is replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a *claim.* To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a *claim* is made or *suit* is brought against any insured, you must:

(1) Immediately record the specifics of the *claim* or *suit* and the date received; and

(2) Notify us as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the *claim* or *suit;*

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the *claim* or defense against the *suit;* and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this coverage may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**e.** The requirements to notify us can be satisfied by notifying our agent. Notice can be by any means of communication.

**6.** For the purposes of the coverage provided, the following Extended

Reporting Period provisions are added:

**EXTENDED REPORTING PERIOD**

**a.** You will have the right to purchase an Extended Reporting Period, as described below, if:

(1) This coverage is canceled or not renewed; or

(2) We renew or replace this coverage with insurance that:

(a) Has an inception date later than the original inception date of this coverage; or

(b) Does not apply to an act, error or omission on a claims-made basis.

**b.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to *claims* for acts, errors or omissions that were first committed before the end of the policy period but not before the original inception date of this coverage. Once in effect, the Extended Reporting Period may not be canceled.

**c.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

(1) The *employee benefit programs* insured;

(2) Previous types and amounts of insurance;

(3) Limits of Insurance available under this coverage for future payment of damages; and

(4) Other related factors.

The additional premium will not exceed $100.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting

Period, including a provision to the effect that the coverage afforded for *claims* first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period.

**d.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the Employee Benefits Liability Limit of Insurance shown in the Schedule.

Paragraph 4 of this coverage will be amended accordingly. The each employee limit will then continue to apply.

**7.** For the purposes of the coverage provided, the following definitions are added to Liability and Medical Expenses Definitions:

**a.** *"Administration"* means:

(1) Providing information to *employees,* including their dependents and beneficiaries, with respect to eligibility for or scope of *employee benefit programs;*

(2) Handling records in connection with the *employee benefit program;* or

(3) Effecting, continuing or terminating any *employee's* participation in any benefit included in the *employee benefit program.*

However, *administration* does not include handling payroll deductions.

**b.** *"Cafeteria plans"* means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**c.** *"Claim"* means any demand, or *suit,* made by an *employee* or an *employee's* dependents and beneficiaries, for damages as the result of an act, error or omission.

**d.** *"Employee benefit program"* means a program providing some or all of the following benefits to *employees,* whether provided through a *cafeteria*

*plan* or otherwise:

(1) Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an *employee* may subscribe to such benefits and such benefits are made generally available to those *employees* who satisfy the plan's eligibility requirements;

(2) Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an *employee* may subscribe to such benefits and such benefits are made generally available to all *employees* who are eligible under the plan for such benefits;

(3) Unemployment insurance, social security benefits, workers' compensation and disability benefits;

(4) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

(5) Any other similar benefits added thereto by endorsement.

8. For the purposes of the coverage provided, the following Definitions in the Liability and Medical Expenses Definitions Section are replaced by the following:

a. *"Employee"* means a person actively employed, formerly employed, on leave of absence or disabled, or retired. *Employee* includes a *leased worker. Employee* does not include a *temporary worker.*

b. *"Suit"* means a civil proceeding in which damages because of an act, error or omission to which this coverage applies are alleged. *Suit* includes:

(1) An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

(2) Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with

our consent.

9. The Bis-Pak® Common Policy Conditions are amended as follows:

For the purposes of the coverage provided, paragraph H3 Other Insurance is replaced by the following:

3. This Employee Benefits Liability Coverage is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Declarations and that applies to an act, error or omission on other than a claims-made basis, if the other insurance has a policy period which continues after the original inception date of this coverage.

J. **Increased Limits of Insurance**

1. The General Aggregate Limit is increased to equal the Liability and Medical Expenses Limit times the Increased Limits of Insurance - General Aggregate number shown in the Schedule if your current Liability and Medical Expenses Limit is equal to $500,000 or $1,000,000.

2. The Products-Completed Operations Aggregate Limit is increased to equal the Liability and Medical Expenses Limit times the Increased Limits of Insurance - Products-Completed Operations Aggregate number shown in the Schedule if your current Liability and Medical Expenses Limit is equal to $500,000 or $1,000,000.

3. The Damage To Premises Rented To You Limit is increased to the Increased Limits of Insurance - Damage to Premises Rented to You Limit of Insurance shown in the Schedule.

4. The Medical Expense Limit is increased to the Increased Limits of Insurance - Medical Expenses Limit of Insurance shown in the Schedule.

The Limits of Insurance shown in the Schedule do not replace and are not in addition to the Limits of Insurance shown in the Declarations.

K. **Tenants Legal Liability**

Paragraphs (1), (3) and (4) of exclusion k do not apply to *property damage* other than damage by fire, lightning, explosion, smoke, or water to premises, including the contents of such premises, rented to you for a period of 8 or more consecutive days.

The most we will pay under this coverage for damages because of *property damage* to any one premises is the Tenants Legal Liability Limit of Insurance shown in the Schedule. A $250

deductible applies.

**L. Electronic Data Liability**

1. Exclusion 1s is replaced by the following: This insurance does not apply to:

   s. Access or Disclosure of Confidential or Personal Information and Data-related Liability

      (1) Damages, other than damages because of *personal and advertising injury,* arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

      (2) Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate *electronic data* that does not result from physical injury to tangible property.

      This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in paragraph (1) or (2) above.

      However, unless paragraph (1) above applies, this exclusion does not apply to damages because of *bodily injury.*

2. The following paragraph is added to Liability and Medical Expenses Limits of Insurance:

   Subject to 2 above, the most we will pay for *property damage* because of all loss of *electronic data* arising out of any one *occurrence* is the Electronic Data Liability Limit of Insurance shown in the Schedule.

3. The following definition is added to Liability and Medical Expenses Definitions:

   *"Electronic data"* means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive,

process, store, retrieve or send data.

4. For the purposes of this coverage, the definition of *"property damage"* is replaced by the following:

   *"Property damage"* means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the *occurrence* that caused it; or

   c. Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate *electronic data,* resulting from physical injury to tangible property. All such loss of *electronic data* shall be deemed to occur at the time of the *occurrence* that caused it.

   For the purposes of this coverage, *electronic data* is not tangible property.

**M. Newly Acquired Organizations**

Paragraph 3a under Who Is An Insured is replaced by the following:

a. Coverage under this provision is afforded only:

   (1) For the number of days for the Newly Acquired Organizations as shown in the Schedule after you acquire or form the organization; or

   (2) Until the end of the policy period,

   whichever is earlier;

**N.** Paragraph 3 of Liability and Medial Expenses Limits of Insurance is replaced by the following:

3. The most we will pay under Business Liability Coverage for damages because of *property damage* to a premises while rented to you or in the case of a fire, lightning, explosion, smoke or water while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You Limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the Damage To Premises Rented To You Limit shown in the Declarations.

**O. Knowledge of Claim or Suit**

The following is added to the Duties in the Event of Occurrence, Offense, Claim or Suit Condition in Liability and Medical Expenses General Conditions:

Knowledge of an *occurrence,* offense, claim or

*suit* by an agent or *employee* of any insured shall not in itself constitute knowledge of the insured unless your partners, *executive officers,* directors, managers, members or a person who has been designated by them to receive reports of *occurrences,* offenses, claims or *suits* shall have received such notice from the agent or *employee.*

**P. Bodily Injury Definition Expanded**

The definition of *bodily injury* is amended to include mental distress and mental injury, including but not limited to mental anguish and emotional anguish.

**Q. Waiver of Subrogation for Written Contracts**

The following is added to the Transfer of Rights of Recovery Against Others to Us Condition, Applicable to Liability Coverage in the Bis-Pak® Common Policy Conditions:

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or *your work* done under a contract with that person or organization and included in the

*products-completed operations hazard.*

The waiver applies only to:

**1.** Any person or organization with whom you have a written contract or agreement in which you are required to waive rights of recovery under this policy. Such contract or agreement must have been executed prior to the *occurrence* causing injury or damage; and

**2.** Any other person or organization you are required to add as an additional insured under the contract or agreement described in paragraph 1 above.

**R. Unintentional Failure to Disclose Hazard**

The following is added to the Representations Condition in the Bis-Pak® Common Policy Conditions:

Based on our dependence upon your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we will not reject Liability coverage under this policy based solely on such failure.

POLICY NUMBER: ZT6741

**PROTECTIVE SAFEGUARDS**                                                    IL-0415R(1-06)

This endorsement modifies insurance provided under the following:

BIS-PAK® COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

**1.** The following is added to the Commercial Property Conditions and the Bis-Pak® Property General Conditions:

**Protective Safeguards**

**a.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule.

**b.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1" **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

(1) Any automatic fire protective or extinguishing system, including connected:

(a) Sprinklers and discharge nozzles;

(b) Ducts, pipes, valves and fittings;

(c) Tanks, their component parts and supports; and

(d) Pumps and private fire protection mains.

(2) When supplied from an automatic fire protective system:

(a) Nonautomatic fire protective systems; and

(b) Hydrants, standpipes and outlets.

"P-2" **Automatic Fire Alarm,** protecting the entire building, that is:

(1) Connected to a central station; or

(2) Reporting to a public or private fire alarm station.

"P-3" **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

"P-4" **Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

"P-9," the protective system described in the Schedule.

**2.** The following is added to the Exclusions section of:

Causes of Loss - Basic Form
Causes of Loss - Broad Form
Causes of Loss - Special Form
Deluxe Bis-Pak® Property Coverage Form
Mortgage Holder's Errors and Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**a.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule and failed to notify us of that fact; or

**b.** Failed to maintain any protective safeguard listed in the Schedule, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable | Description of Any "P-9" if Applicable |
|---|---|---|---|
| 001 | 001 | P-1 | |
| 002 | 001 | P-1 | |

**ASBESTOS EXCLUSION**

IL-7012(1-18)

This endorsement modifies insurance provided under the following:

BIS-PAK® BUSINESS LIABILITY AND MEDICAL EXPENSE COVERAGE FORM

COMMERCIAL AUTO COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

GARAGE COVERAGE FORM

LIQUOR LIABILITY COVERAGE FORM

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE FORM

RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

RESIDENTIAL CARE FACILITY LIABILITY COVERAGE PART

The following exclusion is added:

**Asbestos**

This insurance does not apply to any *bodily injury* or *property damage* arising out of activities related to, but not limited to, manufacture, mining, storage, distribution, installation, sale, use, exposure to, service, testing for, repair, containment or removal of asbestos, asbestos fibers, asbestos dust, or products containing asbestos.

**CYBER SUITE COVERAGE ENDORSEMENT**                                          **IL-7149(7-20)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Schedule of this Cyber Coverage and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in italics have special meaning. Refer to **DEFINITIONS**.

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Schedule of this Cyber Coverage.

**1. Data Compromise Response Expenses**

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a *personal data compromise*; and

**(2)** Such *personal data compromise took* place in the *coverage territory*; and

**(3)** Such *personal data compromise* is first discovered by you during the *policy period;* and

**(4)** Such *personal data compromise* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such *personal data compromise* and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the *personal data compromise* to *affected individuals* as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the *personal data compromise* and the number and identities of the *affected individuals*.

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of *loss* or damage to data that is not *personally identifying information* or *personally sensitive information*.

If there is reasonable cause to suspect that a covered *personal data compromise* may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered *personal data compromise.* However, once it is determined that there was no covered *personal data compromise,* we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the *personal data compromise* and how you should best respond to it.

If there is reasonable cause to suspect that a covered *personal data compromise* may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered *personal data compromise*. However, once it is determined that there was no covered *personal data compromise*, we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the *personal data compromise* to *affected individuals*.

**(4) Services to Affected Individuals**

**IL-7149(7-20)** © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc. used with its permission.          Page **1** of **19**

We will pay your necessary and reasonable costs to provide the following services to *affected individuals* Services **(c)** and **(d)** below apply only to *affected individuals* from *personal data compromise* events involving *personally identifying information.*

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for *affected individuals* with questions about the *personal data compromise.* Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the *affected individual* enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any *affected individual* who is or appears to be a victim of *identity theft* that may reasonably have arisen from the *personal data compromise*, the services of an identity restoration professional who will assist that affected individual through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of, and response to, the potential impact of the *personal data compromise* on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with *affected individuals.* However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

*(b)* Promotion costs exceeding $25 per *affected individual.*

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry (PCI) fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a *computer attack*; and

**(2)** Such *computer attack* occurred in the *coverage territory*; and

**(3)** Such *computer attack* is first discovered by you during the *policy period;* and

**(4)** Such *computer attack* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide you the following coverages for *loss* directly arising from such *computer attack.*

**(1) Data Restoration**

We will pay your necessary and reasonable *data restoration costs.*

**(2) Data Re-creation**

We will pay your necessary and reasonable *data re-creation costs.*

**(3) System Restoration**

We will pay your necessary and reasonable *system restoration costs.*

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.    Page **2** of **19**

**(4) Loss of Business**

We will pay your actual *business income and extra expense loss* incurred during the *period of restoration.*

**(5) Extended Income Recovery**

If you suffer a covered *business income and extra expense loss* resulting from a *computer attack* on a *computer system* owned or leased by you and operated under your control, we will pay your actual *extended income loss.*

**(6) Public Relations**

If you suffer a covered *business income and extra expense loss,* we will pay for the services of a professional public relations firm to assist you in communicating your response to the *computer attack* to the media, the public and your customers, clients or members.

**3. Cyber Extortion**

**a.** Cyber Extortion applies only if all of the following conditions are met:

**(1)** There has been a *cyber extortion threat*; and

**(2)** Such *cyber extortion threat* is first made against you during the *policy period*; and

**(3)** Such *cyber extortion threat* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

**b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable *cyber extortion expenses* arising directly from such *cyber extortion threat*. The payment of *cyber extortion expenses* must be approved in advance by us. We will not pay for *cyber extortion expenses* that have not been approved in advance by us. We will not unreasonably withhold our approval.

**c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Misdirected Payment Fraud**

**a.** Misdirected Payment Fraud applies only if all of the following conditions are met:

**(1)** There has been a *wrongful transfer event* against you; and

**(2)** Such *wrongful transfer event* took place in the *coverage territory*; and

**(3)** Such *wrongful transfer event* is first discovered by you during the *policy period*; and

**(4)** Such *wrongful transfer event* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

**(5)** Such *wrongful transfer event* is reported in writing by you to the police.

**b.** If the conditions listed above in **a.** have been met, then we will pay your necessary and reasonable *wrongful transfer costs* arising directly from the *wrongful transfer event.*

**5. Computer Fraud**

**a.** Computer Fraud applies only if all of the following conditions are met:

**(1)** There has been a *computer fraud event* against you; and

**(2)** Such *computer fraud event* took place in the *coverage territory*; and

**(3)** Such *computer fraud event* is first discovered by you during the *policy period*; and

**(4)** Such *computer fraud event* is reported to us within 60 days after the date it is first discovered by you; and

**(5)** Such *computer fraud event* is reported in writing by you to the police.

**b.** If the conditions listed in **a.** above have been met, then we will pay your necessary and reasonable *computer fraud costs* arising directly from the *computer fraud event.*

**6. Data Compromise Liability**

**a.** Data Compromise Liability applies only if all of the following conditions are met:

**(1)** During the *policy period* or any applicable Extended Reporting Period, you first receive notice of one of the following:

**(a)** A *claim;* or

      **(b)** A *regulatory proceeding.*

  **(2)** Such *claim* or *regulatory proceeding* must arise from a *personal data compromise* that:

      **(a)** Took place during the *coverage term*; and

      **(b)** Took place in the *coverage territory*; and

      **(c)** Was submitted to us and insured under Data Compromise Response Expenses.

  **(3)** Such *claim* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

  **(1)** *Loss* directly arising from the *claim*; or

  **(2)** *Defense costs* directly arising from a *regulatory proceeding*.

**c.** All *claims* and *regulatory proceedings* arising from a single *personal data compromise* or interrelated *personal data compromises* will be deemed to have been made at the time that notice of the first of those *claims* or *regulatory proceedings* is received by you.

**7. Network Security Liability**

**a.** Network Security Liability applies only if all of the following conditions are met:

  **(1)** During the *policy period* or any applicable Extended Reporting Period, you first receive notice of a *claim* which arises from a *network security liability incident* that:

      **(a)** Took place during the *coverage term;* and

      **(b)** Took place in the *coverage territory;* and

  **(2)** Such *claim* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered *loss* directly arising from the *claim*.

**c.** All *claims* arising from a single *network security liability incident* or interrelated *network security liability incidents* will be deemed to have been made at the time that notice of the first of those *claims* is received by you.

**8. Electronic Media Liability**

**a.** Electronic Media Liability applies only if all of the following conditions are met:

  **(1)** During the *policy period* or any applicable Extended Reporting Period, you first receive notice of a *claim* which arises from an *electronic media liability incident* that:

      **(a)** Took place during the *coverage term*; and

      **(b)** Took place in the *coverage territory*; and

  **(2)** Such *claim* is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered *loss* directly arising from the *claim*.

**c.** All *claims* arising from a single *electronic media liability incident* or interrelated *electronic media liability incidents* will be deemed to have been made at the time that notice of the first of those *claims* is received by you.

**9. Identity Recovery**

**a.** Identity Recovery applies only if all of the following conditions are met:

  **(1)** There has been an *identity theft* involving the personal identity of an *identity recovery insured* under this Cyber Suite Coverage; and

  **(2)** Such *identity theft* took place in the *coverage territory*; and

  **(3)** Such *identity theft* is first discovered by the *identity recovery insured* during the *policy period*; and

  **(4)** Such *identity theft* is reported to us within 60 days after it is first discovered by the *identity recovery insured*.

**b.** If the conditions listed in a. above have been met, then we will provide the following to the *identity*

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.    Page **4** of **19**

*recovery insured*:

**(1) Case Management Service**

We will pay for the services of an *identity recovery case manager* as needed to respond to the *identity theft*; and

**(2) Expense Reimbursement**

We will pay for reimbursement of necessary and reasonable *identity recovery expenses* incurred as a direct result of the *identity theft*.

## B. EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs or *loss* arising from the following:

1. Nuclear reaction or radiation or radioactive contamination, however caused.

2. War and military action including any of the following and any consequence of any of the following:

   a. War, including undeclared or civil war;

   b. Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

3. Failure or interruption of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.

4. Any attack on, incident involving, or loss to any computer or system of computers that is not a *computer system.*

5. Costs to research or correct any deficiency.

6. Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

7. Any criminal investigations or proceedings.

8. Your intentional or willful complicity in a covered *loss* event.

9. Your reckless disregard for the security of your *computer system* or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event, computer fraud event* or *wrongful act* occurring before the *coverage term.*

12. That part of any *claim* seeking any non-monetary relief. However, this exclusion does not apply to *defense costs* arising from an otherwise insured *wrongful act.*

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

15. *Property damage* or *bodily injury* other than mental anguish or mental injury alleged in a *claim* covered under Electronic Media Liability.

16. The theft of a professional or business identity.

17. Any fraudulent, dishonest or criminal act by an *identity recovery insured* or any person aiding or abetting an *identity recovery insured* , or by any *authorized representative* of an *identity recovery insured*, whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an *identity recovery insured* who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

18. An *identity theft* that is not reported in writing to the police.

## C. LIMITS OF INSURANCE

1. **Aggregate Limits**

   Except for post-judgment interest, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule is the most we will pay for all *loss* under all applicable coverage sections, except Identity Recovery, in any one *policy period* or any applicable Extended Reporting Period. The Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule applies regardless of the number of insured events first discovered or *claims* or *regulatory proceedings* first received during the *policy period* or any applicable Extended Reporting Period.

   The Identity Recovery Coverage is subject to the Identity Recovery Limit as shown in the Cyber Suite Schedule.

2. **Coverage Sublimits**

   a. **Data Compromise Sublimits**

   The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for *loss* arising from any one *personal data compromise* is the applicable sublimit for each of those coverages shown in the Cyber Suite Schedule.

   These sublimits are part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule. Public Relations coverage is also subject to a limit per *affected individual* as described in **A.1.b.(5)**.

   b. **Computer Attack Sublimits**

   The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for *loss* arising from any one *computer attack* is the applicable Loss of Business sublimit shown in the Cyber Suite Schedule. The most we will pay under Computer Attack for Public Relations coverage for *loss* arising from any one *computer attack* is the applicable Public Relations sublimit shown in the Cyber Suite Schedule. These sublimits are part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule.

   c. **Cyber Extortion Sublimit**

   The most we will pay under Cyber Extortion coverage for *loss* arising from one *cyber extortion threat* is the applicable sublimit shown in the Cyber Suite Schedule. This sublimit is part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule.

   d. **Misdirected Payment Fraud Sublimit**

   The most we will pay under Misdirected Payment Fraud coverage for *loss* arising from one *wrongful transfer event* is the applicable sublimit shown in the Cyber Suite Schedule. This sublimit is part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule.

   e. **Computer Fraud Sublimit**

   The most we will pay under Computer Fraud coverage for *loss* arising from one *computer fraud event* is the applicable sublimit shown in the Cyber Suite Schedule. This sublimit is part of, and not in addition to, the Cyber Suite Annual Aggregate Limit shown in the Cyber Suite Schedule.

   f. **Identity Recovery Sublimits**

   The following provisions are applicable only to the Identity Recovery Coverage.

   **(1)** Case Management Service is available as needed for any one *identity theft* for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the annual aggregate limit for Identity Recovery.

   **(2)** Costs covered under item d. (Legal Costs) of the definition of *identity recovery expenses* are part of, and not in addition to, the annual aggregate limit for Identity Recovery.

   **(3)** Costs covered under item e. (Lost Wages) and item f. (Child and Elder Care Expenses) of the definition of *identity recovery expenses* are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Suite Schedule. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the *identity theft* by the *identity recovery insured*.

   **(4)** Costs covered under item g. (Mental Health Counseling) of the definition of *identity recovery expenses* is subject to the Mental Health Counseling sublimit shown in the Cyber Suite

Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the *identity theft* by the *identity recovery insured*.

**(5)** Costs covered under item h. (Miscellaneous Unnamed Costs) of the definition of *identity recovery expenses* is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Suite Schedule. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the *identity theft* by the *identity recovery insured* .

### 3. Application of Limits

**a.** A *computer attack*, *cyber extortion threat*, *personal data compromise*, *wrongful transfer event, computer fraud event* or *identity theft* may be first discovered by you in one *policy period* but it may cause insured *loss* in one or more subsequent *policy periods.* If so, all insured *loss* arising from such *computer attack*, *cyber extortion threat*, *personal data compromise*, *wrongful transfer event, computer fraud event* or *identity theft* will be subject to the limit of insurance applicable to the *policy period* when the *computer attack*, *cyber extortion threat*, *personal data compromise*, *wrongful transfer event, computer fraud event* or *identity theft* was first discovered by you.

**b.** You may first receive notice of a *claim* or *regulatory proceeding* in one *policy period* but it may cause insured *loss* in one or more subsequent *policy periods.* If so, all insured *loss* arising from such *claim* or *regulatory proceeding* will be subject to the limit of insurance applicable to the *policy period* when notice of the *claim* or *regulatory proceeding* was first received by you.

**c.** The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding *policy period.*

**d.** Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the *affected individuals* Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

## D. DEDUCTIBLES

**1.** We will not pay for *loss* until the amount of the insured *loss* exceeds the deductible amount shown in the Cyber Suite Schedule. We will then pay the amount of *loss* in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Suite Schedule. You will be responsible for the applicable deductible amount.

**2.** The deductible will apply to all:

**a.** *Loss* arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, or Computer Fraud.

**b.** *Loss* resulting from the same *wrongful act* or interrelated *wrongful acts* insured under Data Compromise Liability, Network Security Liability or Electronic Media Liability.

**3.** In the event that *loss* is insured under more than one coverage section, only the single highest deductible applies.

**4.** Insurance coverage under Identity Recovery is not subject to a deductible.

## E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### 1. Bankruptcy

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

### 2. Defense And Settlement

**a.** We shall have the right and the duty to assume the defense of any applicable *claim* or *regulatory proceeding* against you. You shall give us such information and cooperation as we may reasonably require.

**b.** You shall not admit liability for or settle any *claim* or *regulatory proceeding* or incur any defense costs without our prior written consent.

**c.** At the time a *claim* or *regulatory proceeding* is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

**d.** If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such *claim* or *regulatory proceeding* independently of us. Our liability shall not exceed the amount for which the *claim* or suit could have been settled if such recommendation was consented to, plus *defense costs* incurred by us, and *defense costs* incurred by you with our written consent, prior to the date of such refusal.

**e.** We will not be obligated to pay any *loss* or *defense costs,* or to defend or continue to defend any *claim* or *regulatory proceeding* after the applicable limit of insurance has been exhausted.

**f.** We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

    **(1)** After entry of judgment; and

    **(2)** Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

    These interest payments will be in addition to and not part of the applicable limit of insurance.

**3. Due Diligence**

You agree to use due diligence to prevent and mitigate *loss* insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

**a.** Providing and maintaining appropriate physical security for your premises, *computer system* and hard copy files;

**b.** Providing and maintaining appropriate computer and Internet security;

**c.** Maintaining and updating at appropriate intervals backups of computer data;

**d.** Protecting transactions, such as processing credit card, debit card and check payments; and

**e.** Appropriate disposal of files containing *personally identifying information, personally sensitive information* or *third party corporate data,* including shredding hard copy files and destroying physical media used to store electronic data.

**4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**

**a.** If, during the *policy period*, incidents or events occur which you reasonably believe may give rise to a *claim* or *regulatory proceeding* for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral *claim*, allegation or threat, you shall give written notice to us as soon as practicable and either:

    **(1)** Anytime during the *policy period*; or

    **(2)** Anytime during the extended reporting periods (if applicable).

**b.** If a *claim* or *regulatory proceeding* is brought against you, you must:

    **(1)** Immediately record the specifics of the *claim* or *regulatory proceeding* and the date received;

    **(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the *claim* or *regulatory proceeding* is first received by you;

    **(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the *claim* or *regulatory proceeding*;

    **(4)** Authorize us to obtain records and other information;

    **(5)** Cooperate with us in the investigation, settlement or defense of the *claim* or *regulatory proceeding*;

    **(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of *loss* or *defense costs* to which this insurance may also apply; and

    **(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such *claim* or *regulatory proceeding*.

**c.** In the event of a *personal data compromise*, *computer attack*, *cyber extortion threat, wrongful transfer*

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
    Includes copyrighted material of Insurance Services Office, Inc. used with its permission.    Page **8** of **19**

*event*, *computer fraud event* or *identity theft*, insured under this Cyber Coverage, you and any involved *identity recovery insured* must see that the following are done:

**(1)** Notify the police if a law may have been broken.

**(2)** Notify us as soon as practicable, but in no event more than 60 days after the *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event*, *computer fraud event* or *identity theft*. Include a description of any property involved.

**(3)** As soon as possible, give us a description of how, when and where the *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event*, *computer fraud event* or *identity theft* occurred.

**(4)** As often as may be reasonably required, permit us to:

**(a)** Inspect the property proving the *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event, computer fraud event* or *identity theft*;

**(b)** Examine your books, records, electronic media and records and hardware;

**(c)** Take samples of damaged and undamaged property for inspection, testing and analysis; and

**(d)** Make copies from your books, records, electronic media and records and hardware.

**(5)** Send us signed, sworn proof of *loss* containing the information we request to investigate the *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event, computer fraud event* or *identity theft*. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(6)** Cooperate with us in the investigation or settlement of the *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event, computer fraud event* or *identity theft*.

**(7)** If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

**(8)** Make no statement that will assume any obligation or admit any liability, for any *loss* for which we may be liable, without our prior written consent.

**(9)** Promptly send us any legal papers or notices received concerning the *loss*.

**d.** We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the *claim*, *regulatory proceeding* or *loss*, including your books and records. In the event of an examination, your answers must be signed.

**e.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

**5.  Extended Reporting Periods**

**a.** You will have the right to the Extended Reporting Periods described in this section, in the event of a *termination of coverage*.

**b.** If a *termination of coverage* has occurred, you will have the right to the following:

**(1)** At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the *termination of coverage* during which you may first receive notice of a *claim* or *regulatory proceeding* arising directly from a *wrongful act* occurring before the end of the *policy period* and which is otherwise insured by this Cyber Coverage; and

**(2)** Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the *termination of coverage* during which you may first receive notice of a *claim* or *regulatory proceeding* arising directly from a *wrongful act* occurring before the end of the *policy period* and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of *termination of coverage*. The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary,

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.       Page **9** of **19**

excess, contingent, or any other basis.

**6. Identity Recovery Help Line**

For assistance, if Identity Recovery applies, the *identity recovery insured* should call the

**Identity Recovery Help Line** at **1-866-219-0691**.

The **Identity Recovery Help Line** can provide the *identity recovery insured* with:

**a.** Information and advice for how to respond to a possible *identity theft*; and

**b.** Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an *identity recovery insured* prior to a determination that a covered *identity theft* has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered *identity theft* has not occurred.

As respects Expense Reimbursement Coverage, the *identity recovery insured* must send to us, within 60 days after our request, receipts, bills or other records that support his or her *claim* for *identity recovery expenses.*

**7. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date the *loss* or *identity theft* is first discovered by you, or the date on which you first receive notice of a *claim* or *regulatory proceeding*.

**8. Legal Advice**

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

**9. Other Insurance**

If there is other insurance that applies to the same *loss*, this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to *affected individuals*. We assume no responsibility under Data Compromise Response Expenses for any services promised to *affected individuals* without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of *affected individuals* to be notified, including contact information.

**b.** Information about the *personal data compromise* that may appropriately be communicated with *affected individuals*.

**c.** The scope of services that you desire for the *affected individuals*. For example, coverage may be structured to provide fewer services in order to make those services available to more *affected individuals* without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.    Page **10** of **19**

suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

### 12. Services

The following conditions apply as respects any services provided to you or any *affected individual* or *identity recovery insured* by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, *affected individuals* and *identity recovery insureds.*

**b.** All services may not be available or applicable to all individuals. For example, *affected individuals* and *identity recovery insureds* who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an *identity recovery case manager* under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

### 13. Valuation

We will determine the value of *money* as follows:

Our payment for loss of *money* or loss payable in *money* will be, at your option, in the *money* of the country in which the *wrongful transfer event* or *computer fraud event* took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

## F. DEFINITIONS

**1.** "*Affected Individual*" means any person whose *personally identifying information* or *personally sensitive information* is lost, stolen, accidentally released or accidentally published by a *personal data compromise* covered under this Cyber Coverage. This definition is subject to the following provisions:

**a.** *Affected individual* does not include any business or organization. Only an individual person may be an *affected individual.*

**b.** An *affected individual* may reside anywhere in the world.

**2.** "*Authorized Representative*" means a person or entity authorized by law or contract to act on behalf of an *identity recovery insured* .

**3.** "*Authorized Third Party User*" means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the *computer system* for the receipt or delivery of services.

**4.** "*Bodily Injury*" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**5.** "*Business Income and Extra Expense Loss*" means loss of Business Income and Extra Expense.

**a.** As used in this definition, Business Income means the sum of:

**(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal and necessary operating expenses incurred, including employee and director payroll.

**b.** As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no *computer attack* occurred.

**6.** "*Claim*"

**a.** *Claim* means:

**(1)** A written demand for monetary damages or non-monetary relief, including injunctive relief;

**(2)** A civil proceeding commenced by the filing of a complaint;

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.     Page **11** of **19**

**(3)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

**(4)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a *wrongful act* or a series of interrelated *wrongful acts* including any resulting appeal.

**b.** *Claim* does not mean or include:

**(1)** Any demand or action brought by or on behalf of someone who is:

**(a)** Your director;

**(b)** Your owner or part-owner; or

**(c)** A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. *Claim* will include proceedings brought by such individuals in their capacity as *affected individuals,* but only to the extent that the damages claimed are the same as would apply to any other *affected individual;* or

**(2)** A *regulatory proceeding.*

**c.** *Claim* includes a demand or proceeding arising from a *wrongful act* that is a *personal data compromise* only when the *personal data compromise* giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a *claim* to us and provided notifications and services to affected individuals in consultation with us pursuant to Data Compromise Response Expenses in connection with such *personal data compromise.*

**7.** *"Computer Attack"*

**a.** *"Computer attack"* means one of the following involving the *computer system:*

**(1)** An *unauthorized access incident;*

**(2)** A *malware attack;* or

**(3)** A *denial of service attack* against a *computer system.*

**b.** A *computer attack* ends at the earlier of:

**(1)** The time that the active attacking behavior ceases, the time that you have regained control over the *computer system* or the time that all unauthorized creation, destruction or movement of data associated with the *computer attack* has ceased, whichever happens latest; or

**(2)** 30 days after your discovery of the *computer attack.*

**8.** *"Computer Fraud Costs"* means:

**a.** The amount of *money* fraudulently obtained from you. *Computer fraud costs* include the direct financial loss only.

**b.** *Computer fraud costs* do not include any of the following:

**(1)** Other expenses that arise from the *computer fraud event;*

**(2)** Indirect loss, such as *bodily injury,* lost time, lost wages, *identity recovery expenses* or damaged reputation;

**(3)** Any interest, time value or potential investment gain on the amount of financial loss; or

**(4)** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**9.** *"Computer Fraud Event"* means:

**a.** An *unauthorized access incident* that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a *computer system* owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an *employee, executive* or *independent contractor.* Such fraudulent entry or change must cause *money* to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

**b.** *Computer fraud event* does not mean or include any occurrence:

**(1)** In which you are threatened or coerced to send money or divert a payment; or

**(2)** Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

**10.** *"Computer System"* means a computer or other electronic hardware that:

**a.** Is owned or leased by you and operated under your control; or

**b.** Is operated by a third-party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a *computer system* with respect to the specific services provided by such third party to you under such contract.

**11.** "*Coverage Term*" means the increment of time:

**a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

**b.** Ending upon the *termination of coverage*.

**12.** *"Coverage Territory"* means:

**a.** With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud and Identity Recovery, *coverage territory* means anywhere in the world.

**b.** With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, *coverage territory* means anywhere in the world, however *claims* must be brought within the United States (including its territories and possessions) or Puerto Rico.

**13.** *"Cyber Extortion Expenses"* means:

**a.** The cost of a negotiator or investigator retained by you in connection with a *cyber extortion threat*; and

**b.** Any amount paid by you in response to a *cyber extortion threat* to the party that made the *cyber extortion threat* for the purposes of eliminating the *cyber extortion threat* when such expenses are necessary and reasonable and arise directly from a *cyber extortion threat*. The payment of *cyber extortion expenses* must be approved in advance by us. We will not pay for *cyber extortion expenses* that have not been approved in advance by us. We will not unreasonably withhold our approval.

**14.** *"Cyber Extortion Threat"* means:

**a.** *Cyber extortion threat* means a demand for money from you based on a credible threat, or series of related credible threats, to:

**(1)** Launch a *denial of service attack* against the *computer system* for the purpose of denying *authorized third party users* access to your services provided through the *computer system* via the Internet;

**(2)** Gain access to a *computer system* and use that access to steal, release or publish *personally identifying information, personally sensitive information* or *third party corporate data;*

**(3)** Alter, damage or destroy electronic data or software while such electronic data or software is stored within a *computer system;*

**(4)** Launch a *computer attack* against a *computer system* in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a *computer system;* or

**(5)** Cause you to transfer, pay or deliver any funds or property using a *computer system* without your authorization.

**b.** *Cyber extortion threat* does not mean or include any threat made in connection with a legitimate commercial dispute.

**15.** *"Data Re-creation Costs"*

**a.** *Data re-creation costs* means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

**b.** *Data re-creation costs* does not mean or include costs to research, re-create or replace:

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.      Page **13** of **19**

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**16.** *"Data Restoration Costs"*

  **a.** *Data restoration costs* means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered *data restoration costs*, such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

  **b.** *Data restoration costs* does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**17.** *"Defense Costs"*

  **a.** *Defense costs* means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any *claim* or *regulatory proceeding* against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

  **b.** *Defense costs* does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**18.** *"Denial of Service Attack"* means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**19.** *"Electronic Media Incident"* means an allegation that the display of information in electronic form by you on a website resulted in:

  **a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

  **b.** Defamation against a person or organization that is unintended; or

  **c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**20.** *"Employee"* means any natural person, other than an *executive,* who was, now is or will be:

  **a.** Employed on a full-time or part-time basis by you;

  **b.** Furnished temporarily to you to substitute for a permanent *employee* on leave or to meet seasonal or short-term workload conditions;

  **c.** Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.**; or

  **d.** Your volunteer worker, which includes unpaid interns.

**21.** *"Executive"* means any natural person who was, now is or will be:

  **a.** The owner of your sole proprietorship; or

  **b.** A duly elected or appointed:

    **(1)** Director;

    **(2)** Officer;

    **(3)** Managing Partner;

    **(4)** General Partner;

    **(5)** Member (if a limited liability company);

    **(6)** Manager (if a limited liability company); or

    **(7)** Trustee;
    of your business.

22. *"Extended Income Loss"* means your actual *business income and extra expense loss* incurred during the *extended recovery period.*

23. *"Extended Recovery Period"* means a fixed period of 180 days immediately following the end of the *period of restoration.*

24. *"Identity Recovery Case Manager"* means one or more individuals assigned by us to assist an *identity recovery insured* with communications we deem necessary for re-establishing the integrity of the personal identity of the *identity recovery insured* . This includes, with the permission and cooperation of the *identity recovery insured,* written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

25. "*Identity Recovery Expenses*" means the following when they are reasonable and necessary expenses that are incurred as a direct result of an *identity theft* suffered by an *identity recovery insured*:

   a. **Re-Filing Costs**

   Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an *identity theft*.

   b. **Notarization, Telephone and Postage Costs**

   Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the *identity recovery insured's* efforts to report an *identity theft* or amend or rectify records as to the *identity recovery insured's* true name or identity as a result of an *identity theft*.

   c. **Credit Reports**

   Costs for credit reports from established credit bureaus.

   d. **Legal Costs**

   Fees and expenses for an attorney approved by us for the following:

   **(1)** The defense of any civil suit brought against an *identity recovery insured*.

   **(2)** The removal of any civil judgment wrongfully entered against an *identity recovery insured*.

   **(3)** Legal assistance for an *identity recovery insured* at an audit or hearing by a governmental agency.

   **(4)** Legal assistance in challenging the accuracy of the *identity recovery insured's* consumer credit report.

   **(5)** The defense of any criminal charges brought against an *identity recovery insured* arising from the actions of a third party using the personal identity of the *identity recovery insured*.

   e. **Lost Wages**

   Actual lost wages of the *identity recovery insured* for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole workdays. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   f. **Child and Elder Care Expenses**

   Actual costs for supervision of children or elderly or infirm relatives or dependents of the *identity recovery insured* during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the *identity recovery insured*.

   g. **Mental Health Counseling**

   Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the *identity recovery insured*.

   h. **Miscellaneous Unnamed Costs**

   Any other reasonable costs necessarily incurred by an *identity recovery insured* as a direct result of the *identity theft*.

   **(1)** Such costs include:

   **(a)** Costs by the *identity recovery insured* to recover control over his or her personal identity.

   **(b)** Deductibles or service fees from financial institutions.

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.     Page **15** of **19**

**(2)** Such costs do not include:

    **(a)** Costs to avoid, prevent or detect *identity theft* or other loss.

    **(b)** Money lost or stolen.

    **(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage or policy.

**26.** *"Identity Recovery Insured"* means the following:

    **a.** When the entity insured under this Cyber Coverage is a sole proprietorship, the *identity recovery insured* is the individual person who is the sole proprietor of the insured identity.

    **b.** When the entity insured under this Cyber Coverage is a partnership, the *identity recovery insureds* are the current partners.

    **c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in a. or b. above, the *identity recovery insureds* are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the *identity recovery insured* will be:

        **(1)** The chief executive of the insured entity; or

        **(2)** As respects a religious institution, the senior ministerial employee.

An *identity recovery insured* must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an *identity recovery insured*.

**27.** *"Identity Theft"*

    **a.** *Identity Theft* means the fraudulent use of *personally identifying information.* This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

    **b.** *Identity theft* does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**28.** *"Independent Contractor"* means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

**29.** *"Loss"*

    **a.** With respect to Data Compromise Response Expenses, *loss* means those expenses enumerated in Data Compromise Response Expenses, paragraph **b**.

    **b.** With respect to Computer Attack, *loss* means those expenses enumerated in Computer Attack, paragraph **b**.

    **c.** With respect to Cyber Extortion, *loss* means *cyber extortion expenses.*

    **d.** With respect to Misdirected Payment Fraud, *loss* means *wrongful transfer costs.*

    **e.** With respect to Computer Fraud, *loss* means *computer fraud costs.*

    **f.** With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, *loss* means *defense costs* and *settlement costs.*

    **g.** With respect to Identity Recovery, *loss* means those expenses enumerated in Identity Recovery, paragraph **b**.

**30.** *"Malware Attack"*

    **a.** *Malware attack* means an attack that damages a *computer system* or data contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

    **b.** *Malware attack* does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your *computer system* during the manufacturing process or normal maintenance.

**31.** *"Money"* means:

    **a.** *Money* means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

    **b.** *Money* does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and

other forms of digital, virtual or electronic currency.

32. *"Network Security Incident*" means a negligent security failure or weakness with respect to a *computer system* which allowed one or more of the following to happen:

    **a.** The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

    **b.** The unintended abetting of a *denial of service attack* against one or more other systems; or

    *c.* The unintended loss, release or disclosure of *third party corporate data.*

33. *"Period of Restoration"* means the period of time that begins 8 hours after the time that a *computer attack* is discovered by you and continues until the earliest of:

    **a.** The date that all data restoration, data re-creation and system restoration directly related to the *computer attack* has been completed;

    **b.** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

    **c.** If no data restoration, data re-creation or system restoration is required, the end of the *computer attack*.

34. *"Personal Data Compromise"* means the loss, theft, accidental release or accidental publication of *personally identifying information* or *personally sensitive information* as respects one or more *affected individuals* If the loss, theft, accidental release or accidental publication involves *personally identifying information,* such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

    **a.** At the time of the loss, theft, accidental release or accidental publication, the *personally identifying information* or *personally sensitive information* need not be at the insured premises but must be in the direct care, custody or control of:

        **(1)** You; or

        **(2)** A professional entity with which you have a direct relationship and to which you (or *an affected individual* at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

    **b.** P*ersonal data compromise* includes disposal or abandonment of *personally identifying information* or *personally sensitive information* without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

    **c.** P*ersonal data compromise* includes situations where there is a reasonable cause to suspect that such *personally identifying information* or *personally sensitive information* has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

    **d.** All incidents of *personal data compromise* that are discovered at the same time or arise from the same cause will be considered one *personal data compromise*.

35. "*Personally Identifying Information*"

    **a.** *Personally identifying information* means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an *affected individual* or *identity recovery insured.* This includes, but is not limited to, Social Security numbers or account numbers.

    **b.** *Personally identifying information* does not mean or include information that is otherwise available to the public, such as names and addresses.

36. *"Personally Sensitive Information"*

    **a.** *Personally sensitive information* means private information specific to an individual the release of which requires notification of *affected individuals* under any applicable law.

    **b.** *Personally sensitive information* does not mean or include *personally identifying information*.

37. *"Policy Period"* means the period commencing on the effective date shown in the Cyber Suite Schedule The *policy period* ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

38. *"Property Damage"* means

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

    **a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

    **b.** Loss of use of tangible property that is not physically injured.

**39.** *"Regulatory Proceeding"* means an investigation, demand or proceeding alleging a violation of law or regulation arising from a *personal data compromise* brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**40.** *"Settlement Costs"*

    **a.** *Settlement costs* means the following, when they arise from a *claim*:

        **(1)** Damages, judgments or settlements; and

        **(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

        **(3)** Pre-judgment interest on that part of any judgment paid by us.

    **b.** *Settlement costs* does not mean or include:

        **(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

        **(2)** Punitive and exemplary damages;

        **(3)** The multiple portion of any multiplied damages;

        **(4)** Taxes; or

        **(5)** Matters which may be deemed uninsurable under the applicable law.

    **c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

        **(1)** Is where those fines, or penalties were awarded or imposed;

        **(2)** Is where any *wrongful act* took place for which such fines, or penalties were awarded or imposed;

        **(3)** Is where you are incorporated or you have your principal place of business; or

        **(4)** Is where we are incorporated or have our principal place of business.

**41.** *"System Restoration Costs"*

    **a.** *System restoration costs* means the costs of an outside professional firm hired by you to do any of the following in order to restore your *computer system* to its pre-*computer attack* level of functionality:

        **(1)** Replace or reinstall computer software programs;

        **(2)** Remove any malicious code; and

        *(3)* Configure or correct the configuration of your *computer system.*

    **b.** *System restoration costs* does not mean or include:

        **(1)** Costs to increase the speed, capacity or utility of a *computer system* beyond what existed immediately prior to the *computer attack*;

        **(2)** Labor costs of your employees or directors;

        **(3)** Any costs in excess of the actual cash value of your *computer system;* or

        **(4)** Costs to repair or replace hardware.

**42.** *"Termination of Coverage"* means:

    **a.** You or we cancel this coverage;

    **b.** You or we refuse to renew this coverage; or

    **c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**43.** *"Third Party Corporate Data"*

    **a.** *Third party corporate data* means any trade secret, data, design, interpretation, forecast, formula,

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. used with its permission.    Page **18** of **19**

method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

   **b.** *Third party corporate data* does not mean or include *personally identifying information* or *personally sensitive information.*

**44.** *"Unauthorized Access Incident"* means the gaining of access to a *computer system* by:

   **a.** An unauthorized person or persons; or

   **b.** An authorized person or persons for unauthorized purposes.

**45.** *"Wrongful Act"*

   **a.** With respect to Data Compromise Liability, *wrongful act* means a *personal data compromise.*

   **b.** With respect to Network Security Liability*, wrongful act* means a *network security incident.*

   **c.** With respect to Electronic Media Liability, *wrongful act* means an *electronic media incident.*

**46.** *"Wrongful Transfer Costs"* means the amount of *money* fraudulently obtained from you*. Wrongful transfer costs* include the direct financial loss only. *Wrongful transfer costs* do not include any of the following:

   **a.** Other expenses that arise from the *wrongful transfer event;*

   **b.** Indirect loss, such as *bodily injury,* lost time, lost wages, *identity recovery expenses* or damaged reputation;

   **c.** Any interest, time value or potential investment gain on the amount of financial loss; or

   **d.** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**47.** *"Wrongful Transfer Event"*

   **a.** *Wrongful transfer event* means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an *employee, executive* or *independent contractor* using email, facsimile or telephone communications to induce you or the financial institution to send or divert *money.* The deception must result in direct financial loss to you.

   **b.** *Wrongful transfer event* does not mean or include any occurrence:

   **(1)** In which you are threatened or coerced to send money or divert a payment; or

   **(2)** Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

IL-7149(7-20) © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
   Includes copyrighted material of Insurance Services Office, Inc. used with its permission.    Page **19** of **19**

# CYBER SUITE SCHEDULE                    IL-7151(7-20)

Policy Number:  ZT6741                                    Cyber Coverage Effective Date: 2024-01-01
Named Insured: SESSION FIXTURE

---

## CYBER SUITE

---

| | |
|---|---|
| **Annual Aggregate Limit:** | $1,000,000 |
| **Deductible Per Occurrence:** | $10,000 |
| | |
| **DATA COMPROMISE RESPONSE EXPENSES** | **Included** |
| **Sublimits Per Occurrence** | |
| Forensic IT Review: | $500,000 |
| Legal Review: | $500,000 |
| Public Relations: | $5,000 |
| Regulatory Fines and Penalties: | $500,000 |
| PCI Fines and Penalties: | $500,000 |
| | |
| **COMPUTER ATTACK** | **Included** |
| **Sublimits Per Occurrence** | |
| Loss of Business: | $500,000 |
| Public Relations: | $5,000 |
| | |
| **CYBER EXTORTION** | Included |
| **Sublimit Per Occurrence:** | $25,000 |
| | |
| **MISDIRECTED PAYMENT FRAUD** | Included |
| **Sublimit Per Occurrence:** | $25,000 |
| | |
| **COMPUTER FRAUD** | Included |
| **Sublimit Per Occurrence:** | $25,000 |
| | |
| **DATA COMPROMISE LIABILITY** | **Included** |
| | |
| **NETWORK SECURITY LIABILITY** | **Included** |
| | |
| **ELECTRONIC MEDIA LIABILITY** | **Included** |

---

## IDENTITY RECOVERY COVERAGE

---

| | |
|---|---|
| **Annual Aggregate Limit Per *Identity Recovery Insured:*** | **$25,000** |
| **Deductible Per Occurrence:** | **None** |
| | |
| **Sublimits Per Occurrence** | |
| Lost Wages and Child and Elder Care Expenses: | $5,000 |
| Mental Health Counseling: | $1,000 |
| Miscellaneous Unnamed Costs: | $1,000 |

---

© 2018, The Hartford Steam Boiler Inspection and Insurance company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., used with its permission.

IL-7151(7-20)                                             Page 1 of 1

**MISSOURI CHANGES – CYBER SUITE COVERAGE**                    **IL-7158 (7-20)**

This endorsement changes the policy. Please read it carefully.

This endorsement modifies the insurance provided under the following:

**Cyber Suite Coverage**

1.  **A. COVERAGE**, **1. Data Compromise Response Expenses**, paragraph **a.(4)** is deleted and replaced with the following:

    **(4)** Such *personal data compromise* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first discovered by you.

2.  **A. COVERAGE**, **2. Computer Attack**, paragraph **a.(4)** is deleted and replaced with the following:

    **(4)** Such *computer attack* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first discovered by you.

3.  **A. COVERAGE**, **3. Cyber Extortion**, paragraph **a.(3)** is deleted and replaced with the following:

    **(3)** Such *cyber extortion threat* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first made against you.

4.  **A. COVERAGE, 4. Misdirected Payment Fraud,** paragraph **a. (4)** is deleted and replaced with the following:

    **(4)** Such *wrongful transfer event* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first discovered by you.

5.  **A. COVERAGE, 5. Computer Fraud,** paragraph **a.(4)** is deleted and replaced with the following:

    **(4)** Such *computer fraud event* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first discovered by you.

6.  **A. COVERAGE**, **6. Data Compromise Liability**, paragraph **a.(3)** is deleted and replaced with the following:

    **(3)** Such *claim* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first received by you.

7.  **A. COVERAGE**, **7. Network Security Liability**, paragraph **a.(2)** is deleted and replaced with the following:

    **(2)** Such *claim* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first received by you.

8.  **A. COVERAGE**, **8. Electronic Media Liability**, paragraph **a.(2)** is deleted and replaced with the following:

    **(2)** Such *claim* is reported to us as soon as practicable, but in no event more than a reasonable period of time after the date it is first received by you.

9.  **A. COVERAGE**, **9. Identity Recovery**, paragraph **a.(4)** is deleted and replaced with the following:

    **(4)** Such *identity theft* is reported to us as soon as practicable, but in no event more than a reasonable period of time after it is first discovered by the *identity recovery insured*.

10. **E. ADDITIONAL CONDITIONS**, **4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**, paragraph **b.(2)** is deleted and replaced with the following:

    **(2)** Provide us with written notice, as soon as practicable, but in no event more than a reasonable period of time after the date the *claim* or *regulatory proceeding* is first received by you.

11. **E. ADDITIONAL CONDITIONS**, **4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**, paragraph **c.(2)** is deleted and replaced with the following:

    **(2)** Notify us as soon as possible, but in no event more than a reasonable period of time after the *personal data compromise*, *computer attack*, *cyber extortion threat*, *wrongful transfer event*, *computer fraud event* or *identity theft*.  Include a description of any property involved.

12. **E. ADDITIONAL CONDITIONS**, **7. Legal Action Against Us**, paragraph **b.** is deleted and replaced with the following:

    **b.** The action is brought within ten years after the date the *loss* or *identity theft* is first discovered by you, or the date on which you first receive notice of a *claim* or *regulatory proceeding*.

**IL-7158 (7-20)** © 2018, The Hartford Steam Boiler Inspection and Insurance Company.  All rights reserved.    Page **2** of **2**
Includes copyrighted material of Insurance Services Office, Inc., used with permission.



# EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

## Amended Declarations

First Named Insured and Address:

SESSION FIXTURE
6044 LEMAY FERRY RD
SAINT LOUIS MO 63129

Agency Name and Number:

CRAWFORD-BUTZ & ASSOCIATES
8228-AF

Policy Number:     ZT6741

Policy Period:     Effective Date:          03-26-24
                   Expiration Date:         01-01-25

In return for the payment of the premium and subject to all the terms of the policy, we agree to provide the insurance coverage as stated in the policy.

12:01 A.M. standard time at your mailing address shown in the declarations

**This is a claims-made policy in which payments of *defense expenses* are included in and subject to the policy Limit of Insurance. (Defense Within Limits)**

**This policy applies only to claims for injury first made against an insured during the policy period or the extended reporting period, if purchased.**

**The Limit of Insurance will be reduced and can be exhausted by the payment of *defense expenses*. If the Limit of Insurance is exhausted by payment of damages and/or *defense expenses*, we are under no obligation to make any further payments except as described in the "Transfer of Duties When Limit of Insurance is Used Up" condition.**

**Please read the entire form carefully and discuss the coverage with your agent.**

### LIMIT OF INSURANCE

| | |
|---|---|
| Limit of Insurance | $50,000 |
| Deductible Amount | $2,500 |

### RETROACTIVE DATE

This insurance does not apply to a wrongful act if the offense out of which the wrongful act arose commences before the retroactive date shown below.

Retroactive Date: 01-01-2019

### PENDING OR PRIOR LITIGATION DATE

Pending or Prior Date: 01-01-2019

Policy Number: ZT6741                          Effective Date:  03-26-24

## CLASSIFICATION AND PREMIUM

| Unit No. | Classification Description | Class Code | Premium Base[1] | Rate | Advance Premium |
|----------|---------------------------|------------|-----------------|------|-----------------|
| 0001 | Home Furniture, Furnishings And Equipment Stores | 65257 | 25 | 56.800 | ██████ |
| | **Advance Premium** | | | | ██████ |

[1] Employees - Rates Apply Per Employee

## COVERAGE FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART

| Form Number | Form Title | Premium |
|-------------|-----------|---------|
| EP 00 01(11-09) | Employment-Related Practices Liability Coverage Form | |
| EP 01 10(4-05) | Missouri Changes | |
| EP 01 21(9-07) | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | |
| EP 70 06(8-16) | Premium Audit Change | |
| EP 70 07(2-22) | Communicable Disease Exclusion | |
| IL-0017F(11-98) | Common Policy Conditions | |
| IL-0274R(3-14) | Missouri Changes - Cancellation and Nonrenewal | |
| | **Advance Endorsement Premium** | |

## PREMIUM SUMMARY

Advance Premium                                                    ██████

Advance Endorsement Premium                              _____

**Total Advance Premium**                                     ██████

The Total Advance Premium shown above is based on the exposures you told us you would have when this coverage part began. We will audit this coverage part in accordance with the premium condition at the close of the audit period.

## AUDIT PERIOD

Annual

## FIRST NAMED INSURED IS:

ORGANIZATION OTHER THAN PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY

## ADDITIONAL NAMED INSUREDS

*Named insured* includes the following Additional Named Insureds:

EP 70 00 04 23                          Policyholder - Original                          04/15/24          Page 2 of 3

Policy Number:  ZT6741                     Effective Date:  03-26-24

**ADDITIONAL NAMED INSUREDS**

SESSCO PROPERTIES LLC
SESSION PROPERTIES, LP

EP 70 00 04 23                          Policyholder - Original                    04/15/24      Page 3 of 3

# EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE FORM

**Index of Policy Provisions**

Page

**SECTION I - EMPLOYMENT-RELATED**...................2
**PRACTICES LIABILITY COVERAGE**

    Insuring Agreement........................................2
    Exclusions.......................................................3
    Supplementary Payments................................3

**SECTION II - WHO IS AN INSURED**........................4

**SECTION III - LIMIT OF INSURANCE**.....................4

**SECTION IV - DEDUCTIBLE**..................................4

**SECTION V - CONDITIONS**....................................5

    Bankruptcy.....................................................5
    Consent To Settle...........................................5
    Duties In The Event Of A Claim Or..................5
    Wrongful Act That May Result In A
    Claim

Page

Legal Action Against Us....................................5
Other Insurance................................................5
Premium Audit..................................................6
Representations.................................................6
Separation Of Insureds.....................................6
Transfer Of Rights Of Recovery Against............6
Others To Us
If You Are Permitted To Select Defense.............6
Counsel
Transfer Of Duties When Limit Of......................6
Insurance Is Used Up
When We Do Not Renew...................................7

**SECTION VI - EXTENDED REPORTING**...................7
**PERIOD**

**SECTION VII - DEFINITIONS**....................................8

# EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE FORM

**THIS FORM PROVIDES CLAIMS-MADE AND REPORTED COVERAGE.
PLEASE READ THE ENTIRE FORM CAREFULLY.**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VII** - Definitions.

## SECTION I - EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE

### A. Insuring Agreement

1. We will pay those sums the insured becomes legally obligated to pay as damages resulting from a "wrongful act" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages because of a "wrongful act" to which this insurance does not apply. We may, at our discretion, investigate any incident that may result from a "wrongful act". We may, with your written consent, settle any "claim" that may result. But:

    a. The amount we will pay for damages and "defense expenses" is limited as described in Section **III** - Limit Of Insurance and in Section **IV** - Deductible; and

    b. The coverage and duty to defend provided by this policy will end when we have used up the applicable limit of insurance for "defense expenses" or the payment of judgments or settlements.

    No other obligation or liability to pay sums, such as civil or criminal fines, imposed on you or any other insured, or to perform acts or services is covered unless explicitly provided for under Supplementary Payments.

2. This insurance applies to "wrongful acts" only if:

    a. The "wrongful act" takes place in the "coverage territory";

    b. The "wrongful act" did not commence before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

    c. A "claim" against any insured for damages because of the "wrongful act" is first made during the policy period or the Section **VI** - Extended Reporting Period, if provided, in accordance with Paragraphs **3.** and **4.** below.

3. A "claim" will be deemed to have been made at the earlier of the following times:

    a. When notice of such "claim", after being received by any insured, is reported to us in writing; or

    b. When a "claim" against an insured is made directly to us in writing.

    A "claim" received by the insured during the policy period and reported to us within 30 days after the end of the policy period will be considered to have been reported within the policy period. However, this 30-day grace period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims".

4. If during the policy period you become aware of a "wrongful act" that may reasonably be expected to give rise to a "claim" against any insured, you must provide notice to us in accordance with the provisions of Section **V**, Condition **C.** Duties In The Event Of A Claim Or Wrongful Act That May Result In A Claim. If such notice is provided, then any "claim" subsequently made against any insured arising out of that "wrongful act" shall be deemed under this policy to be a "claim" made during the policy period in which the "wrongful act" was first reported to us.

5. All "claims" for damages because of a "wrongful act" committed against the same person, including damages claimed by any person for care, loss of services or death resulting at any time from the "wrongful act", will be deemed to have been made at the time the first of such "claims" is made, regardless of the number of "claims" subsequently made.

## B. Exclusions

This insurance does not apply to:

**1. Criminal, Fraudulent Or Malicious Acts**

An insured's liability arising out of criminal, fraudulent or malicious acts or omissions by that insured.

This exclusion does not affect our duty to defend, in accordance with Paragraph **A.1.** above, an insured prior to determining, through the appropriate legal processes, that that insured is responsible for a criminal, fraudulent or malicious act or omission.

**2. Contractual Liability**

Any "wrongful act" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**3. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Violation Of Laws Applicable To Employers**

A violation of your responsibilities or duties required by any other federal, state or local statutes, rules or regulations, and any rules or regulations promulgated therefor or amendments thereto, except for the following, and including amendments thereto: Title VII of the Civil Rights Act of 1964, the Americans With Disabilities Act, the Age Discrimination in Employment Act, the Equal Pay Act, the Pregnancy Discrimination Act of 1978, the Immigration Reform and Control Act of 1986, the Family and Medical Leave Act of 1993 and the Genetic Information Nondiscrimination Act of 2008 or any other similar state or local statutes, rules or regulations to the extent that they prescribe responsibilities or duties concerning the same acts or omissions.

However, this insurance does not apply to a "wrongful act" arising out of your failure to comply with any of the accommodations for the disabled required of you by, or any expenses incurred as the result of physical modifications made to accommodate any person pursuant to, the Americans With Disabilities Act, or any amendments thereto, or any similar state or local statutes, rules or regulations to the extent that they prescribe responsibilities or duties concerning the same acts or omissions.

This Exclusion **4.** does not apply to any "claim" for retaliatory treatment by an insured against any person making a "claim" pursuant to such person's rights under any statutes, rules or regulations.

**5. Strikes And Lockouts**

Any "wrongful act" committed against any striking or locked-out "employee", or to an "employee" who has been temporarily or permanently replaced due to any labor dispute.

**6. Prior Or Pending Litigation**

Any "claim" or "suit" against any insured which was pending on, or existed prior to, the applicable Pending or Prior Litigation Date shown in the Declarations, or any "claim" or "suit" arising out of the same or substantially the same facts, circumstances or allegations which are the subject of, or the basis for, such "claim" or "suit".

**7. Prior Notice**

Any "wrongful act" alleged or contained in any "claim" which has been reported, or for which, in any circumstance, notice has been given, under any other prior insurance policy providing essentially the same type of coverage.

## C. Supplementary Payments

We will pay, with respect to any "claim" we investigate or settle, or any "suit" against an insured we defend:

**1.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**2.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limit of insurance nor be subject to Section **IV** - Deductible.

## SECTION II - WHO IS AN INSURED

**A.** If you are designated in the Declarations as:

    **1.** An individual, you and your spouse are insureds.

    **2.** A partnership or joint venture, you are an insured. Your partners or members are also insureds.

    **3.** A limited liability company, you are an insured. Your members and managers are also insureds.

    **4.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are also insureds.

**B.** Your "employees" are also insureds, unless otherwise excluded in this policy.

**C.** Your former "employees" are also insureds, unless otherwise excluded in this policy, but only with respect to "wrongful acts" committed while in your employ.

**D.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. You must notify us of such acquisition or formation as soon as practicable. However, coverage under this provision:

    **1.** Is afforded only until the 90th day after you acquire or form the organization, or until the end of the policy period, whichever is earlier; and

    **2.** Does not apply to a "wrongful act" committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMIT OF INSURANCE

**A.** The Limit of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **1.** Insureds;

    **2.** "Claims" made or "suits" brought; or

    **3.** Persons, organizations or government agencies making "claims" or bringing "suits".

**B.** The Limit of Insurance is the most we will pay for the sum of:

    **1.** All damages; and

    **2.** All "defense expenses"

because of all "wrongful acts" to which this insurance applies.

The Limit of Insurance of this Coverage Part applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## SECTION IV - DEDUCTIBLE

**A.** We will not pay for our share of damages and "defense expenses" until the amount of damages and "defense expenses" exceeds the Deductible shown in the Declarations. We will then pay the amount of damages and "defense expenses" in excess of the Deductible, up to the limit of insurance.

    **Example No. 1**

    Deductible: $5,000

    Limit of Insurance: $100,000

    Damages and "Defense Expenses": $75,000

    The Deductible will be subtracted from the amount of damages and "defense expenses" in calculating the amount payable:

    $75,000 - $5,000 = $70,000 Amount Payable

    **Example No. 2**

    Deductible: $5,000

    Limit of Insurance: $100,000

    Damages and "Defense Expenses": $120,000

    The Deductible will be subtracted from the amount of damages and "defense expenses" ($120,000 - $5,000 = $115,000). Since the amount of the damages and "defense expenses" minus the Deductible exceeds the Limit of Insurance, the policy will pay the full Limit of Insurance ($100,000).

**B.** The Deductible amount shown in the Declarations applies to all "claims" arising out of:

    **1.** The same "wrongful acts"; or

    **2.** A series of incidents, circumstances or behaviors which arise from a common cause

regardless of the number of persons, organizations or government agencies making such "claims".

**C.** We may pay any part or all of the Deductible amount to effect settlement of any "claim" and, upon notification of the action taken, you shall promptly reimburse us for such part of the Deductible amount as has been paid by us.

## SECTION V - CONDITIONS

### A. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

### B. Consent To Settle

If we recommend a settlement to you which is acceptable to the claimant, but to which you do not consent, the most we will pay as damages in the event of any later settlement or judgment is the amount for which the "claim" could have been settled, to which you did not give consent, less any deductible.

### C. Duties In The Event Of A Claim Or Wrongful Act That May Result In A Claim

1. If a "claim" is received by any insured, you must:

   a. Immediately record the specifics of the "claim" and the date received; and

   b. Notify us, in writing, as soon as practicable.

2. You and any other involved insured must:

   a. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

   b. Authorize us to obtain records and other information;

   c. Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

   d. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of a "wrongful act" to which this insurance may also apply.

3. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our written consent.

4. If you become aware of a "wrongful act" that may reasonably be expected to give rise to a "claim" and for which a "claim" has not yet been received, you must notify us, in writing, as soon as practicable. Such notice must provide:

   a. The description of the "wrongful act", including all relevant dates;

   b. The names of the persons involved in the "wrongful act", including names of the potential claimants;

   c. Particulars as to the reasons why you became aware of and reasonably expect a "claim" which may result from such "wrongful act";

   d. The nature of the alleged or potential damages arising from such "wrongful act"; and

   e. The circumstances by which the insured first became aware of the "wrongful act".

### D. Legal Action Against Us

No person or organization has a right under this policy:

1. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

2. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

We will also not be liable for the insured's share of any payment due because of a settlement or judgment for which the insured is responsible under Section **IV** - Deductible.

### E. Other Insurance

If other valid and collectible insurance is available to the insured, our obligations are limited as follows:

1. **Primary Insurance**

   This insurance is primary. We will not seek contribution from any other insurance available to you or the involved insured unless the other insurance is specifically designed to provide coverage because of liability arising out of a "wrongful act". Then we will share with that other insurance by the method described below.

2. **Method Of Sharing**

   If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the liability remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

The method chosen for the handling of other valid insurance will not affect your responsibility to share with us as specified under Section **IV** - Deductible.

**F. Premium Audit**

1. We will compute all premiums for this policy in accordance with our rules and rates.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

4. We will waive the premium audit only with your consent.

**G. Representations**

By accepting this policy, you agree that:

1. The statements in the Declarations are accurate and complete;

2. Those statements are based upon representations you made to us; and

3. We have issued this policy in reliance upon your representations.

**H. Separation Of Insureds**

Except with respect to the Limit of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

1. As if each Named Insured were the only Named Insured; and

2. Separately to each insured against whom "claim" is made.

**I. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing to impair those rights. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**J. If You Are Permitted To Select Defense Counsel**

If, by mutual agreement or court order, the insured is given the right to select defense counsel and the Limit of Insurance has not been used up, the following provisions apply:

1. We retain the right, at our discretion, to:

   a. Settle, approve or disapprove the settlement of any "claim"; and

   b. Appeal any judgment, award or ruling at our expense.

2. You and any other involved insured must:

   a. Continue to comply with Section **V** - Paragraph **C.** Duties In The Event Of A Claim Or Wrongful Act That May Result In A Claim Condition as well as the other provisions of this policy; and

   b. Direct defense counsel of the insured to:

      (1) Furnish us with the information we may request to evaluate those "suits" for coverage under this policy; and

      (2) Cooperate with any counsel we may select to monitor or associate in the defense of those "suits".

3. If we defend you under a reservation of rights, both your and our counsel will be required to maintain records pertinent to your "defense expenses". These records will be used to determine the allocation of any "defense expenses" for which you may be solely responsible, including defense of an allegation not covered by this insurance.

**K. Transfer Of Duties When Limit Of Insurance Is Used Up**

1. If we conclude that, based on "claims" which have been reported to us and to which this insurance may apply, the Limit of Insurance is likely to be used up in the payment of judgments or settlements for damages or the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

2. When the Limit of Insurance has actually been used up in the payment of judgments or settlements for damages or the payment of "defense expenses", we will:

   a. Notify the first Named Insured in writing, as soon as practicable, that such a limit has actually been used up, and that our duty to defend the insured against "suits" seeking damages subject to that limit has also ended;

   b. Initiate, and cooperate in, the transfer of control, to any appropriate insured, of all "suits" for which the duty to defend has ended for the reason described in Paragraph **2.a.** above and which are reported to us before that duty to defend ended; and

   c. Take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "suits" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

3. When **2.a.** above has occurred, the first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must:

   a. Cooperate in the transfer of control of "suits"; and

   b. Arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

4. We will take no action with respect to defense for any "claim" if such "claim" is reported to us after the applicable limit of insurance has been used up. It becomes the responsibility of the first Named Insured, and any other insured involved in such a "claim", to arrange defense for such "claim".

5. The first Named Insured will reimburse us as soon as practicable for expenses we incur in taking those steps we deem appropriate in accordance with Paragraph **2.** above.

6. The exhaustion of the applicable limit of insurance and the resulting end of our duty to defend will not be affected by our failure to comply with any of the provisions of this Condition.

**L.  When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 30 days before the end of the policy period, or earlier if required by the state law or regulation controlling the application of this Coverage Part.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION VI - EXTENDED REPORTING PERIOD

A. You will have the right to purchase an Extended Reporting Period from us if:

   1. This Coverage Part is cancelled or not renewed for any reason; or

   2. We renew or replace this Coverage Part with insurance that:

      a. Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

      b. Does not apply to "wrongful acts" on a claims-made basis.

B. An Extended Reporting Period, as specified in Paragraph **A.** above, lasts three years and is available only by endorsement and for an additional charge.

C. The Extended Reporting Period starts with the end of the policy period. It does not extend the policy period or change the scope of coverage provided. It applies only to "claims" to which the following applies:

   1. The "claim" is first made during the Extended Reporting Period;

   2. The "wrongful act" occurs before the end of the policy period; and

   3. The "wrongful act" did not commence before the Retroactive Date, if any.

D. You must give us a written request for the Extended Reporting Period Endorsement within 30 days after the end of the policy period or the effective date of cancellation, whichever comes first.

E. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due and any premium or deductible you owe us for coverage provided under this policy. Once in effect, the Extended Reporting Period may not be cancelled.

       Insurance Services Office, Inc., 2008

F. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

1. The exposures insured;

2. Previous types and amounts of insurance;

3. Limit of Insurance available under this policy for future payment of damages; and

4. Other related factors.

The additional premium will not exceed 200% of the annual premium for this policy.

G. When the Extended Reporting Period Endorsement is in effect, we will provide a Supplemental Limit of Insurance for any "claim" first made during the Extended Reporting Period.

The Supplemental Limit of Insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period.

Paragraph **B.** of Section **III** - Limit Of Insurance will be amended accordingly.

## SECTION VII - DEFINITIONS

A. "Claim" means a "suit" or demand made by or for a current, former or prospective "employee" for damages because of an alleged "wrongful act".

B. "Coverage territory" means:

1. The United States of America (including its territories or possessions) and Puerto Rico; or

2. All parts of the world if the insured's responsibility to pay damages is determined in a "suit" on the merits brought in the territory described in Paragraph **1.** above or in a settlement we agree to.

C. "Defense expenses" means payments allocated to a specific "claim" we investigate, settle or defend, for its investigation, settlement or defense, including:

1. Fees and salaries of attorneys and paralegals we retain, including attorneys and paralegals who are our "employees".

2. Fees of attorneys the insured retains when, by our mutual agreement or court order (or when required by administrative hearing or proceeding), the insured is given the right to retain defense counsel to defend against a "claim".

3. All other litigation or administrative hearing expenses, including fees or expenses of expert witnesses hired either by us or by the defense attorney retained by an insured.

4. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim", including actual loss of earnings up to $250 a day because of time off from work.

5. Costs taxed against the insured in the "suit".

"Defense expenses" does not include salaries and expenses of our "employees" or the insured's "employees" (other than those described in Paragraphs **1.** and **4.** above).

D. "Discrimination" means violation of a person's civil rights with respect to such person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition, or any other protected class or characteristic established by any federal, state or local statutes, rules or regulations.

E. "Employee" includes a "leased worker" and a "temporary worker" but does not include an independent contractor.

F. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

G. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

H. "Suit" means a civil proceeding in which damages because of a "wrongful act" to which this insurance applies are alleged, including:

1. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent;

2. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent; or

3. Any administrative proceeding or hearing conducted by a governmental agency (federal, state or local) having the proper legal authority over the matter in which such damages are claimed.

I. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or shortterm workload conditions.

J. "Wrongful act" means one or more of the following offenses, but only when they are employment-related:

1. Wrongful demotion or failure to promote, negative evaluation, reassignment or discipline of your current "employee" or wrongful refusal to employ;

2. Wrongful termination, meaning the actual or constructive termination of an "employee":

a. In violation or breach of applicable law or public policy; or

    **b.** Which is determined to be in violation of a contract or agreement, other than any employment contract or agreement, whether written, oral or implied, which stipulates financial consideration if such financial consideration is due as the result of a breach of the contract;

**3.** Wrongful denial of training, wrongful deprivation of career opportunity or breach of employment contract;

**4.** Negligent hiring or supervision which results in any of the other offenses listed in this definition;

**5.** Retaliatory action against an "employee" because the "employee" has:

    **a.** Declined to perform an illegal or unethical act;

    **b.** Filed a complaint with a governmental authority or a "suit" against you or any other insured in which damages are claimed;

    **c.** Testified against you or any other insured at a legal proceeding; or

    **d.** Notified a proper authority of any aspect of your business operation which is illegal;

**6.** Coercing an "employee" to commit an unlawful act or omission within the scope of that person's employment;

**7.** Harassment;

**8.** Libel, slander, invasion of privacy, defamation or humiliation; or

**9.** Verbal, physical, mental or emotional abuse arising from "discrimination".

Intentionally left blank

EMPLOYMENT-RELATED PRACTICES LIABILITY
EP 01 10 04 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

EMPLOYMENT-RELATED PRACTICES LIABILITY

1. Paragraph C under Section VII - Definitions is replaced by the following:

   C. "Defense expenses" means payments allocated to a specific "claim" we investigate, settle or defend, for its investigation, settlement or dense, including:

      1. Fees and salaries of attorneys and paralegals we retain.

      2. Fees of attorneys the insured retains when, by our mutual agreement or court order (or when required by administrative hearing or proceeding), the insured is given the right to retain defense counsel to defend against a "claim".

      3. All other litigation or administrative hearing expenses, including fees or expenses of expert witnesses hired either by us or by the defense attorney retained by an insured.

      4. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim", including actual loss of earnings up to $250 a day because of time off from work.

      5. Costs taxed against the insured in the "suit".

   "Defense expenses" does not include the salaries and expenses for our "employees" or the insured's "employees" (other than those described in Paragraph 4 above).

2. The following is added to the Employment-Related Practices Liability Policy:

   **MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATIONS**

   A. Subject to the provisions of the Missouri Property And Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property And Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

   B. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

      1. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

      2. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

         However, the Association will not:

         (a) Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

         (b) Return to an insured any unearned premium in excess of $25,000.

      These limitations have no effect on the coverage we will provide under this policy.

Copyright, Insurance Services Office, Inc., 1999

**EMPLOYMENT-RELATED PRACTICES LIABILITY**
**EP 01 21 09 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

**1.** The insurance does not apply:

**A.** To liability:

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** To liability resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The liability arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property threat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

**EP 01 21 09 07**                 © ISO Properties, Inc., 2006                 **Page 1 of 2**

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams or uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

ISO Properties, Inc., 2006

# PREMIUM AUDIT CHANGE

This endorsement modifies insurance provided under the following:

EMPLOYMENT-RELATED PRACTICES LIABILITY

Paragraph F Premium Audit is replaced by the following:

**F.  Premium Audit**

1.  We will compute all premiums for this policy in accordance with our rules and rates.

2.  Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3.  The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

Insurance Services Office, Inc., 2009

**EMPLOYMENT-RELATED PRACTICES LIABILITY**
**EP 70 07 02 22**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph B Exclusions of Section I - Employment-Related Practices Liability Coverage:

**B. Exclusions**

This insurance does not apply to:

**Communicable Disease**

Any *claim* arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the *claim* against any insured alleges negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing or failing to test for a communicable disease;

**c.** Failure to prevent a communicable disease or mitigate the spread of a communicable disease;

**d.** Failure to require vaccinations for the prevention of a communicable disease, or conversely, requiring vaccinations for the prevention of a communicable disease; or

**e.** Failure to report or improper reporting of a communicable disease to authorities, or conversely, any reporting of a communicable disease to authorities.

**COMMON POLICY CONDITIONS**                                           IL-0017F(11-98)

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation at least:

**a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** Thirty days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the First Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The First Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs 1 and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph 2 of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The First Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**MISSOURI CHANGES - CANCELLATION AND NONRENEWAL**                                     IL-0274R(3-14)

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART

COMMERCIAL PROPERTY COVERAGE PART

DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART

ERRORS AND OMISSIONS COVERAGE PART

LIQUOR LIABILITY COVERAGE FORM

POLLUTION LIABILITY COVERAGE FORM

PRODUCT WITHDRAWAL COVERAGE PART

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**A.** When this endorsement is attached to the Standard Property Policy CP 00 99 the term Commercial Property Coverage Part in this endorsement also refers to the Standard Property Policy.

**B.** With respect to the:

Commercial Crime Coverage Part

Commercial General Liability Coverage Part

Commercial Property - Legal Liability Coverage Form CP 00 40

Commercial Property - Mortgage Holders Errors and Omissions Coverage Form CP 00 70

Directors' and Officers' Liability Coverage Part

Employee Benefits Liability Coverage Part

Employment-Related Practices Liability Coverage Part

Errors and Omissions Coverage Part

Liquor Liability Coverage Form

Pollution Liability Coverage Form

Product Withdrawal Coverage Part

Products/Completed Operations Liability Coverage Form

the following Cancellation and Nonrenewal Provisions apply:

Paragraph 2 of the Cancellation Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the First Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

    **a.** Ten days before the effective date of cancellation if we cancel for nonpayment of premium;

    **b.** Thirty days before the effective date of cancellation if cancellation is for one or more of the following reasons:

        (1) Fraud or material misrepresentation affecting this policy or a claim filed

under this policy or a violation of any of the terms or conditions of this policy;

        (2) Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

        (3) We become insolvent; or

        (4) We involuntarily lose reinsurance for this policy.

    **c.** Sixty days before the effective date of cancellation if we cancel for any other reason.

**Nonrenewal**

The following is added and supersedes any provision to the contrary:

**a.** We may elect not to renew this policy by mailing or delivering to the First Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**b.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** With respect to the:

Commercial Property Coverage Part

Paragraphs 1, 2, 3, 4 and 6 of the Cancellation Common Policy Condition are replaced by the following:

**Cancellation, Nonrenewal and Decreases in Coverage**

**1.** The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel, nonrenew, reduce in amount or adversely modify this policy by mailing or delivering to the first Named Insured written notice of this action at least:

    **a.** Ten days before the effective date of this action if due to nonpayment of premium or evidence of incendiarism; or

    **b.** Thirty days before the effective date of this action if for any other reason.

**3.** We will mail or deliver our notice to the First Named Insured's last mailing address known to us.

**4.** Notice of:

    **a.** Cancellation will state the effective date of cancellation. The policy period will end on that date.

IL-0274R(3-14)      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 1 of 2**

**b.** Any other action will state the effective date of that action.

**5.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** With respect to all Coverage Parts addressed in this endorsement, paragraph 5 of the Cancellation Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the First Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

(1) Cancelled by us or at our request;

(2) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

(3) Cancelled but rewritten with us or in our company group; or

(4) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this policy is cancelled at the request of the First Named Insured (except when paragraph a(2), a(3) or a(4) applies), we will return 90% of the pro rata unearned premium (or 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part), rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium (or less than 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part) if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.